```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    UNSEALING ORDER
                                 :
            -v.-                 :    S4 19 Cr. 833 (SHS)
                                 :
JENNIFER SHAH, and               :
STUART SMITH,                    :
                                 :
                  Defendants.    :
                                 :
- - - - - - - - - - - - - - - - x
```

Upon application of the United States of America, by and through Assistant United States Attorney Benet J. Kearney, it is hereby ORDERED that Indictment S4 19 Cr. 833, which was filed under seal on March 25, 2021, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         March 30, 2021

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK