UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JENNIFER SHAH,

           Defendant.

S4 19-CR-833 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court held an arraignment in this matter today via Skype, with all parties participating. As set forth on the record, the Court imposes the following bail conditions on defendant Jennifer Shah:

1) The defendant must not commit any offense in violation of federal, state, or local tribal law while on release in this case;
2) The defendant must immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number;
3) The defendant must appear in court as required and must surrender for service of any sentence imposed;
4) The defendant must execute a $1,000,000 personal recognizance bond secured by $250,000 worth of cash or property and cosigned by two financially responsible persons;
5) The defendant must maintain or actively seek verifiable employment as approved by the pretrial officer;
6) The defendant must abide by the following restrictions on his/her personal associations, place of abode, or travel:
   a. Maintain residence and do not change without prior permission from the pretrial officer;
   b. No travel outside the state of Utah without prior permission from the pretrial officer, with the exception of the Southern and Eastern Districts of New York, and the District of Columbia, for the purpose of attorney meetings and court appearances only;
   c. No travel outside the United States without prior permission from the Court;
7) The defendant shall continue pretrial supervision as directed;
8) The defendant shall continue mental health treatment as directed by pretrial services and continue treatment at the Lion Rock facility;
9) The defendant must avoid all contact with those named persons who are considered either alleged victims known to the defendant, potential witnesses and/or codefendants;
10) The defendant must not use alcohol to excess and must not use or unlawfully possess a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless

prescribed by a licensed medical practitioner. Prescriptions should be reported to the pretrial officer;
11) The defendant must report on a regular basis to the pretrial officer as directed;
12) The defendant must surrender any passport to the United States Clerk of Court, District of Utah;
13) The defendant must not obtain or apply for any new travel documents;
14) The defendant shall not incur new credit charges or open additional lines of credit without prior permission from the pretrial officer;
15) The defendant shall not be employed in any fiduciary capacity or any position allowing access to credit or personal information of others, with the exception of defendant's businesses unrelated to those charged in the Superseding Indictment (S4);
16) The defendant shall submit her person, residence, office, or vehicle to a search, conducted by the pretrial officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant will warn any other residents that the premises may be subject to searches pursuant to this condition;
17) The defendant shall not dissipate cash or assets from any personal or corporate account she controls in excess of $5,000 or more (per transaction) except for legal costs in the case or with prior consent of PTS and USAO;
18) The defendant shall not engage in telemarketing, lead generation for telemarketing, or fulfillment for telemarketing, or direct others to engage in telemarketing, lead generation for telemarketing, or fulfillment for telemarketing.

The $1,000,000 bond is to be signed by defendant within 24 hours; the signature of two financially responsible persons is to be obtained within seven days.

Dated: New York, New York
April 2, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.