UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  S4 19 -Cr. 833 (SHS)

         -v-  :  CONSENT TO PROCEED BY
                              VIDEOCONFERENCE OR
Jennifer Shah,  :  TELECONFERENCE

         Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant _Jennifer Shah_ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

_X_    Initial Appearance/Appointment of Counsel

_X_    Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

_Jennifer Shah_
Print Defendant's Name

_____
Defense Counsel's Signature

Daniel R. Alonso
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

4/1/21
Date

_____
Sidney H. Stein, U.S.D.J.

Dated: New York, New York
April 5, 2021