```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :    SUPPLEMENTAL
UNITED STATES OF AMERICA                 :    PROTECTIVE ORDER
                                         :
     - v. -                              :    S4 19 Cr. 833 (SHS)
                                         :
JENNIFER SHAH,                           :
                                         :
                    Defendant.           :
                                         :
- - - - - - - - - - - - - - - - - - - - X
```

  WHEREAS, on January 24, 2020, the Court entered a Protective Order with respect to the defendants charged in Indictment 19 Cr. 833 (SHS) (the "Protective Order") (Dkt. No. 59);

  WHEREAS, on March 30, 2021, Superseding Indictment S4 19 Cr. 833 (SHS) was unsealed, charging, among others, defendant Jennifer Shah (Dkt. No. 186);

  WHEREAS, on April 2, 2021, Daniel R. Alonso, Esq., and Henry W. Asbill, Esq., filed notices of appearance as counsel on behalf of defendant Jennifer Shah (Dkt. Nos. 194, 196);

  IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, United States Attorney, by Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Alonso and Mr. Asbill, counsel for defendant Jennifer Shah, that Mr. Alonso and Mr. Asbill are and shall be bound by the terms of the

Protective Order, which is incorporated by reference herein, as if they were original signatories thereto.

Dated:    New York, New York
          April 5, 2021

SO ORDERED:

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

### Acknowledgement of Protective Order

I have read and reviewed the Protective Order entered on January 24, 2020, in the above-captioned case, I understand it, and I acknowledge that I am and shall be bound by the Order.

_____
Daniel R. Alonso, Esq.
Attorney for Jennifer Shah

/s/ Henry W. Asbill
_____
Henry W. Asbill, Esq.
Attorney for Jennifer Shah