# EXHIBIT K

# In the Matter of:

# Top Shelf Marketing, et al.

*April 7, 2015*
*Jennifer Shah*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

US_614471

9

A. So Guidance purchased a company that I -- I used to work for in August 2013. So I've worked for Guidance since they became established.

Q. And what is your current title at Guidance?

A. Executive Vice President of Business Development.

Q. And generally what are your duties in that role?

A. Business development in regard to finding additional opportunities, new opportunities for -- to provide our coaching education services, fulfillment services to. So it could be a variety of different companies that would have that need for education fulfillment.

Q. Okay. We'll get into your duties at Guidance a little bit more later --

A. Okay.

Q. -- but I would just like to get a bit more of your work history.

A. Okay.

Q. So you said that before you worked at Guidance, you worked at a company called Thrive --

A. Thrive Learning.

Q. -- correct?

Thrive Learning you said?

10

A. Yes.

Q. And how long did you work there?

A. Let's see, when did I start there? I started around August 2011.

Q. And were your duties at Thrive Learning similar to your duties at Guidance?

A. They were similar, however, when I started at Thrive, I was a contract employee.

Q. And what does that mean, that you were a contract employee?

A. My role was similar to what I do now, but I started as a contractor because the previous employer that I left, I had some contract responsibilities in my employment agreement with them.

Q. And so then at some point, did you become a full-time employee of Thrive as opposed to a contract employee?

A. I -- right towards the end and right before Guidance purchased the company.

Q. And then before you worked at Thrive Learning, where did you work before that?

A. Prosper.

Q. And what type of company is that?

A. The same type of company, coaching, education.

Q. And how long did you work there?

11

A. About six years.

Q. And before that?

A. Franklin Covey.

Q. And what did you do there?

A. Franklin Covey I was in marketing and brand management.

Q. And does Franklin Covey do coaching and education as well?

A. So they're primarily as -- planner company is what they're most well-known for, but they had a division that did coaching on like what matters most, seven habits, et cetera, on their curriculum.

MR. TOLMAN: That was Steven Covey's company.

Q. Is that the area that you worked in?

A. Yes.

Q. So you worked in the coaching sort of division or --

A. It was the marketing brand management of the coaching division.

Q. And how long did you work there?

A. About seven years.

Q. And just to complete the line of questioning, did you have a job before Franklin Covey?

A. Yes.

Q. What was it?

12

A. I'm trying to think back that far. Let's see, Franklin Covey, United Auto. We were a finance company.

Q. Okay. Thank you.

And Thrive Learning, does that company still exist today?

A. No.

Q. So it was purchased by Guidance, is that correct, in August 2013?

A. Yes. They did an asset purchase.

Q. And do you know whether Guidance purchased all of Thrive Learning or if they only purchased part of it?

A. I don't know that for sure.

Q. And when you say, asset purchase, what do you mean by that?

A. I know they purchased like the CRM, the content curriculum that existed. I don't know if they purchased all of the content curriculum, but they purchased --

And then the employees were officially -- we were terminated and we had to, you know, do rehire -- get rehired by Guidance and sign new employment agreements.

Q. Were most of the employees hired by Guidance or

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

US_614474