

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Jennifer Shah*, S4 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the defendant's consent, that the deadline for the Government's response to the defendant's pending pretrial motions be extended by three business days from July 1, 2021 (*see* Dkt. No. 222), to July 7, 2021, in light of the extension that was previously provided to the defendant for the filing of her motions (*see* Dkt. No. 252).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Robert B. Sobelman*
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: Daniel R. Alonso, Esq. (by ECF)
Henry W. Asbill, Esq. (by ECF)
Michael S. Chu, Esq. (by ECF)

**The government's request to extend the deadline to respond to defendant's motions to July 7, 2021, is granted.**

**Dated: New York, New York
June 28, 2021**

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.