# Exhibit 2



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

### STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights:

You have the right to remain silent. *JS*

Anything you say can be used against you in a court of law or other proceedings. *JS*

You have the right to consult an attorney before making any statement or answering any questions. *JS*

You have the right to have an attorney present with you during questioning. *JS*

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish. *JS*

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney. *JS*

---

### WAIVER

I have read, or someone has read to me, this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

__Jennifer Shah__
Print Name

__[signature]__  __3/20/21__
Signature / Date

__TFO Christopher Bastos__  __3/30/21__
Witness / Date

__SA Kathleen Corbett__  __3/20/21__
Witness / Date

JS_000002