# EXHIBIT F

**Type: Website Sales**   **Amount: $5000 or more**   **Date Added: Nov 08, 2011**

**Client:** ███████████   **Agreed to Terms: Yes**   **IP Signed:**

**What is your domain name?**

████████████████████

**What is the total dollar amount you have sold on your website?**

$55000.00

**What are the total gross sales of your website?**

We have made 55,000.00 on our website

**What types of products do you sell on your site?**

We sell Deep Fryers

**Describe your overall experience finishing your website and moving into the marketing phase.**

The coaches were always available to help even after the initial time in the program. They were able to keep me focused on the task at hand. Many times I would try to move too far ahead and thankfully they kept me focused so I was ready to move to the next step. I could not have accomplished this with out their help and encouragement.

**How has your coach helped you with this process?**

**What obstacles have you had to overcome while marketing your site?**

Time was my biggest obstacle. I had kids at home and a job. I had to work smart and really depend on the knowledge and experience of the coaching staff.

**What words of encouragement or suggestions would you give to future students?**

This program really is worth it in the end. It can be easy to get discouraged because there is a lot to do in the end but there is no question that it is worth it. I love running my business now!

US_808877