UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -against- | : | <u>ORDER</u> |
| ANTHONY CHEEDIE, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has been informed that, as of today, no Courtroom can accommodate a trial for three defendants under COVID-compliant conditions. Accordingly,

      IT IS HEREBY ORDERED that there will be a pretrial conference in Courtroom 23A on August 10 at 2:00 p.m. to establish a firm date or dates for trial for the defendants who have not already pled guilty in this action, consistent with the requirements of the Ad Hoc Committee on the Resumption of Jury Trials.

Dated: New York, New York
         August 3, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.