UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JENNIFER SHAH,<br><br>                Defendant. | No. S4 1:19-cr-0833 (SHS) |

### DECLARATION OF DANIEL R. ALONSO

DANIEL R. ALONSO declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of Buckley LLP, retained counsel of record for Jennifer Shah in the above-captioned case. I respectfully submit this declaration in support of my letter motion for my firm to withdraw as counsel in this matter. This includes my colleagues Henry W. Asbill and Michael S. Chu.

2. On April 2, 2021, Ms. Shah's case was joined with the previously indicted cases against Chad Allen and Cameron Brewster bearing the same case number.

3. All three co-defendants are presently set for trial together on October 18, 2021.

4. Ms. Shah recently retained Priya Chaudhry, Esq. of ChaudhryLaw PLLC. Ms. Chaudhry and her partners Beth Farber and Seth Zuckerman have entered their appearances in this matter.

5. Ms. Shah wishes to have ChaudhryLaw PLLC represent her for all purposes in this matter going forward, rather than Buckley LLP.

6. Buckley LLP is not asserting any retaining or charging lien on its case files and will assist ChaudhryLaw PLLC in transitioning this matter to Ms. Shah's new counsel of choice in a timely manner. In fact, our team has been bringing Ms. Chaudhry and her team up to speed for more than a month.

7. Ms. Chaudhry is aware of and able and willing to meet all existing scheduled court dates and deadlines in this matter, including the pre-trial conference date of October 8, 2021, and any new ones agreed upon by the parties or imposed by the Court.

8. I have been in contact with counsel for the relevant parties. Counsel for the government has no objection to this motion, and counsel for Brewster and Allen consent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of August, 2021.

/s/ Daniel R. Alonso
DANIEL R. ALONSO

READ AND AGREED:

Jennifer Shah
Date: August 9, 2021

Priya Chaudhry, Esq.
Date: August 9, 2021