UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,        No. S4 19 Cr. 833 (SHS)

v.

JENNIFER SHAH,

        Defendant.

## ORDER OF WITHDRAWAL
## OF BUCKLEY LLP ATTORNEYS DANIEL R. ALONSO, HENRY W. ASBILL, AND MICHAEL S. CHU

Upon consideration of the motion to withdraw the appearances of Buckley LLP attorneys Daniel R. Alonso, Henry W. Asbill, and Michael S. Chu, this Court orders that all Buckley LLP attorneys be withdrawn from this case, and further orders that they be removed from the Court's electronic service list.

Dated: New York, New York
        August 9, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.