UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-833 (SHS)

       -against- : ORDER

CHAD ALLEN, CAMERON BREWSTER, and :
JENNIFER SHAH,
                                      :
              Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Tuesday, March 22, 2022, at 9:30 a.m., as the third trial scheduled on that day. Accordingly,

      1.    Any motions *in limine*, proposed jury charges, and proposed *voir dire*, are due on or before February 15, 2022;

      2.    Responses to any motions *in limine* are due by March 1, 2022;

      3.    The final pretrial conference is adjourned to March 15, 2022, at 2:30 p.m.;

      4.    The trial of this action will commence on March 22, 2022, at 9:30 a.m.; and

      5.    The time is excluded from calculation under the Speedy Trial Act from today until March 22, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       December 2, 2021

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.