

45 West 29th Street, Suite 303
New York, New York 10001
CHAUDHRYLAW.COM

January 14, 2022

**BY ECF**

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jennifer Shah*, et al., 19 Cr. 833 (SHS)

Dear Judge Stein:

    As the Court is aware, we represent Jennifer Shah in the above-referenced matter which is set for trial on March 22, 2022. Ms. Shah does not seek an adjournment of this date. Rather, for the reasons explained below, I respectfully submit this letter to inquire about the status of the March 22nd trial date.

    First, yesterday undersigned counsel was offered a firm trial date of March 14th in another criminal case in this district (19 CR 774 (JSR)) and must inform Judge Rakoff by Tuesday, January 18th, of whether she can begin that trial on March 14th. I promised Judge Rakoff that I would immediately inquire about the status of the trial date in Ms. Shah's matter.

    Second, Your Honor previously informed the parties that our trial is the third case on the trial calendar for March 22nd. I have conferred with the government and have learned that the two cases ahead of ours are both criminal cases, and that as of this date, both of those cases are likely to proceed to trial. If March 22nd will not be our actual trial date, we respectfully request the Court schedule a status conference soon to pick a new trial date as I understand that the Executive Committee will begin assigning trial dates for the second quarter of 2022 in mid-February. Therefore, Ms. Shah is concerned that if we are unable to begin trial on March 22nd, and do not request a new date by mid-February, then we may not get a new trial date until the third quarter of 2022. Ms. Shah seeks the earliest possible trial date.

PRIYA CHAUDHRY      PRIYA@CHAUDHRYLAW.COM      212.785.5551

      For those reasons, I respectfully ask the Court to confer with the Executive Committee and inform the parties of whether this trial will be able to commence on March 22nd. As I must let the Hon. Judge Rakoff know by Tuesday, January 18th, whether I can begin that other trial on March 14th, I appreciate the Court's prompt attention to this letter.

      Respectfully Submitted,

      Priya Chaudhry