UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,   :   19-Cr-833 (SHS)

-v-   :   <u>AMENDED ORDER</u>

JENNIFER SHAH, *ET AL.*,   :

        Defendants.   :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court is in receipt of Ms. Chaudry's letter dated January 14, 2022 [Doc No. 435] in which she "inquire[s] about the status of the March 22nd trial date." Ms. Chaudry accurately states the current status: as of today, this action is third in line for a COVID-19 compliant courtroom on March 22, 2022. This Court is unaware of the status of the two cases that have precedence on that date. If those cases are resolved before March 22, this action shall proceed to trial on March 22. If those cases are not resolved before March 22, the Court will set this action down for a trial in the second quarter of 2022. As set forth in the Court's Order dated December 2, 2021 [Doc. No. 408], the parties are to be prepared to commence trial on March 22, 2022, at 9:30 a.m.

Dated: New York, New York
       January 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.