

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2022

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jennifer Shah*, S4 19 Cr. 833 (SHS)

Dear Judge Stein:

      The Government respectfully submits the attached proposed verdict form for the Court's consideration in advance of the trial scheduled to begin on March 22, 2022. For the Court's convenience, the Government will also submit a Word version of the proposed verdict form by email.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                        United States Attorney

                        By: _/s/ Robert B. Sobelman_
                        Kiersten A. Fletcher
                        Robert B. Sobelman
                        Sheb Swett
                        Assistant United States Attorneys
                        (212) 637-2238 / 2616 / 6522

Cc: Priya Chaudhry, Esq. (by ECF)
    Beth M. Farber, Esq. (by ECF)
    Seth J. Zuckerman, Esq. (by ECF)
    Shaelyn Gambino-Morrison, Esq. (by ECF)