UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JENNIFER SHAH,

                Defendant.

S4 19 Cr. 833 (SHS)

**VERDICT FORM**

Please indicate your responses with a check mark (✓)

The Jury's verdict must be unanimous on each question.

**Count One**

Wire fraud conspiracy

Guilty_____                    Not Guilty_____

Interrogatory #1: Wire fraud conspiracy in connection with telemarketing
(consider only if a verdict of guilty is rendered on Count One)

Yes_____                    No_____

Interrogatory #2: Wire fraud conspiracy victimized ten or more persons over the age of 55
(consider only if a verdict of guilty is rendered on Count One and the question above is answered "Yes")

Yes_____                    No_____

**Count Two: Conspiracy to Commit Money Laundering**

Object #1: Conspiracy to commit money laundering by engaging in financial transactions that involve the proceeds of wire fraud, in order to conceal or disguise the nature, location, source, ownership, or control of proceeds of wire fraud

and/or

Object #2: Conspiracy to commit money laundering by engaging in financial transactions that involve the proceeds of wire fraud, in order to avoid a transaction reporting requirement under state or federal law

      Guilty_____          Not Guilty_____

Object #3: Conspiracy to commit money laundering by engaging in monetary transactions of more than $10,000 in property derived from wire fraud

      Guilty_____          Not Guilty_____


_____       _____
FOREPERSON                                 DATE