UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JENNIFER SHAH,<br><br>                              Defendant. | Case No. S4 1:19-cr-0833 (SHS) |

### NOTICE OF DEFENDANT JENNIFER SHAH'S
### OMNIBUS MOTION *IN LIMINE*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior pleadings filed in this action, Defendant Jennifer Shah, by and through her counsel, ChaudhryLaw PLLC, respectfully moves this Court before the Honorable Sidney H. Stein, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order:

1) Precluding the government's proposed 404(b) evidence;

2) Precluding the government from using any clips from *The Real Housewives of Salt Lake City* in its case-in-chief or for cross examination; and

3) Precluding the government from introducing statements of alleged co-conspirators.

Dated: New York, New York
       February 15, 2022

                                        ChaudhryLaw PLLC

                                By:     */s/ Priya Chaudhry*
                                        Priya Chaudhry, Esq.
                                        Seth Zuckerman
                                        Beth Farber
                                        Shaelyn Gambino Morrison
                                        45 West 29th Street, Suite 303
                                        New York, New York 10001
                                        Tel: (212) 785-5550
                                        Email: priya@chaudhrylaw.com

szuckerman@chaudhrylaw.com
farber@chaudhrylaw.com
shaelyn@chaudhrylaw.com

*Attorneys for Defendant Jennifer Shah*