

45 West 29th Street, Suite 303
New York, New York 10001
chaudhrylaw.com

February 28, 2022

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jennifer Shah*, et al., 19 Cr. 833 (SHS)

Dear Judge Stein:

    As the Court is aware, we represent Jennifer Shah in the above-referenced matter.

    Given the recent scheduling of the conference for tomorrow, March 1, 2022, at 2:30 p.m., we respectfully submit this letter requesting that Jennifer Shah be excused from appearing in person as Ms. Shah resides in Utah.

                                                       Respectfully Submitted,

                                                        Priya Chaudhry