UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-833 (SHS)

-v-  :  <u>ORDER</u>

JENNIFER SHAH,  :

      Defendant.  :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held today, with counsel for all parties present, and defendant's counsel having waived her appearance,

    IT IS HEREBY ORDERED that:

1. Defendant shall file a response to the pending motion to quash a subpoena [Doc. No. 469] by March 4, 2022;

2. The reply to that motion is due by March 11, 2022;

3. The defendant shall respond to the ABC News motion to quash a subpoena [Doc. No. 491] by March 11; any reply is due by March 18, 2022;

4. The final pretrial conference is adjourned to June 27, 2022, at 10:00 a.m.;

5. The trial is adjourned to July 11, 2022, at 9:20 a.m.;

6. The parties should be aware that although the Court is submitting the jury request for this trial to begin on July 11, 2022, the trial date may be rescheduled by the Court's Ad Hoc Committee on the Resumption of Jury Trials to another date in the third quarter of 2022. The Court will notify the parties as soon as the third quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York; and

7. At the request of the government, and the defendant taking no position, the time is excluded from calculation under the Speedy Trial Act from today until July 11, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      March 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.