UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JENNIFER SHAH, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear oral argument on defendant Kevin Handren's motion to quash defendant's Rule 17(c) subpoena to non-party attorney Samidh Guha [Doc. No. 469], and interested party American Broadcasting Companies, Inc.'s motion to quash the subpoena issued upon it by defendant Jennifer Shah [Doc. No. 491], on Thursday, April 7, 2022, at 12:00 p.m. The proceeding will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       March 24, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.