UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA :

                                              :    19 Cr. 833 (SHS)

    -against- :

                                              :    <u>ORDER</u>

JENNIFER SHAH, :

                       Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the oral argument on defendant Kevin Handren's motion to quash defendant's Rule 17(c) subpoena to non-party attorney Samidh Guha (Doc. No. 469), and interested party American Broadcasting Companies, Inc.'s motion to quash the subpoena issued upon it by defendant Jennifer Shah (Doc. No. 491), is adjourned to April 25, 2022, at 11:30 a.m. The proceeding will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York in Courtroom 23A.

Dated: New York, New York
         March 31, 2022

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.