UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JENNIFER SHAH, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held on May 26, 2022, with counsel for all parties present,

    IT IS HEREBY ORDERED that for the reasons set forth on the record, the government's motion in limine [Doc. No. 456], and the defendant's motion in limine [Doc. No. 462] were decided. The Clerk of Court shall terminate these motions.

Dated: New York, New York
         May 26, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.