UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JENNIFER SHAH, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the final pretrial conference scheduled for June 27, 2022, at 10:00 a.m., is adjourned to June 29, 2022, at 4:30 p.m.

Dated: New York, New York
       June 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.