UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

            Plaintiff,

    v.

JENNIFER SHAH,

            Defendant.

No. S4 19 Cr. 833 (SHS)

ORDER ~~OF DISCLOSURE~~

IT IS HEREBY ORDERED that the deposition testimony and all exhibits to the deposition of Stuart Smith dated June 18, 2018, and taken in connection with *Federal Trade Commission v. Vision Solution Marketing, LLC, VSM Group, LLC, Ryze Services, LLC, et al.,* Case No. 2:18-CV-00356-TC (D. Utah), be disclosed to the parties in the above-captioned matter in its entirety, including any portions designated confidential pursuant to a Protective Order. *The testimony and exhibits disclosed are to be used solely in connection with the above-captioned action.*

SO ORDERED.

Dated: July 6, 2022

                                       HONORABLE SIDNEY H. STEIN
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK