UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 19-Cr-833 (SHS) |
| -v- | : <u>ORDER</u> |
| JENNIFER SHAH, | : |
| Defendant. | : |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the change of plea hearing will take place on July 11, 2022, at 10:30 a.m. in Courtroom 23A.

Dated: New York, New York
       July 11, 2022

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.