

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2022

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jennifer Shah*, S4 19 Cr. 833 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request that the sentencing proceeding presently scheduled November 28, 2022, be adjourned in light of a scheduling conflict on the part of several members of the Government team. The Government understands that December 15, 2022 may be a date convenient to the Court and therefore respectfully requests the sentencing be adjourned to that date, and that the deadlines for sentencing submissions be adjourned accordingly. The defense consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Kiersten A. Fletcher
    Robert B. Sobelman
    Sheb Swett
    Assistant United States Attorneys
    (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)