

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

November 23, 2022

*Via ECF*

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    ***Re*: *United States v. Jennifer Shah, et al.*, 19 Cr. 833 (SHS)**

Dear Judge Stein:

    As the Court is aware, we represent Jennifer Shah in the above-referenced matter which is scheduled for sentencing on December 15, 2022.

    With the government's consent, we respectfully request the Court adjourn Ms. Shah's sentencing to January 6, 2023, at 2:30 p.m., and adjust the filing deadlines for parties' sentencing memoranda accordingly.

                                      Respectfully submitted,

                                              Priya Chaudhry

                              **SO ORDERED:**

                                                **HON. SIDNEY H. STEIN, U.S.D.J.**