# SENTENCING MATERIALS

*United States v. Jennifer Shah, et al.*, S4 19-CR-833 (SHS)

| EXHIBIT INDEX | DESCRIPTION |
|---|---|
| EXHIBIT A | Letters on behalf of Jennifer Shah |
| EXHIBIT B | Photographs of Jennifer Shah and Family |
| EXHIBIT C | ███████████████ |
| EXHIBIT D | Statement from Jennifer Shah |
| EXHIBIT E | ABA Shadow Sentencing Guidelines |
| EXHIBIT F | 2019 United States Sentencing Commission Statistics |
| EXHIBIT G | 2020 United States Sentencing Commission Statistics |
| EXHIBIT H | 2021 United States Sentencing Commission Statistics |
| EXHIBIT I | *U.S. v. David Blaszczak*, 17-CR-357 (LAK), Government's Sentencing Memorandum |
| EXHIBIT J | *U.S. v. David Blaszczak*, 17-CR-357 (LAK), Sentencing Transcript Dated Sept. 13, 2018 |

| EXHIBIT K | NY Daily News Article "Brutal Conditions in NYC Jails During COVID Pandemic Caused Federal Judges to Impose Lighter Sentences: Analysis" |
|-----------|-----------|
| EXHIBIT L | COVID-Related Sentences |
| EXHIBIT M | Attorney General Memorandum for Director of Bureau of Prisons, Dated March 26, 2020 |
| EXHIBIT N | Attorney General Memorandum for Director of Bureau of Prisons, Dated April 3, 2020 |