# EXHIBIT A—LETTERS

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

| EXHIBIT A—LETTERS | EXHIBIT INDEX | RELATIONSHIP |
|---|---|---|
| EXHIBIT A-1 | Letter of Charlene Lui | Jennifer's Mother |
| EXHIBIT A-2 | Letter of Kaleo Lui | Jennifer's Brother |
| EXHIBIT A-3 | Letter of Sharrieff Shah | Jennifer's Husband |
| EXHIBIT A-4 | Letter of Sharrieff Shah, Jr. | Jennifer's Son |
| EXHIBIT A-5 | Letter of ███ Shah | Jennifer's Son |
| EXHIBIT A-6 | Letter of Jaxson Lui | Jennifer's Nephew |
| EXHIBIT A-7 | Letter of Jenohn Lui | Jennifer's Sister |
| EXHIBIT A-8 | Letter of Danny Filipe | Jennifer's Cousin |
| EXHIBIT A-9 | Letter of Naim Shah, Jr. | Jennifer's Brother-in-Law |
| EXHIBIT A-10 | Letter of Sabria al-Jabbar | Jennifer's Sister-in-Law |
| EXHIBIT A-11 | Letter of Morgan Scalley | Jennifer's Close Friend |
| EXHIBIT A-12 | Letter of Nargas Mullahkhel | Jennifer's Close Friend |
| EXHIBIT A-13 | ███████ | ███████ |
| EXHIBIT A-14 | Letter of Juan Bueno III | Jennifer's Friend |
| EXHIBIT A-15 | Letter of Murilo Bueno | Jennifer's Assistant |
| EXHIBIT A-16 | Letter of Keith Embray | Jennifer's Close Friend |

| EXHIBIT A-17 | Letter of DaJhanae Frampton-Bowens | Jennifer's Niece |
|---|---|---|
| EXHIBIT A-18 | Letter of Andrew "Garrett" Gay | Jennifer's Friend |
| EXHIBIT A-19 | Letter of Clark Halliday | Jennifer's Friend |
| EXHIBIT A-20 | Letter of Joshua LaMar Henry | Jennifer's Friend |
| EXHIBIT A-21 | Letter of JaQuan Holloman | Jennifer's Friend |
| EXHIBIT A-22 | Letter of LaLa Imranova | Jennifer's Friend |
| EXHIBIT A-23 | Letter of Leontyne Edwards Lloyd | Jennifer's Friend |
| EXHIBIT A-24 | Letter of Jacob Lui | Jennifer's Brother |
| EXHIBIT A-25 | Letter of Jerrit Lui | Jennifer's Brother |
| EXHIBIT A-26 | Letter of Jessica Lui Nelson | Jennifer's Sister |
| EXHIBIT A-27 | Letter of Eduardo A. Paredes | Jennifer's Friend |
| EXHIBIT A-28 | Letter of Amy Poulson | Jennifer's Friend |
| EXHIBIT A-29 | Letter of Naim Shah, Sr. | Jennifer's Father-in-Law |
| EXHIBIT A-30 | Letter of Clurie Watkins | Jennifer's Mother-in-Law |

# EXHIBIT A-1

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

August 23, 2022


Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District Court of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein:

I appreciate the opportunity to share my experiences and impressions of Jennifer Shah with you. First, my name is Charlene Lui, mother of Jennifer (Jen) Shah. I have had the honor and privilege to call her my daughter. My late husband, Sione Kaisa Lui and I were blessed with six children, three boys and three girls. Jen is the eldest of our children and as such, she holds a special birthplace in our family. My husband is from Fu'amotu, Tonga and he instilled his ancestral cultural traditions and values in our home. One of the most revered Tonga cultural traditions identifies the eldest female sibling as the fahu. As the fahu, Jen is accorded the highest respect at all formal and informal occasions from funerals to weddings and births. She acts as the family matriarch and oversees her siblings, nieces, and nephews. Thus, Jen holds the position of being the caretaker who is responsible for the family. She has lived this esteemed role and accepts the responsibility and has exemplified this role throughout her life.

As her mother, I would like to let you know more about me. I retired in June 2021 after serving 30 years in the educational field. I was a teacher, a school principal in both the elementary and secondary schools, and the director of ██████████████ for 20 years. Soon after my retirement from the school district, I accepted the position of Executive Director for ████████ ████████████████████ a nonprofit 501(c)3 organization that advances and advocates for social justice and equity. In addition, I continue teaching our preservice teachers as an adjunct professor at ██████████████████ and ██████████████.

At this time, I would like to share with you some of Jen's life experiences so that you can see that she is a good woman who has helped many people by giving of her time, labor, support, and advice throughout the years. During her young school years, she was always involved in leadership positions. She was chosen as an exemplary 6th grade student who was actively involved as a member of the school student council. At the end of her 6th grade year, she was chosen as an outstanding student. Then, during her 9th grade year in junior high school she was elected as the Student Body President. Needless to say, she was very involved in her academic and leadership pursuits at Orem Junior High School. During her high school career, she was a cheerleader every year. In order to continue in this position, she had to maintain her grades as well as be an ambassador to represent their school.

Along with her involvement in school activities, Jen was involved in her church as well. During her teenage years, she was a leader in her age group. As a leader she was instrumental in

organizing events to provide service to many people in our church. For example, on several occasions, the young women's church group would visit the elderly and widowed in the ward and help them with cleaning their home, cooking, yard work, or simply providing company to many who were alone. Furthermore, every summer she would attend the ███████████████ ██████ where she learned valuable survival skills. I believe that the most important skills she learned while at camp was learning to work collaboratively and to serve one another. I have witnessed this quality as she serves others in her adult life.

Another example of her service and her work ethnic is when she would willingly help her father in his contracting business. In addition to working as a Track Manager at ███████████, he also ran a general landscaping business. Several of his contracts involved installing fence lines along the highways. I fondly remember one of the jobs where Jennifer helped her father install the fence posts along the highway in southern Utah. Her tasks rotated between driving the company truck or pounding the posts into the ground. Everyone in our family contributed in some way to the family business. I can still visualize her in her jeans, sweatshirt, and steel- toe boots working alongside her father and brothers always helping our family.

After high school, Jen was accepted at the University of Utah. It was there that she met her wonderful husband, Sharrieff Shah. After they were married, Jen willingly choose to work and support their family so that Sharrieff could attend law school. This is another example of Jen sacrificing to help family members progress and achieve their goals. While her sons were in school, she was the model parent always supporting them in their academics and school activities. She was also involved in the local school PTA programs.

As I mentioned earlier, we have six children in our family. In addition to Jen's service to the community, her jobs, and church, she has been a strong advocate and supporter for her brothers and sisters. She has helped her youngest brother when he was struggling in high school and had him live with her and her family. When he lived with her, he was successful in attending school and attaining his high school diploma. With one of her sisters, she helped her get through an abusive relationship and provided support and advice for her to survive this experience and to make significant changes in her life that helped her to thrive.

In addition, Jen has helped several nieces and nephews by providing them support both physically, financially, and spiritually. One example of this support occurred when one of her nephews was hospitalized for several months. Doctors were perplexed at what was causing his ████████████ She visited him in the hospital every day and helped his daughter with medical decisions and paid their family bills during his hospitalization and recovery. On another occasion Jen showed a deep love for her family by helping another nephew meet his biological father's family. Only ten days after the death of my husband, Jaxson's biological father passed away. Jaxson is a nephew to Jen, but in actuality she was his second mother. Jaxson had never lived with his father; however, Jaxson built a relationship with father when he was in high school. They only met face-to-face on three occasions. Jaxson lost his father, and his beloved grandfather in the same month only days apart. Knowing the effect that these two deaths would have on Jaxson, Jennifer stepped in once again and helped another nephew. She arranged for Jaxson to attend his father's funeral services in Baltimore. She had him fly into New York and then drove him to the funeral services. Furthermore, she planned and paid for the family meal

after the service. As a result of her caring actions, Jaxson was able to meet his father's family for the first time. He has since forged a close relationship with his paternal grandmother and his father's family.  Jen has a deep love for her family and continues to provide whatever support is needed.

In recent years, I've had the opportunity to have Jen join me in supporting and providing service to organizations to help advocate for underrepresented groups. For example, she has been very involved in advocating for LGBTQ youth who are most at risk for suicide due to rejection from family members because of their life choices. She has also been a supporter of advocating for women to have the choice in their reproductive rights. She has been a board member with the ████████████████████████████████████████████████████████████. In this position she has provided volunteer hours to help folks register to vote, provided support at our COVID clinics, supported our annual Pacific Health 5K, and volunteers her time to support the educational pursuits for diverse student populations. Also, I am a current board member of the ████████████████ and I have enlisted Jen's help to support our community meetings and fundraising activities.

Judge Stein, there is much more that I can share with you regarding the good character of my daughter Jen Shah. I know that she has pleaded guilty to conspiracy to commit wire fraud. However, this does not affect my high opinion of her character. I still deeply love and respect her and trust her to treat others with the utmost care and concern. Jen is still a good woman who has loving family members and friends to support her when she completes her sentence. As her mother, Judge Stein, I ask you to consider all of Jen's good qualities as you decide her sentence. I am approaching my 70th year and will miss hugging my daughter and having her close to help me and our family. If she wasn't here to help me through the passing of my dear husband, her father, I would have had a harder time moving through the grieving process. I hope and pray Judge Stein that you will consider all of Jen's good qualities and her multiple acts of kindness and genuine love as you decide on her sentence. I would also ask that you consider that my daughter, Jennifer Shah be given a sentence of probation. In closing, I sincerely appreciate the opportunity to share my experiences and love for my daughter Jen Shah.

Respectfully,

*Charlene Lui*

# EXHIBIT A-2

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein:

I write this letter on behalf of my sister Jennifer Shah. My sister and I grew up together as we are only a year and half apart more or less. We are of Polynesian descent, my mother Hawaiian and my late father Tongan. In the Polynesian community, family is the foundation of all things. Our family consists of 6 kids 3 girls and 3 boys. Jennifer is the oldest, then me, a sister Jenohn, a sister Jessica, a brother Jerritt and the baby brother Jacob (although he is grown he is still the baby). Back on the islands life is different then here on the mainland. My father grew up on the Tongan island of Tongatapu in the Village of Fua'amotu. He is the first of many brothers to immigrate to the United States, attend college, marry our mother and started a landscape business to facilitate bringing more family members to the United States. Without a sponsor and means of income, visas were very hard to obtain back in the day. Our father provided without waiver for us and our extended family. Our father was successful in bringing all 4 brothers and many cousins thereafter to the United States. Our father was the patriarch of the Lui family which included our extended family as well. The Lui Family always had dinner with our uncles and their families every Sunday. We grew up around our many many cousins. Our mother grew up in Hawaii on the Island of Oahu. When we were little we would stay with our grandparents while our parents worked and attended school. Eventually we moved to Utah for our parents to finish school at Brigham Young University. We lived in Orem, Utah attended elementary, junior high and high school in the Orem area. My sister was a great leader and role model throughout school. She served on student council in elementary, jr. high and high school of which I followed her lead in elementary and jr. high. She competed heavily in competitive dance that took them all over the country to perform. She continued to cheer and dance in high school as was a captain during her time. I was two years behind her so when she was a Senior I was a Sophomore in high school. She paved the way for me to not be behind the curve when it came to athletics, social clubs and academics. Jennifer was a leader among her peers. She looked out for those that needed help and she was inclusive at all times. As time passed, my sister was dancing and modeling all the while taking classes at the University of Utah. This is where she met her husband to be Sharrieff Shah.

Fast forward my sister had two handsome and smart young men, Sharrieff Jr. and ███. Jennifer's sons have always been a very big part of my kids lives as they would visit during summertime for football camps, skiing trips and just visits since we live in Colorado. My 3 kids are a few years younger but have grown up close to their Aunt, Uncle and cousins. They talk all the time about sports and school and upcoming events that hopefully have us all meeting up since those times are becoming fewer as the kids get older and begin their lives as adults. My oldest daughter is very close to my sister Jennifer. They talk about school, cheer, relationships and all those conversations that usually don't originate with mom or dad. Jennifer has always been the Aunt to my kids that never judged them but is always there to walk them through their issues at hand. Auntie Jen aka Jennifer aka Keikilani has been put in a position to be the one who solves everyone's problems as she is the oldest sibling. My sister has taken this role to

heart and has done so without being asked. Sometimes I feel guilty that I live in Colorado as she has been alone dealing with the family issues on top of her busy and hectic life. She does manage to find time to deal with the full array of being a wife, mother, businesswoman, sister, aunt, family matriarch, and best friend. Jennifer has taken over the role and responsibilities of the Lui Family as it relates to the many non-profit organizations our father started or was a part of. She continues to be actively involved with the ███████████████████████████████████████████████████████████████████████. This committee has given opportunity for the Tongan communities' high school graduates to scholarships, admissions assistance, living needs, counselors, and employment which in turn eases these high school students into college students and eventually college graduates. It was known in the Tongan community that our father was known to "give the shirt off his back" if this advances the individual and the community. My sister has taken this role on since our fathers passing.

As you may know my sister is part of a reality tv show. I have mixed feelings about it but I do remember when my sister called me to ask me my thoughts about potentially joining the show and all that comes with it. My sister has always asked for my opinion on many family matters or decisions that she just wanted to get a different viewpoint on. I said to do what you think gives you the biggest platform to be you. She was cautiously optimistic but was adamant that reality tv would give her a bigger platform for all that she holds dear to her heart. The multiple business ventures, ████████████████████████████ the Polynesian community as a whole, the Muslim religion, the Black Lives Matter movement, and many more that she pushes through the media. My sister has held true to all these groups and has been able to bring discussions to groups that otherwise might not be heard through her day-to-day activities.

Keikilani (my sisters given Hawaiian name) is very strong woman and has been carrying a large burden of a very large indigenous Polynesian community, our family, her household, local and national social circles, and many businesses that have made her the woman that she is today. Of all the things my sister has accomplished, she still has much more to give. Due to the fact that she has pleaded guilty to conspiracy to commit wire fraud, I need my sister. The Polynesian community needs my sister. The LGBTQ+ needs my sister. The Muslim community needs my sister. My brother-in-law needs his wife. My nephews need their mother. My Mother needs her daughter. My kids need their aunt. She will do what is necessary to right the wrongs that she has been involved with, but I know personally she will continue to carry the burden of others that she has been doing for so long.  I will continue to support her through this upcoming chapter of her life. The communities that she has been advocating for and supporting will continue to support her too. Our family will support her unconditionally.

Judge Stein please consider the compassionate, humane, charitable nature of my sister Jennifer during her sentencing. I ask for mercy as my sister has shown throughout her life for those, she was able to help and mercy from those that she has wronged should they be able to give when the time is right. I love my sister and now there is more for her to give to this world.


Respectfully,

Kaleo Lui

# EXHIBIT A-3

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

It is with a heavy heart that I write this letter. My name is Sharrieff Shah Sr., and I am Jennifer Shah's husband. I am painfully aware that my wife accepted a guilty plea of conspiracy to commit wire fraud related to a telemarketing scheme. The rippling effect of my wife's actions will be felt for years by my family members as well as the innocent people who suffered unimaginable financial losses. These facts cannot be erased. However, there are additional facts that you should consider as you determine the appropriate sentence for Jen. Your honor, you need (i) to know Jen as a wife and mother; (ii) Jen's civic commitment and contributions to her community; (iii) how my wife ended up in this situation; and (iv) Jen's sincere desire to correct her past wrongs.

(i)      JEN AS A WIFE AND MOTHER

Jen and I have been married for over 28 years. I recognized early in our relationship that she would fight for what she believed in and those she loved. I met Jen in the fall of 1991 while attending the University of Utah as an undergraduate. I remember exactly where I was and what I was doing when I first saw her. My best friend and I were eating lunch at the union on campus.  Typically, the football players were on campus several weeks before any students had to attend school. My wife was a freshman and she was required to be on campus 2 weeks before school began. As fate would have it, Jen and her girlfriend were in the union at the same time my friend and I were eating.  When I saw Jen walking down the corridor, I told my best friend without reservation that, "she is the one."

We dated for 2 years and absolutely fell in love.  However, it was not a match made in heaven. My wife's parents did not like me because I played football, and I was not Polynesian or Mormon, but rather an African American Muslim from the dirty streets of Los Angeles. Consequently, I was not invited to many family events while we dated.  Thankfully, Jen's younger brother was the first one to give me the thumbs up.

Jerrit was 8 years old when I met him. He loved football, and I happen to be a college football player.  We connected from the very beginning. He had endless football-related questions for me. Jerrit loved doing football drills every time he saw me. I never denied him the chance to get better regardless of the location. One time, my wife and I went to a wedding and her parents and Jerrit happen to be there. Well, Jerrit and I quietly left the wedding and went to the parking lot. Jerrit knew that I kept a football in my car at all times. We played catch and he ran routes in the parking lot for 3 hours.  When Jen's parents came outside and told Jerrit to get in the car,

1

he exclaimed, "I love Sharrieff." Jen said, "I do too." At various times, Jen's parents told her to stop dating me and she refused. When Jen's mother and father recognized that their oldest daughter loved me and was willing to abandon her family because she loved me so much they changed. They opened up their hearts and gave me chance to get to know them. My wife and I were married soon after. This was the first of many examples of my wife's willingness to fight for the things she believes in and the people she loves.

Like many young couples, early in our marriage we struggled financially. We were both in college taking care of a brand new baby. My wife developed an unparalleled work ethic that she adopted from her father. We decided as a family since I was further along in college that we would focus on getting me through undergraduate and law school faster to help our family's financial condition. Jen dropped out of college to help support me and our baby boy. I worked 2 jobs during graduate school and law school. My wife worked 3 jobs while I attended law school. During the week from 9 am to 5 pm, she was secretary for non-profit corporation. In the evenings, she was a nanny for a physician. On the weekends, she worked as a model at local fashion shows, and did photo shoots for various magazines and online publications. My wife was willing to carry more than her share of our marital obligations in order to place our family in a better position. As a mother, she constantly went the extra mile for both of our sons every day.

Since my wife ▓▓▓▓▓▓▓▓▓▓▓▓▓ during our marriage, we joyfully welcomed the birth of boys. Jen is a voracious reader. During both of her pregnancies, my wife read to our babies. She read various topics from a number of different sources. I am certain this is one of the reasons our boys have been such good students. Throughout their elementary, junior high, and high school years, Jen helped both of our boys prepare for school spelling bees, science fairs, debate matches, and public speaking competitions. She is and has been a PTA member at each of the schools our sons attended, classroom mother on scores of field trips, school dance monitor, dance competition judge, and treat mom for any school-sponsored celebration. It was Jen that taught our boys to not only participate in school events but strive to do their absolute best.

I remember our oldest Sharrieff Jr. wanted to do a project for the school science fair. In typical Jen fashion, she and Sharrieff Jr. began reading newspapers, magazines and watching science documentaries to get ideas. Sharrieff Jr. decided to do his science fair project posing and answering the following question: "Is your dog a couch potato?" His project required him to go to the dog pound to measure the resting heart rates of different dog breeds. He opined that a healthy dog's resting heart rate should be a specific range regardless of the breed. My son was in the 6th grade at the time.

If he won his school science fair, Sharrieff Jr. would automatically advance to regions. Our son won the school and region science fair, which gave him a spot in the Utah State Science Fair. My son's teacher sent home all of the pertinent information for the state science fair: location, time, date, materials to bring, etc. His teacher pinned the information on my son's sweater. When the recess bell rang, nothing could have ever stopped Sharrieff Jr. from participating in a quick game of lunchtime tackle football. He came on without any of the important details for

the state science fair. The only thing we knew was that the fair started the following day. I told Jen to let it go. Junior did a great job by winning the school and region fairs. My wife completely disregarded my statement.  She and Sharrieff Jr. jumped in to the car and drove 43 miles to Brigham Young University. They went to 8 different buildings until they found the correct one. Sharrieff Jr. made it on time, and was able to submit his project in the state science fair. Although Sharrieff Jr. did not win the state science fair, he learned the valuable lesson that you must do everything you can before you give up.  My wife stoked my oldest son's competitive academic fire, and it has stayed with him in to adulthood.

Sharrieff Jr. was accepted to Duke Medical School and began his first year this fall. He earned an academic scholarship and has taken out loans to pay for his medical education. My wife never paid for any costs related to Sharrieff's admission or current enrollment to Duke Medical School. My son saved his money for years for this moment. Additionally, we were blessed because Jen was able to attend Sharrieff Jr.'s White Coat Ceremony at Duke Medical School.

> "The White Coat Ceremony is a symbol of entry into the profession of medicine, and is a very important defining moment for first year medical students.  More important than the day students graduate, the day that they begin medical school marks the start of their responsibilities as a health care professional. Students accept the obligation to demonstrate respect, become a teacher, and embody humanism. The White Coat Ceremony symbolizes the first step into being a professional, rather than a step toward becoming a professional. As they are welcomed into the Duke community of medical professionals, students are urged to reflect upon and look forward to proclaiming the commitment to medicine and write oaths as an exercise to build camaraderie within their learning community. The oaths are read aloud at the White Coat Ceremony."

I am not sure if I will be attending another White Coat Ceremony in a few years for our youngest son ███████ but I am certain my wife has instilled in him the same high academic aspirations. ████████ is a senior in high school, and maintains a 3.73 gpa. He recently received an offer to attend Morgan State University on a football scholarship.  He confides in his mother. They share a unique relationship. When the police came to arrest my wife last year, they found other members of my family sleeping and resting in our home. ████████ had an assault rifle pointed at his head and heart officers from Homeland Security. He has nightmares about that day. My wife is the one who comforts him until he is able to go back to sleep.

Jen is the light that brings joy to our house. My wife is responsible for creating the experiences that form the foundation of the most loving memories we hold dear. As a Muslim, I did not celebrate anything growing up. We did not recognize holidays or birthdays. My childhood was rather uneventful. My wife, however, was the polar opposite. She and her family lived for every

holiday, birthday, graduation, party, fiesta, carnival, and family event. When we married, we reached a compromise and agreed to recognize and celebrate our boys' birthdays. Our compromise was short-lived and my wife made our family feel like every occasion was a big deal. She would stay up 2 days before preparing surprise birthday parties. Jen loved making homemade posters and cards for our boys to acknowledge their achievements, no matter how big or small. She even threw small parties for our dogs when their birthdays would come around.  If there was not an event to celebrate, please believe me she would make one up just to have an opportunity to laugh and have fun with her boys.  Jen loved making me and our sons feel special. One of the many things that I do love about her so much.

**(ii)    JEN'S CIVIC COMMITMENTS AND CONTRIBUTIONS TO HER COMMUNITY**

Throughout our entire marriage, I watched my wife devout hundreds of hours to address issues that plague our community. Jen's civic commitments and community contributions are limitless.  After watching the Covid-19 death toll each night on the news, she stop crying and began working to implement a plan of action. During the height of Covid-19, Jen started making masks.   She bought a sewing machine and sat in her fashion studio making masks with her 2 employees. Jen would come home with blisters on her fingers because she had been cutting, sewing and stitching masks. Through her company JXA Fashion she made and gave away thousands of masks to healthcare workers throughout the Intermountain west.  We delivered masks to local nursing homes and hospitals. I was driving with her on many occasions when Jen would pull the car over to give masks and small bottles of hand sanitizer to homeless people and other vulnerable populations.

Jen gives without recognition or accolade. For example, she recently donated dresses to ████ high school to allow financially disadvantaged students to attend prom and homecoming dances. Providing a way to allow underprivileged girls to be included in critical high school events is simply part of her DNA. My wife's knows firsthand how it feels to be excluded and treated differently because of your financial condition, the color of your skin, or nationality. This is why she is a member of ██████████████████     ██████████████     focuses on developing community events centered on antiracism education including lectures, neighborhood marches, and fundraisers. Jen is an avid participant in the ████████████. Additionally, when Roe v. Wade was overturned, my wife immediately hit the streets to protest. She attended multiple local rallies and posted educational messages on her social media pages to encourage others to support women's reproductive rights.

In 1990, Jen's father help establish a Polynesian community in Utah and created the ████ ████████████████   He helped a countless number of Tongan citizens immigrate to the United States.  My wife's home was constantly filled with native Tongans trying to transition to the American way of life. ████████████████████ ██████   As director, she volunteers hours to help Tongans register to vote, provides support at Polynesian COVID clinics, supports the annual Pacific Health 5K, and spends her time speaking to and educating diverse student populations. Finally, my wife was drawn to provide love to gay and lesbian teens. I did not understand why she had such an affinity to this particular group of

kids until she explained to me that the LGBTQ youth are most at risk for suicide due to rejection from family members because of their life choices.  This is why my wife joined ▮▮▮▮▮▮▮▮▮ builds homes that provide life-affirming services and therapy to LGBTQ+ youth and families in communities across the United States. Jen constantly visits the ▮▮▮▮▮ home in Provo, Utah to console young members as the encounter and overcome the challenges they face.

Jen will unapologetically use her platform to support social justice issues and speak for underrepresented groups.  I am extremely proud of her civic commitments and community contributions.

### (iii)    HOW DID JEN END UP HERE?

Jen has never been arrested or detained for any crime. My wife's current legal predicament was caused by a confluence of events that came together at various points, which caused her to spiral out of control. When my wife accepted the guilty plea, we had many painful conversations. After countless hours of tearful exchanges, I finally understand how my wife ended up in this situation.

From 2001 to 2012, I practiced law in Utah. As a civil litigator for the largest commercial law firm in the state, I worked every day including weekends. My work obligations were difficult for my family, but especially my wife. We rarely saw each other during the week. By the time I came home, everyone was usually sleep. My wife also worked long hours every day.

In February 2012, my wife and I sat down to have a long conversation about my work life. We decided that switching professions might allow me to have more time with my family. We were sadly mistaken. My wife nearly left me because I spent more hours working a football coach than I did as lawyer. I traveled the country extensively the entire year to recruit athletes to play college football. Because of my absence, I was not able to see how badly my wife was suffering. As I think about it now, I recall her spending more time in our bedroom alone. She often fell asleep in our children's bed waiting for me to come home. She would constantly tell me that she feels so alone. I am convinced that God is punishing me because I failed to be a good husband.



██████████████████████████████████████████████████████ ████
█████████ █ ███████████████ While all this was happening, she continued to work. My wife was an
exceptional employee and hard working woman. Very early in our marriage Jen expressed her
entrepreneurial spirit and desire to create her own fashion/clothing business. My wife's work
history and reputation was impeccable, and I never had any reason second guess anything she
told me regarding her business ventures.  I sincerely wish I would have ask her more questions
about her business, the events she attended around the country, and the individuals she
worked with. My failure to critically inquire about her employment activities will haunt me for
the rest of my life.

In the end, my wife's █████████████████████████████████████████████
██████████████████████ her to make catastrophically bad business decisions and
develop relationships with awful people that led to her current situation. Moreover, during the
same span of time my wife was involved in this conspiracy, she lost some of the most important
people in her life: grandfather, grandmother, and father. ████████████████████████
██████████████████████████████████████ My wife was raised by her
grandparents, and there was no one she loved more than her sweet father.

    **(iv)**    **My wife will make it right**

By accepting the guilty plea, Jen took the first huge step in making things right by
acknowledging her own guilt and accountability.  Jen has expressed her genuine remorse to me
so many times for what she has done and the people hurt by her criminal actions.  Jennifer is
truly a good woman, mother, wife, sister, and daughter who made bad decisions. ████████
████████████████████████████████████████████████████
███████████████████████████████████████████.

Your honor a lenient sentence will allow Jen to return to work sooner, which will expedite her
ability to pay her forfeiture and restitution. My wife is not a career criminal, and she has no
prior criminal history. She is committed to doing whatever it takes to make things right.
Although many judicial officers in your position believe that justice requires punishment, please
bear in mind that my wife has been dealing with a level of punishment since the day she was
arrested on March 30, 2021. Judge Stein I beg you to please show mercy on my wife when
issuing your sentence.

Sincerely,
Sharrieff H. Shah Sr.

# EXHIBIT A-4

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

My name is Sharrieff N. Shah, and I am Jennifer Shah's eldest son. I am writing to you with the
hope that I may accurately describe my mother's character and provide an idea of who she
truly is.

I am currently in my third week of medical school and my classmates and I have been inundated
with PowerPoint slides of biochemical pathways, images of cell structures, and research papers
that I do not yet fully comprehend. Distributed amongst our foundational science lectures, we
also engage with presentations on social justice, equity, and the healthcare system as an entity.
During these presentations, my class and I participate in deeply meaningful discussion. During
one discussion, the topic of "honesty in medicine" was brought up and the question was posed,
"Where do physicians learn to be honest with patients?" Without pause, I clicked the button on
my microphone to transmit my answer throughout the auditorium speakers, "Our parents; or
our caregivers in childhood." Classmates nodded, and the speaker agreed and moved on to
hear varying responses from other students. As I sat back in my chair, I questioned the
significance of my statement. If parents truly form the foundation of our understanding of
honesty, what did that mean for me? Now, a few weeks removed from that discussion, I
recognize that regardless of her recent mistakes, my mother has exemplified positive ideals
throughout my entire life. I am happy to have learned from her and to have gained an
understanding that all individuals are flawed and these flaws do not negate their positive
aspects.

From my earliest memories I can recall my mother modeling the ideals of generosity and caring.
As a child, I remember telling my mother about all my elementary school friends. Amongst
those stories, I included how my friends and I would trade food items at lunch. A sandwich for a
cookie, a pizza slice for a pack of chicken nuggets, a chocolate milk for an orange juice. I also
casually mentioned how one of my classmates rarely traded any of their lunch items. Reflecting
on these lunchtime deals as an adult, I can now appreciate how this was difficult for students
with less desirable lunches.  After telling my mother the contents of my classmate's lunches,
the details of which I can no longer recall, she decided that I would bring double of my lunches
to share with him. For the rest of the year, my mother packed two of everything: sandwiches,
juice boxes, fruit snacks, and string cheeses. Each day my friend and I would barter at the lunch
table as a team and we cornered the market on grilled cheese sandwiches, a staple in the
lunchtime economy. My mother's kindness did not stop when I left elementary school.

My mother has developed a platform that she utilizes to support social justice movements, healthcare reform, and equality in multiple forms. She has volunteered to speak at panels on racial prejudice in our local community, and she has served as a spokeswoman for racial affinity groups across Utah. My mother has marched in support of her political beliefs and empowers others to do the same.

While my mother has done and continues to do commendable things, she is not perfect. She is flawed and has made mistakes that have hurt numerous people and their families. I am aware that she has pled guilty to conspiracy to commit wire fraud and I am inexplicably hurt and saddened for the families that have been impacted. While I understand that there must be a consequence for these actions, I am asking that you view my mother through a lens of forgiveness and compassion. I believe that my mother recognizes her wrongdoings and will be a better service to society if given a sentence of probation.

Thank you Judge Stein.

-Sharrieff N. Shah

# EXHIBIT A-5

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

# EXHIBIT A-6

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

August 23, 2022

To The Honorable Judge Stein,

My name is Jaxson Kaisa Shah Lui. I am 21 and currently serving in the ███████ as a plane mechanic. Jen is my mother's oldest sister and I have known her my whole life. When I was first born, Jen and her husband were going to adopt me, which is why I carry their last name as my middle name. Although Jen is my aunt, she has always been like a second mother to me and I even consider her kids to be my siblings. Whenever Jen would come around, not only would she come around with a fun and loving energy, but she would always put in the effort to talk to me and stay present in my life.

If there is one thing I know for sure about Jen, it's that she has a huge heart. I consider Jen to be a second mother because for as long as I can remember, Jen has treated me like a son. I grew up with my grandparents, and although they were sure to fulfill my basic needs, Jen always went above and beyond for me. Every single year before school started, even though she had her own kids to take school shopping, she would go out of her way to take me school shopping as well. She would make sure that I had a good amount of school supplies and new clothes for the start of the school year. Growing up, I was constantly at Jen's house because she made me feel like I was always welcomed there. Jen would always make sure that I knew that I could depend on her if I was ever in need of anything.

Jen is a very thoughtful person and often goes out of her way for the people she loves. Every single time I get a chance to visit my family back home, Jen not only offers her home to me, but

she has also offered her car to me just so I can get around. On the occasions when I drive down, she also finds ways to help me out. When it came time for my nine-hour drive back to base, although I ensured her that I didn't need anything and was set for my drive, she sent me money for gas anyways. Jen is constantly going out of her way for the people she loves and this is just one of those instances.

I grew up thirty minutes away from Jen and every time she came around, she always made things fun. Whether she had things planned or whether the day was spontaneous, Jen made things exciting. On one occasion, Jen took the time to teach my mom and another one of their sisters a dance. Once they had learned the dance, Jen convinced them to put on a show for the rest of the family. They danced and by the end of it, the whole family was laughing. If there is one thing that I would describe Jen to be, it would be family oriented. Although she often had other things going on in her life, she never failed to show up for her family.

I am aware of the things to which Jen has pleaded guilty to, but this hasn't changed the way that I think of her. For me, Jen is still a second mother to me who has always supported me throughout my life, and even now as I continue to serve this country. I will continue to respect and care for Jen, just like she has done for me my whole life. I ask at this time that you consider the stories that I have shared, and that you see Jen for the loving and caring person that she is as you make your decision.

Thank you,

████████████ Lui

# EXHIBIT A-7

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

August 23, 2022

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District Court of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

Aloha, my name is Jenohn Lui and ████████████████████████████
████████ with my husband Erick along with our daughters ████ (12),
████ (10), and Jaxson my oldest who is ████████████████████████
████████████████████████████████████████. I am employed
at ████████████████████████ as a Customer Service Representative.

Jennifer Shah is my older sister, and is the oldest sibling of six children.  As
the oldest female sibling Jennifer is the Fahu in our Tongan culture, the
Fahu is responsible for her siblings.  From a young age Jennifer has
always taken her Fahu role seriously.  Always being supportive to her
siblings by helping with nieces and nephews by caring for them or assisting
financially with school, attended parent teacher conferences, sporting
events, graduations, baptisms and church events.  National American
Tongan Society events to carry on the legacy of my late father Sione Kaisa
Lui's as one of the founders to carry on his dream to advocate for all.

Jennifer helped me through a very difficult time in my life as a single mother
and ████████████████████████.  Jennifer assisted me with my oldest son
Jaxson by taking on the role of his caretaker, my son is actually named
after her Jaxson Kaisa Shah Lui.  Jennifer made sure that Jaxson was
taken care of and attended his parent teacher conferences along with
getting him involved in sports, supporting him in his religious beliefs.  Once
I recovered I relocated to California and within 5 years I was in an abusive
relationship where I was granted a protective order.  Jennifer flew out to
California to attend the court dates with me on several occasions and also
provided financial assistance for my attorney and with my bills as well as

the well being of my daughters.  These are just a few things Jennifer has done for myself and my children.  It's not easy for me to talk about these examples as it was such a dark time for me, however it was very important to be raw and honest.  If it was not for the support that Jennifer provided to myself and my children I don't know where I would be.  I credit Jennifer for the respectful young man that my son is today and I know it's because of her and her husband's positive influence and role they were in his life.  Not only is Jennifer my older sister but she is my best friend who loves and gives unconditionally.

Jennifer has pleaded guilty to conspiracy to commit wire fraud and of course I was surprised as this is completely out of character for the older sister I knew her to be.  Jennifer Shah is a good person who has a loving family and friends to support her before, during, and after her sentencing is complete.  I still respect and care for Jennifer and ask you to consider these good qualities as you decided Jennifer's sentencing.  I ask for mercy and compassion and that Jennifer Shah be given a sentence of probation.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Jennifer Shah.

Respectfully,

Jenohn M. Lui

# EXHIBIT A-8

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

Honorable Sidney H. Stein

My name is Danny Filipe. I write to you regarding Jennifer Shah and her upcoming pending sentence. I understand Jennifer Shah has plead guilty to fraud charges and would like to take this time to give some background through my own experiences and thoughts of Jennifer's character, morals and as a family-oriented individual. I am a closely related cousin to Jennifer Shah. Her father is a young sibling to my grandfather who is the eldest in that family. Jennifer Shah, and I grew up together from a young adolescence and have maintained a close relationship throughout the years up to now. I am a ███████████ individual born and raised here in Salt Lake City, UT. I am a father of two and a grandfather to one. My parents are both immigrants from the Polynesian island nation of Tonga. Both U.S. citizens, retired and outstanding community members. This being said, I believe I can speak to Jennifer Shah's great character and high quality as it pertains to her true and authentic care and concern for others.

Jennifer has been truly and inspiration and played a role in my life. She was a determined dancer in her youth and took direction well. In high school I saw her as a leader and role model in dance and cheerleading and her classmates looked up to her. When she became a mother, I was a new dad and would have the kids often over at various times for sleep overs. She showed such nurturing tenderness and treated my child as her own. Culturally things as such were instilled in us and now, I understood why. Our Polynesian background has played a big part in our lives of being very family oriented with respect and humility. Jennifer Shah is an incredible mother. She loves unconditionally and always drops everything for family. She's intelligent, funny, witty and incredibly talented. She has always said that education is the key and work hard and stay focused on your goals.

A couple of years ago I had a ███████████████ which caused me to be ███████ Jennifer was one of few to show up for me, helping me in a time of need. I was ██████████████████████. ████████████████ began to settle in and I hit a low in my life, I felt emotionally defeated, alone and helpless. I wanted to give up. She was there to offer emotional support by keeping me in good spirits, talking me through my lows and being there through my ████████████. She also offered to clean my house including lawn and keeping my other affairs in order. Jennifer Shah absolutely played a key role alleviating much of my stress through ████████. To date I can walk

and am still doing ███████████. She did this and so much more. I really want you to understand that feeling alone is one of the worst things in life and I felt like this individual was an angel. I don't think I could have done it without her.

Jennifer Shah is a loving mother, sister, daughter and wife. The things I have mentioned in this letter are only a few things I think are important that you should know about her as a person through my eyes. I hope and pray that this will inspire some compassion for Jennifer Shah. With the utmost respect I humbly ask the court and you, Judge Stein be merciful in her sentence with probation.


Sincerely,


Danny Filipe

# EXHIBIT A-9

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein:

First, I am grateful to you and the court for this opportunity to share my thoughts of my sister in law, Mrs. Jen Shah. She married my brother Sharrieff Shah a few years before my marriage to my wife of 23 years. I have four beautiful children, a CPA, and co-founder - director of a non-profit organization since 2003. We have served over 150,000 disadvantage persons in the US, Ghana, Togo, and Malawi.

I love her because she encouraged my work of helping humanity. Other close friends thought I was crazy to leave a high paying job with big six accounting firm to pursue my passion. I saw her excitement telling her sons, Sharrieff Jr. and Omar, about my work. I felt like I was some NFL All-Star athlete. She always gave me fuel to draw from when my tank was empty and as a result today thousands of people all across the world are being provided food and other necessities each year.

She calls me her big brother. I take this title serious. I feel my role is to return to her all the encouragement she gave me. So, I message her often. I tell her to stay strong. I tell her to pray and be accountable. I tell her to beg forgiveness and accept what is happening as a lesson to mature and learn from. I was not there like I should have been when my little sister lost her father. It was a very tragic situation that needed more attention than I was accustoming to give. But this time I promised myself that her big brother will be there with her every step of the way.

I am aware, Mrs. Shah pleaded guilty to conspiracy to commit wire fraud. But I am also aware that she is of good character, raised a beautiful family, and great motivator for my work in service to humanity for past 20 years. Judge Stein, I respectfully request mercy and compassion from the judge and ask that Ms. Shah be given a sentence of probation.

Sincerely Grateful,

Naim Shah Jr.

# EXHIBIT A-10

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein,

My name is Sabria al-Jabbar and I am a mother of three beautiful children and fulltime caretaker of two of those children, who are adults (25 and 22) afflicted with ███████████████████ ████████. The purpose of this letter, Your Honor, is to humbly request merciful sentencing, in the form of probation, for my sister-in-law, Jennifer Shah. I am in full understanding and completely aware of her decision to plead guilty, and respect such. I simply wanted to write this letter to convey the extremely high esteem I have for my sister, who has loved and supported me unconditionally from the moment we were brought into each other's lives over 20 years ago to this day.

Jennifer and I have very much in common: we both married young to brothers of the same family. We both have multiple children, and both of our oldest sons (only born two years apart with birthdays on ███████ and ██████████ respectively) are pursuing careers in the medical field. But even before those similarities, Jennifer and I are both Muslim women. While people have perceptions of what a "good Muslim" or a "proper Muslim" may look or seem like, Islam (like other faiths) is truly about the kind of person you are. There are other factors that matter of course but, your character above all else is the truest indicator of your faith. I would like to discuss and would genuinely appreciate if you take into consideration how exemplary the character of Jennifer is.

Jennifer is a woman who has always placed my best interests and the interests of my children and family at the forefront of her thoughts. We bonded very quickly; both being thrust into motherhood at young ages. Jennifer and her husband Sharrieff have always offered their hearts to me as a source of support. Jennifer has consistently been kind, courteous, respectful, and above all else caring. As much as I've known her to be these things my entire life, the quality of her character was demonstrated to me at its peak over the last two years.

My husband struggles ███████████████, which often culminates in his inability to support myself and our children, and at times the aftermath of his ███████████████████████████████. Living and essentially taking care of ████████████████████████████ by myself is an extremely secluded existence, even as a mother. In the midst of the chaos, Jennifer has been my lifeline in a way almost no one has despite being located in Utah. She has constantly extended herself in every way to myself and all of my children. Jennifer personally researched the availability of ████████████ near where she lives and offered for our family to live with hers if we ever needed it. In 2019, while going through a particularly rough patch in my life, Jennifer called me and said she was in New York and asked to visit me. She dropped everything they were doing and came to Maryland from New York to see me and my family. We laughed, cried, yelled, and hugged for over 8 hours that day, and it is a moment I will never forget. Whenever we see each other it's as if we were never apart. She was the only person I can call family, through blood or marriage, that came to see me in person, unprompted, to make sure that I was surviving. There are things that she offered myself and my family that no one else did. Her kindness and generosity towards me have been a constant breath of air in an environment that is otherwise hard to breathe in.

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

I would also like to point out that Jennifer does not simply make the harder times easier, but also helps create happy memories during the hard times. My mother was very ill and could not do much towards the end of her life, but one of her personal comforts was food. She was an excellent chef and a self-described "foodie", and her cooking was one of the things that brought her solace. While hearing my mother in the background during one of our conversations, Jennifer spontaneously asked "Does your mother like Mexican food?". After answering yes, there was suddenly a "smorgasbord" of Mexican food and drinks arriving to our doorstep that my mother gleefully enjoyed. It was one of her happiest moments in a time when there was not much to be happy about, and it truly made me appreciate her for two reasons. She is both one of the most reliable and one of the most thoughtful people I know.

Your Honor, I would graciously like to state that Jennifer Shah is one of the most remarkable human beings I know. Jennifer is a dedicated and devoted mother and wife, and a human being of exemplary character. She has been an unquestionable blessing in my life from the moment she entered it. Jennifer still has a child under the age of 18, and an older son who is just on the cusp of making his dreams come true in the medical field. Her family and my family will continue to love and support her unconditionally through her hard times as she has for us. Please consider sentencing Jennifer with probation for the sake of her and her loved ones. Thank you so much for your time.

Respectfully,
Sabria al-Jabbar

# EXHIBIT A-11

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein United States District Judge United States District Court Southern
District of New York 500 Pearl Street
New York, New York 10007

Dear Judge Stein:

My name is Morgan Scalley and I am writing this letter on behalf of Jen Shah. I have known Jen
for 12 years . Over the past 12 years I have come to know Jen as a nurturing and caring mother, a
fiercely loyal and devoted spouse, and a proud independent working woman. Jen loves our
players as if they were her own, and she is a mother figure to a number of our young men who
have never really had a mother figure in their lives. Jen has opened up her heart and home to
many of our players who now call her mama Shah.

I have also witnessed firsthand her loyalty and compassion as a friend. A couple of years ago, I
had an incident that shook me to my core, and nearly caused me to lose my job . Jen immediately used
her voice and immense social media presence to correct inaccurate perceptions that had begun to
form around my name. She was extremely loyal, and her friendship knew no bounds. She did not
hesitate to stand up to fight the injustice that I was subjected to.

I say these things because you need to know the entire Jen shah. I understand she has made poor
decisions that have hurt many people, and she is standing up and ready to make things right. I
simply ask your mercy Judge Stein to impose probation, because I need, and others will need Jen
Shah's voice and platform when they find themselves in a similar situation. She has an incredible
heart and I am proud to call her my friend.

Morgan Scalley

# EXHIBIT A-12

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

We must develop and maintain the capacity to forgive. He who is devoid of the power to forgive is devoid of the power to love," Martin Luther King Jr.


Dear Honorable Judge Stein,

My name is Nargas Mullahkhel; I reside in Salt Lake City Utah. I am writing a letter of recommendation on behalf of a very close and beloved friend of mine (sister figure) Jen Shah, whom I've known for 6 years.

Last year I lost my nephew to a homicide in Salt Lake City he was only 19 years old. Shortly after, two months later, I lost my very close brother to a homicide. It was indeed the year of sorrow and pain. At the same time, I was pregnant with my sixth child, a single Muslim mom and raising my children alone. I own a small clothing boutique that was failing ███████████████████████████████████████████ ███████████████████████████████████████ I was on the verge of losing everything.


They say that it is in the most difficult times,the most challenging times, that your true friends show up.  I recall and I will never forget the day that I reached out to Jen. I████████████████████████████████████. I was on the verge of losing my business, dealing with ██████████████████ and losing all hope, and it is hope your honor that makes us move forward in life.

Jen was my hope, without hesitation she came immediately to my rescue and my children's rescue. Her kindness and uplifting words gave me hope again, her emotional support gave me inspiration and she was there by my side motivating me out of darkness. After hearing that my business was failing severely she could've turned her back on me but instead she immediately hosted "A shop with Shah Day " ... and because of that event it was the highest sales day in the entire year. I was able to provide for my children and put food back on the table.  Being a Muslim female small business owner in Utah is not easy, I didn't think it was possible to turn the business around but Jen told me she wouldn't let me fail, and she didn't. She was there at my boutique late at night and on weekends helping me with inventory, brainstorming holiday promotions, teaching me how to run reports to better manage my business, and she used her social media platform to promote my store and helped me put together my first fashion show to get business back up. She did all of this while dealing with everything going on in her life. That is the Jen I know...always putting others before herself and helping in any way she can.

We all make mistakes your honor; as a Muslim we are taught that we are judged not by our actions but by our intent. I know Jen plead guilty to conspiracy to commit wire fraud. I forgive Jen for the mistakes she's made because  I know Jen's intent is pure and I know she will live each day making sure every victim is made whole.

Jens compassion, mercy and love toward others  cannot be described in words, it is something that can only be felt with the heart.  As Helen Keller once said, "The best and most beautiful things in the world cannot be seen or even touched. They must be felt with the heart."

I write this letter asking the courts to seek mercy on my friend and ( sister ) Jen Shah. We all make mistakes we were not created as human beings to be perfect, we have flaws and imperfections but that doesn't define our true character and who we are.
I ask this court to show mercy and forgiveness by granting Jen probation . The remorse that Jen feels for her actions has caused an amount of stress and debilitating sadness  on her and her family. She is a beloved mother and I cannot as a mother myself, imagine her kids not having their mother. So many people like myself, depend on Jen and look to her as a mother figure, a sister and someone that unconditionally loves and cares for others.

Honorable Judge Stein, I hope you read this letter and understand the woman before you ..Jen Shah is a wonderful , loving ,caring and genuine human being.

Sincerely,
Nargas Mullahkhel

# EXHIBIT A-13

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)









# EXHIBIT A-14

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein United States District Judge United States District Court Southern District of New York 500 Pearl Street
New York, New York 10007

Dear Judge Stein:

- my name is Juan Bueno III ( johnny bueno ) I am ████████████, a father, a husband, a cosmetologist and friend of Jen Shah. I am ██████████████████████████████████████, my family and I ██████████████████████████████████████████. It was about 2 years ago when my husband Cory Thompson ( Coco Alexander ) and I met Jen Shah. I met Jen Shah after seeing her on the show The Real Housewives of Salt Lake City, I am honestly a super fan of the show and sought to meet Jen (On instagram )because I wanted to work with her on her show and get to know more about her. I felt from the beginning that she was a person of good nature that had worked hard in life to produce a good home for her kids and her family. Over time in getting to know Jen, I realized that was true. I first met Jen on the phone / FaceTime with my family (coco, our son ████████ & my mother Rosemary ) as we arrived home from a road trip. That conversation lasted about 2 hours as We got to know Jen as a real person. We spoke about life, family and working together, it was a pleasure to have a new friend in Jen Shah. Honestly we didn't get you work on the project we spoke about, Covid kept us from meeting and I didn't know what to expect after that. I thought that our connection would pass and the friendship was just for entertainment but I was wrong. Jen Shah has always shown me her character, that no matter what honesty is what is best in life even if it takes a moment to get there. Although Jen Shah has never met me or my family in person, Jen has always shown me as a friend that it doesn't matter where in the world you are, she will always make time for her friends , community & family. Recently my family was vacationing in Big Bear when Jen FaceTimed us. To see Jen in her kitchen, in her home with her family chatting away with me about life showed me time didn't matter , our friendship is what mattered to her.

I know that Jen Shah is a good person because she is facing her truth right now and is openly ready to pay her debt to society. A quality I hold on high regard is facing the truth and I respect Jen for this. Jen's influence in my life has been huge as I recently have filmed a hair reality show with my husband Coco and she has helped me tremendously with her knowledge. Jen has given her advice , her ear to listen and her best wisdom in helping me guide my way in filming our show. From the time I met Jen I have always looked to her for guidance , inspiration and empowerment because those are some of her best assets & qualities of who she really is and she has never disappointed me. I was able to see past the designer labels , jewelry , and ostentatious lifestyle she wanted America to perceive her as, I saw Jen the mother , wife , friend & imperfect human. That is why I am writing this letter today for Jen Shah the imperfect human. I believe in Jen Shah, in her willingness for accountability and her perseverance of making this right for her victims, family , friends and mostly for her , her soul. Jen has shown me that fears need to be faced, truths need to be told and respect can only happen if you respect

yourself and you have dignity. I see that more than ever with Jen Shah as she is coming clean with her wrong doings. Jen's guilty plea hit really hard, hard in the way as all I could see was the pain & hurt she caused so many people along with her family. It took me a minute to see the silver lining and talking to Jen helped me understand that. I believe in Jen's willingness to pay her debt to society, to show the world the imperfect human side of her that I have grown to know and to show us all that she broke the law and is ready to payback what she took. These are not easy times for Jen Shah but this will make her a better person, because time gives opportunity to reflect and I will be there for her along the way and through her journey. I know there is a lot factored in when sentencing and I ask you Honorable Sidney H. Stein to consider all aspects of Jen Shah, her good qualities , her good nature and willingness to fix her mistakes to society, please consider with mercy & compassion.

Juan Bueno III
( Johnny Bueno )
July 26, 2022



# EXHIBIT A-15

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

To,

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Dear Judge Stein,

     I am writing this letter to refer to Ms. Shah in regards to her character. I would like to introduce myself. My name is Murilo Bueno, ███████████████████████████████████████████ ██████████████████████ .

     I met Ms. Shah in 2015 while working at ███████████ in Salt Lake City where she was a client at. I ended up moving and leaving that job but then ran into Ms. Shah at a restaurant at the end of 2018 and that's when we were able to reconnect. Ever since then, Ms. Shah has opened up her home, her family and herself to me and I have learned so much about love, honesty, respect and integrity and unconditional love at the Shah household.

     Ms. Shah is always checking on people, worried about others' well being, sometimes strangers, because to her it doesn't matter who you are, every human being deserves to be taken care of. In 2020 when Covid hit and it was safer to be around a couple of people the first thing Ms. Shah did was manufacture masks to donate to health care workers and made as many as humanly possible in order to help as many people as possible during such a crazy time in the world. In my eyes that's who Ms. Shah is, she will take the coat of her back to give it to someone that needs it. And that's what she will do for people she doesn't know. She will do anything for her Sons and her husband as well as her entire Family and Friends.

     Ms. Shah has always been there for me, while dealing with some ███████████████████ ███████████ , she has always been there for me making sure I'm ok and reassuring me that everything will be ok and that I'm not alone never asking for anything in return and sometimes that's exactly what you need, positivity and unconditional love. That's what good people do, they take care of others..

     I am aware that Ms. Shah has pleaded guilty to conspiracy to commit wire fraud, but this does not change, at all the way I see or feel about her. To me I still see the good Mom she is, the good wife she is, the good daughter, sister, aunty and the one I know the most, how good of a friend she is.

     Judge Stein, I hope you take some of these great qualities of Ms. Shah into consideration when making your decision. I respectfully beg you to be merciful and compassionate when making your decision and consider giving Ms. Shah a sentence of probation, as this will keep affecting a lot of people like her Sons, her Husband, her Family and her Friends.


Yours Sincerely,
Murilo Bueno

# EXHIBIT A-16

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


To the Honorable Judge Stein:

My name is Keith Embray, and I humbly submit this letter on Jen's behalf to provide another perspective/view of Jen in the hopes that you will show leniency in her sentencing. I was both surprised and saddened to hear about Jen's current legal circumstances, plea of guilt, and ultimately what her future may look like. ███████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████.

Your Honor, I have known Jen for most of my adult life and have always been grateful for and will continue to be grateful for all the love and support that she has given to me through the highs and lows of my own life (athletically, professionally, and personally). I do not know the television or social media personality. I only know and can only comment on the Jen I met when we were undergraduate students at the University of Utah and members of the Center for Ethnic Student Affairs (CESA). I only know the Jen who would date and eventually become the wife of one of my dearest and closest teammates from college. I only know the Jen who was there to support her husband through his ██████████ and disappointment after suffering a ████████████████ as a student-athlete and encourage him to pursue graduate studies. I only know the Jen who as a young mother living in a meager one-bedroom apartment barely big enough for one person, let alone two people with a newborn son, that grinded daily to take care of her immediate and extended family. I only know the Jen that has constantly taken on the challenge of being a woman of color, in a society that often devalues and denigrates her. I only know the Jen who has raised two outstanding young men of color with love, and with the values of family, faith, respect, and education.

Your Honor as you contemplate Jen's fate, I know how extremely embarrassed and genuinely remorseful Jen is; not just for herself, but even more for her children, her husband, her family, and her community. I hope that you not only take into consideration the impact of her current situation already on her and her family, but also the potential devastation that will be experienced by her youngest son (currently in High School), her eldest son (starting graduate school this Fall), and her husband (a college coach entrusted with not just the safety and development of his own children, but 120 other young men as well) should Jen be pulled away from them. I know in my heart and also because of every interaction I have had with Jen, that she is still the person that I met over thirty years ago in college; someone that is truly empathetic, compassionate, and driven.

Thank you, Judge Stein, for taking the time in your busy schedule to read this letter. I close by simply asking for empathy and clemency in whatever decision you come to concerning Jen's fate. As I know none of us are perfect or infallible. But all of us are worthy of redemption, and the opportunity to make something better than how we found it. I know this will be the case with Jen.

Sincerely,

Keith Embray (8/12/2022)

# EXHIBIT A-17

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

DaJhanae Frampton-Bowens

██████████████

August 7, 2022

Honorable Judge Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Dear Honorable Judge Sidney H. Stein:

My name is DaJhanae Frampton-Bowens and I reside in ████████████ with my two children and husband. My family and I own a hot sauce company, ██████████ and are in the entertaining/performing arts world. Jennifer Shah is my aunt, married to my uncle, Sharrieff Shah who is my mother's biological brother.

Not only is it an honor, but a privilege to speak on my aunt. Since I was a young girl, I've watched her exude grace, class, radiance, and kindness to myself and others. I have been around her while conducting business and taking care of not only MY family, but hers as well. I don't think she realized how much I paid attention to her work ethic and character growing up. I've heard everything from work conversations to personal conversations, and she has been instrumental in providing leadership while having a positive attitude. She has not allowed the weight of her work nor family to bring her down, only motivate and uplift her to see how she can help. She has always been very impressive.

She made my times in Utah ecstatic and enjoyable as a child, while my Uncle was away for work time to time. She would take me shopping, ask me about the things I like and what I wanted to do, and even involved my cousin and I into some fun camps. As a child, her and my uncle has always been "the ideal" family to model after, having a stable career, house, children and most importantly love. As I became older, she displayed these same characteristics in a bright way. My last few times visiting her in Utah, we have spent the time praying and loving on each other. I've noticed that through good and bad times, she has maintained a level of happiness out of the love for her family. She wants to make sure I'm always taken care of, as well as my children and husband. She cares about others more than she cares about herself. She has gone out of her way numerous of times to take care of my family, my brother, his family, her two children and husband, and her mother and siblings, whether that's providing shelter, money, food, advice or simply love. I honestly couldn't imagine having such a burden on my shoulders, but thankfully

Honorable Judge Sidney H. Stein
August 7, 2022
Page 2

for Jen, she sees us as no burden, just family. Her love, touch, and hugs has always made me feel warm and welcomed.

I am fully aware of my aunt pleading guilty to conspiracy to commit wire fraud, but this does not affect my high opinion of her character, and I still love and respect her a great deal. She has tons of support and love from not only my family, but her peers. I humbly ask you, Judge Stein, that you have some compassion and mercy on my aunt. Please allow her to be given a sentence of probation. She is a human being and is deeply apologetic for what she has done. Thank you Judge for your grace and time.

Please feel free to contact me if you need further information.

███████████████████

███████

Sincerely,


DaJhanae Frampton-Bowens

# EXHIBIT A-18

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Dear Judge Stein,

My name is Andrew Gay, but I am also widely known as Garrett D Anders, ▮ and I live in a suburb of ▮. I live with my family. I am currently unemployed. In my spare time, I run multiple Instagram accounts, one of them covering Jen Shah's show, The Real Housewives of Salt Lake City, thus prompting me to become friends with Jen Shah, herself!! She was the first cast member to reach out to me (not the other way around) from her show. I get this doesn't sound like a lot but, for me, it really meant a lot. Not everyone is nice to me and I don't talk to a lot of people so it meant the world that she would actually wanna talk to me. Shortly after our first interaction, we started talking more, both about the show and about my personal ▮. While I am ▮, anyone who knows me knows I have issues with ▮. I have great parents,  but i don't want to talk to them about some stuff ▮; some nights got/get really bad and Jen always responded quickly and seriously helped me with her kindness and selflessness, something I here throughout the fan-page world.

Eventually she followed my personal accounts and became the first verified account to call me from her personal phone number. When she gave me her number, the arrest had already happened and she was being covered online very viciously, her number would have been very sought after. I was pleading with everyone to give me a shot at working with them and Jen was the only one to respond with meaning. Ironically, she arguably,had the most to lose. In that phone call, we talked a lot about football and that meant a lot because her husband is in the industry and I want to work in football too!!

When she plead guilty, I was shocked. I was shocked because I came to her at a weak point and she could have easily taken advantage of me and she chose not to. I was also shocked because, again, she was literally the only one to reach out to me; not only from her show, but in the entire world. I am aware this sounds like a surface level relationship due to the fact of it being all virtual, but it really runs deeper than that. Jen Shah has tremendously helped me throughout the course of nearly two years when I felt like I had no one. I was struggling with ▮ and everyone online knew it, she came to save me from my ▮. When she came out and confessed, I was upset but, ultimately, I decided that I could never abandon her as she hasn't abandoned me, as so many others have. I will suffer and be punished indirectly when she is in serving her sentence and will, no doubt, be here when she is done.  She has help me out too much, ▮ 18 year old, to ever ditch her, even if I wanted too. This is why I humbly ask you to give her the lightest sentence possible.

Thank you so much for your time and consideration.
Andrew "Garrett" Gay

# EXHIBIT A-19

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Tuesday, August 23, 2022

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein,

My name is Clark Halliday and I currently reside in Orange County, California, but have spent most of my life in Salt Lake City, Utah. ███████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████

I have known the Shah family for over eight years because of my family's involvement with The University of Utah and the football program at the university. Even though it was years ago, I still remember the first time I met Jen like it was yesterday. I was introduced to Jen by a mutual friend at a football game in Ann Arbor, Michigan. Even though it was our first time meeting, Jen showed such kindness to me and such interest in my life. Throughout the years, we continuously saw each other at different football events and got to know each other very well. There was never a time that Jen did not show me, my family, or my friends the kindness, interest, and generosity she first showed me in September of 2014.

After years of run-ins with Sharrieff, Jen, and their boys, I reconnected with them in December 2019 when we began filming season one of *The Real Housewives of Salt Lake City*. I was so excited to see someone whom I had known for years have the opportunity to show off her amazing qualities for the world to see. My job requires that I am in constant communication with each of the cast members daily. Whether in-person, phone calls, or texts, we are always talking. Jen is the only cast member from

any show I have worked on that has asked me about my life, my family, and my friends. I cannot count the times that Jen has called and asked me how I am doing and what she could do for me. Jen is so thoughtful and generous in all that she does. I know without a doubt that Jen truly cares about me and my livelihood. Throughout the process of filming the past three seasons of the show, I have spent many hours, days, and months with Jen and the whole Shah family. I have only had positive experiences and have seen what a great mother, wife, friend, and person Jen is.

I know that Mrs. Shah has pleaded guilty to committing wire fraud, but this does not and will not affect my opinion of Jen and her character. In a truly dark world, Jen has been and will always be a light in my life and this world. Mrs. Shah is a friend, a wife, and most importantly a mother to two amazing boys. I respectfully request you to take this letter and the many letters that were written into consideration when sentencing occurs. I know Mrs. Shah is remorseful and I hope that her sentence can be completed on probation around friends and family who love her.

Thank you for your time and consideration!

Best,
Clark Halliday

# EXHIBIT A-20

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein,

My name is Joshua Lamar Henry.

I've known Jen for a year and a half, but indeed feels like so much longer. We actually met on Instagram, after she watched Legendary, and the moment we began conversing I loved the person she was, how loving and kind she was, and this was just through messages. This year, she asked me to come and spend time with her in Salt Lake City, just to finally meet, enjoy ourselves, and have a good time. Of course I didn't decline, she was generous enough to fly me to Utah, had her assistant come to get me and my bestfriend from the airport, put me in a fabulous hotel downtown, showed me all of Salt Lake City, and showed us a fabulous time.

At that time I was going through a lot with my ex fiancé, and Jen was generous enough to give me advice, to listen, and assure me that I would be okay and she would be there for me no matter what. I've had some of the toughest moments in the past 6 months, and no matter how busy she was, she always made time to listen to me, to hear me, to love me.

I was fortunate enough to meet her husband and her children, and have conversations with Coach, and to see the love she has for her family, and vice versa was absolutely beautiful to me. It reminded me of the love my mother and grandmother showed me growing up. I didn't have a father and mother in my household, so to see Jen and her family happy warms my heart.

Right before leaving Salt Lake City, I lost my earrings, and Jen was kind enough to buy me a brand new pair worth way more than the earrings I lost.

I've never had a friend that doesn't expect anything from me, except to be a good friend. Normally I would be the person to give and be there for people, so to have Jennifer as a friend has truly been a blessing. I feel God has placed her in my life for a reason. I needed a friend to love me for who I was, who didn't use me because I've been on television, and to just be able to enjoy eachothers company, and Jen has been that AMAZING friend to me.

I know that Jen has pleaded guilty for conspiracy to wire fraud, but that does not change how I feel about the person that she is. I will always be here for Jennifer, and continue to be here no matter what. I still care about her, love her, and respect her the same amount as before I heard this news. She has such a beautiful heart, kind spirit, and is truly the definition of Love.

Jen is still a good and fabulous woman in my eyes. She has a loving family, and friends that support her, and will continue to do so throughout her sentence and once it is completed.

Judge Stein, I'm begging that you please consider all of Jennifer Shah's good qualities as you decide her sentence.


With Love & Gratitude,
Joshua LaMar Henry

# EXHIBIT A-21

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007


Dear Judge Stein,


My name is JaQuan Holloman and I'm a good friend of Mrs. Shah. I currently work as a ███ ████████ in the ████████████████████, with a background in Hospitality. I'm an only child but the oldest grand child with many younger cousins and second cousins under me. Family is extremely important to me and is one of, if not the biggest driving force for me to give life everything I've got.

Jennifer Shah has become an extended piece of family for me. Whether it's her being a listening ear no matter the time of day or night, being a laughing partner, or someone who lets me tag a long and see states I've never seen or experience things I never thought I'd be able to experience. Her genuine and unconditional love is unmatched, and her friendship is unlike any other.

When I met Mrs. Shah, I had just got laid off due to covid, and had never experienced unemployment before. I was low and didn't really know what there was to look forward to. Unknowingly, she was one of the things I could look forward to. Her pure friendship got me through some tough times that I honestly hadn't even shared with her. She emotionally supports those around her, with no questions or hopes of return of something. We've spent hours on the phone together just talking and creating a space  for us to know that no matter what else is happening in the world, we will always have each other. There have been times I've text her, thinking I wouldn't hear from her until the next day, but she's gone out of her way before to respond in those moments when I needed her support, and I can't express how much that has meant to me.

Most recently she introduced me to the person that I'm dating, and while I really enjoy them, and am realizing that I'm very fond of them, I know that I have Jen to thank for making that connection. Jen is someone that anyone would be lucky to have in their corner. From welcoming me into her life as family, and her family then welcoming me in as well. Congratulating me on earning my Real Estate License, and when I sold my first house, even down to my birthdays…Jennifer has been an unexpected blessing that I didn't know I needed, but I'm grateful to receive.

Earlier I spoke of Mrs. Shah allowing me to tag a long and see other states and experience things I never thought I'd be able to. During a visit to LA, Jennifer allowed me to tag along, and it meant the world to me. I come from a modest family and with the strains that covid has put on my family and I, getting to California for the first time seemed so farfetched. Little did I know my friend…big sister of sorts, would provide me the opportunity to get there. A ████████████, that didn't know if he'd ever

make it there…and Jen made sure I had that experience. On an earlier trip to New York, she took me to a Broadway show for the first time. Not just any Broadway show however, "Thoughts of A Colored Man," and that specific show allowed me to see myself and identify with the characters on stage. I've always thought Broadway was for a more affluent society and assumed that I would never connect with a show that would impact yet encourage me. Yet, again, Mrs. Shah made sure that was an experience that I had and that it was meaningful. There aren't enough praises that I can sing when it comes to her and the way she has allowed me to see and experience new things in the world.

If you could find it in your heart to grant her even an ounce of leniency my prayer would have been answered. It is my hope that I am a strong testament in reference to who she truly is and have helped give insight into her true core values and principles. Not just someone we see on our television, but a wife, mother, sister, daughter, friend, confidant, source of support & love and so much more. I pray that you're able to see exactly those things and know that she is truly a gem, and that there is a strong support system that will be waiting to shower her with love and support through this experience as she has done not only just for myself, but I know for so many others.

Hospitably,

JaQuan Holloman

# EXHIBIT A-22

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Honorable Sidney H. Stein
United States District Judge United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein:

My name is LaLa Imranova, I am writing this letter to you because I have known Jen Shah for 2 years and counting – I met Mrs. Shah at ███████ in Salt Lake City, Utah. –

Jen Shah is the kindest person I know. She is compassionate, and thoughtful.  Any time Mrs. Shah would come visit or just stop by to say hello she would bring in with the most contagious, positive energy and it left every employee and customer beyond words happy. She thrives on making people smile, and making someone feel their absolute best. Mrs Shah has always been a avid advocate in our community when we need it the most. Coming from a foreign background myself it means so much to me, and many others that there is a person out there like Mrs Shah who cares so deeply about our rights, and is so highly involved in with community – Mrs shah is always using her social media platform for the best. Expressing the real life problems we are experiencing, and speaking up to what is right. Mrs. Shah is a wonderful mom, amazing wife, and a great friend.

The words to best describe Mrs Shah to anyone who doesn't know her would be;  she's caring, generous, and puts others first. My time of knowing Jen has only been a positive experience, and I'm extremely grateful to have a friend like her in my life.


Thank you,
LaLa Imranova

# EXHIBIT A-23

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Leontyne (Tyna) Edwards Lloyd
███████████████
███████████████

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein,

My name is Leontyne (Tyna) Edwards Lloyd, and it is my absolute honor to write this letter regarding Mrs. Jennifer Shah. I am a mother to two beautiful daughters and ████████████████
██████████████████████████████████████████████████.

I have had the privilege of knowing Mrs. Shah for over 3 years, and in that time have gotten to know the wonderful mother, wife and friend she is. Jennifer Shah is an incredible human being, of good character. Mrs. Shah spends lot of her time volunteering for various charities, philanthropic ventures and causes that better the communities around her.

Jennifer Shah is an extremely loving and supportive mother to he two sons, Sharrieff Jr. & ████████ Mrs. Shah is always first to arrive at her son's football game, and last to leave- after cheering the loudest the entire game of course! It isn't uncommon to find Jennifer decked out in full ████████ team gear and face paint to encourage her son's team's victory.

Mrs. Shah is also her son Sharrieff Jr.'s biggest fan in his impressive academic career. As you my already know, Sharrieff Jr. has just entered into the first year of his pre-medical studies at Duke University, and I feel very confident is saying that Mrs. Shah has definitely been the major driving force behind his successes in education. She has always been an integral part her her children's lives.

Mrs. Shah has been an amazing friend to me. I was beginning my divorce two years ago, and Jennifer was definitely my rock during that time! She was always a shoulder to cry on, a listening ear, and all around support system for my two daughters and I. The occasional meal didn't hurt either. She was and has remained one of my strongest emotional support systems, and she does it so selflessly.

Jennifer Shah is kind, compassionate, loving, selfless, courageous, reliable, fair and forgiving. She has a heart of gold. I am fully aware that Mrs. Shah has plead guilty to conspiracy to commit wire fraud, and this does not affect my high opinion of her character. I care about Ms. Shah very much and will always ave the utmost respect for her! She is a beautiful human being with a beautiful soul. I am grateful for her friendship and always will be.


Sincerely,

Leontyne (Tyna) Edwards Lloyd

# EXHIBIT A-24

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Jacob Ha'ati Lui

██████████████████
████████████

December 12, 2022

RE: United States v. Jennifer Shah, S4 19 Cr. 833 (SHS)

To The Honorable Judge Stein,

My name is Jacob Ha'ati Lui. ████████████. Jennifer is my oldest sister, and she has been a crucial part of my entire life. Growing up Jennifer, as the oldest female sibling, had the responsibility of watching over me.  As the fahu in our Tongan culture, she accepted this honored position and continued to care for my well being throughout my childhood and even now.

Jennifer is the fun-loving older sister with all the fun and loving energy but she never hesitated or was afraid to put me in my place. She was always the loudest cheerleader in the stands at my football games, baseball games, and basketball games. As I reflect back on those times, I can still hear her voice motivating everyone in the stands to cheer so loud. Not only was she the best cheerleader, she would also make the biggest posters and props to keep me and the team inspired and pumped up.

While in high school I was starting to get into trouble, but Jennifer took the time and effort to make sure she and her husband were present in my life. She even had me move into her home where I attended Alta High School. I graduated from high school while in Jennifer's care. I contribute her continued love and unwavering support to my success.

The best memories I have with Jennifer are going to Las Vegas with her, Sharrieff, and my nephews Sharrieff Jr. and ██████  Those were fun road trips to visit our grandparents. We would have fun swimming in their pool, enjoying the delicious, barbecued foods, and visiting with all of the family from Hawaii. Great and lasting memories were created.

I am aware that Jennifer has pleaded guilty to conspiracy to commit wire fraud, but this hasn't changed the way I think of her. Jennifer is still my fahu, my oldest sister, and has supported me my whole life. I will continue to love and support my sister before, during, and after her sentencing is complete. Please consider these good qualities that I have shared about Jennifer. I hope that you will keep these in mind as you decide Jennifer's sentencing. I ask for mercy and compassion as you make your decision.

Thank you, your honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.

Sincerely,

*Jacob H. Lui*

# EXHIBIT A-25

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

September 1, 2022


Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Stein,

My name is Jerrit Kaisa Keali'i Lui. I ███████████  and was recently engaged this summer to my fiancé Autumn Howe. I am currently working in construction for the ████████████ ████████████████████████████████████████████.



Jennifer Shah is the oldest of six children and I am the second youngest of those children. In the Tongan culture, the oldest sister carries one of the most important roles which is referred to as a Fahu. This role entails a lot of responsibilities to not only lead the family, but to care for, help, and to protect the family as well, and as a younger sibling and brother of Jen's, I was blessed with just that. Jen not only took on all of these responsibilities, but she handled all of them with such grace and power.

There are about twelve years between me and Jen, so when it came time for me to start attending Kindergarten, Jen took on the responsibility of getting me ready for school in the morning. Every morning we had a routine that made these mornings memorable for me as a child. Jen would wake me up, bathe me, get me ready, and then feed me. After we ate, she would put on MTV where we would watch music videos. As we stuck to our routine, one of Janet Jackson's songs became one of our favorites, so Jen was sure to add dancing to this song to our routine. We would watch this music video and copy the dances that they did in it, and although I never did competitive dance as she did, I'd like to think I danced on her same level. Jen and I would find ourselves dancing to this song almost every morning and the fun never seemed to run out in doing so.

Once Jen had gotten married and moved out, she made sure that we all knew that she didn't go anywhere. Jen always showed up for us. It didn't matter if it was a sporting event, school meeting, or a family gathering, Jen showed up for us. As Jen went to college at the University of Utah, she made time to come back and visit as much as she could. She would come back home and take us to Blockbuster where she let us choose whatever movie or video game we wanted to watch or play. We would come back home with our new game or movie and have so much fun as we played or watched what we had chosen. At a different point in time, Jen lived near a waterpark and she took us there countless times. My older brother Keleo would have rugby tournaments at the park across from the waterpark, so while he would play, we were at the waterpark having fun for the entirety of the summer.

As an older sister, Jen gave us all that she could. On one occasion, there was a football camp that I wanted to go to, but I didn't have any cleats. Although Jen and her husband didn't have much at the time, Jen used the money that she had to buy those cleats. She took me to the store to get these new cleats and I was able to attend the football camp with them. I loved those cleats so much that I wore those cleats down until they were no longer able to be worn or even identified as cleats. Although we are all adults now, Jen still does what she can to help in any way. A couple of years ago I had an ▮▮▮▮▮▮▮▮▮▮▮ and Jen opened her doors to me during that time; she took care of and helped get me ▮▮▮▮▮▮▮▮▮▮▮.

As I think back on all the experiences that I've had with my older sister Jen, I've come to realize that Jen doesn't aim to just make memories, Jen aims to make core memories. When I think of the memories that I have with Jen, I remember more than just what happened; I remember the laughter, the fun, and the overall joy that I felt with each memory. Although the Fahu role that Jen holds is a very serious one, Jen has shown that you can have fun taking on these serious roles. Jennifer has a big heart and loves everybody around her to the best of her abilities and continues to lead, care for, and protect our family.

My older sister Jennifer has pleaded guilty to conspiracy to commit wire fraud, and although our family was surprised to hear this information, we stand by her with love and support. Jen is still the kind, supportive, and loving person that I know her to be, and because of this, I as well as the rest of my family will be here to support her through this. Jennifer continues to hold my respect and I ask that you consider the Jen that we all know her to be as you decide her sentencing. I ask for mercy and compassion for my older sister and to give her the sentence of probation.

Respectfully,

Jerrit Kaisa Keali'i Lui

# EXHIBIT A-26

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

Jessica Lui Nelson

██████████████

August 14, 2022

RE: United States v. Jennifer Shah, S4 19 Cr. 833 (SHS)

To The Honorable Judge Stein,

My name is Jessica Nelson. I am writing this letter for my sister Ms. Jennifer Shah whom I have known personally my entire life of 41 years. I currently ████████████ with my husband of 14 years and our 2 sons. I am the ██████████████████████

Although we are sisters Jennifer grew to be my best friend, confidant and role model by choice.Through her positive influences on me she has helped to shape me into the woman I am today personally and professionally. Without her care, guidance, selflessness and love I would not have the life I have today. I am aware that Jennifer has pleaded guilty to conspiracy to commit wire fraud and I still respect and care for her immensely.

I would sincerely like to vouch for the good character of my sister Jennifer. In my own personal life she has given me the counsel and direction I needed and continue to need. An example of her selflessness is when I was ████████████. I was ████████████ where I was ████████████ She came to visit me numerous times and was able to emotionally help me through ████████████. She had a family, work projects, and other responsibilities that she could have focused on but she saw the value in me that I couldn't see. During that time I was also going through a divorce. Everything felt so heavy but Jennifer always gave me sound advice even if it was not what I wanted to hear. It was what I needed to hear.  Through that I learned a great deal of taking responsibility. I had to take responsibility for my actions. That was just one of the many times she has shown who she really is. A good person who genuinely cares. She does not do things for clout, fame or money. Due to her caring nature she has always been mine and our entire family's go-to person in any situation.

I am grateful for second chances and for Jennifer's support throughout my life. Today I have 2 teenage sons and an amazing husband that I have been married to for 14 years. Jennifer also has 2 sons and a loving husband. I know first hand how important a mother's presence is in the home.  A mother cannot be replaced and that time we have while children are still in the home is vital. This is one of the biggest reasons I would respectfully request mercy and compassion for her sentencing. Please consider all of Jennifer's good qualities as you consider her sentencing. I am asking that Jennifer Shah be given a sentence of probation.

Sincerely,

Jessica Nelson

# EXHIBIT A-27

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

August 26, 2022

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Honorable Stein:

I have known Jen Shah for three years, introduced initially via a mutual friend, and we quickly became close friends through our shared interest in the rights of others, the entertainment industry, and both living in the Salt Lake area.  During these years I have been fortunate to witness Ms. Shah's deep commitment to her family, generosity, and advocacy for human rights.

On several instances I have attended functions with Ms. Shah's immediate and extended families. She is a devoted and loving mother who will go above and beyond to support her sons and insure their well-being.  She has supported and created opportunities for numerous members of her extended family and can always be counted on to recognize a family member's birthday, achievement, and similar life events. She is admired and revered by many in her family for her unconditional support and love.

I have also been alongside Ms. Shah on numerous occasions advocating for the rights of others. She is an active supporter for equity and opportunity for marginalized segments of our population, leveraging her role and influence to mobilize others.  Her passion in these instances is deep and unwavering.

I personally have been fortunate to also be a beneficiary of Ms. Shah's guidance, unconditional support, and goodness to others.  She has created opportunities for me I never could have imagined to learn and grow professionally, and made sure I had a home to go to on holidays and similar events.  She is someone I know to be unconditionally supportive and generous, as I have experienced it first-hand.

I urge you to consider the consideration and caring person I know Jen Shah to be.

Sincerely,

*Eduardo Paredes*

Eduardo A.  Paredes

# EXHIBIT A-28

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

August 12, 2022

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
501 Pearl Street
New York, New York 10007

**Re: United States v. Jennifer Shah, S4 19 Cr. 833 (SHS) Sentencing**

Dear Judge Stein:

I am honored to write this letter of recommendation on behalf of my friend, Jennifer ("Jen") Shah.

My name is Amy Poulson. I have practiced law for 21 years in both Los Angeles, California and Salt Lake City, Utah. I attended law school with Jen's husband, Sharrieff Shah, at the University of Utah, and have known the Shah family for over 23 years. Sharrieff Shah was one of my closest friends through law school. I was instantly drawn to his integrity, goodness, faith, and intelligence. Sharrieff was a unifier and leader amongst our law school class. He stood out for being incredibly smart, kind, and intensely hard working. Sharrieff Shah is a remarkable human being. Given this, it was no surprise that when I met his wife, Jen, she was also outstanding. Over the last two decades, my love and respect for Jen have deepened as I have watched her support Sharrieff and raise her sons. I have witnessed her own work ethic, valued her friendship, and observed her dedication to social issues and volunteer work. I have also observed and been the repeated recipient of her kindness and generosity.

I recognize Jen has pled guilty to conspiracy to commit wire fraud and accepted responsibility for this very serious crime. Admittedly, I was shocked because her crime seems inconsistent with my experience of Jen. Yet, I recognize that people are complex; they are never just one thing. They are an amalgam of strengths and weaknesses; talents and shortcomings. We all make good and bad choices. I recognize you are placed in the difficult position of making a serious, life-altering decision regarding my friend, and her family, based on some of Jen's choices and actions taken with her business. Her poor decision with her business, however, is only one aspect of the person that will appear in front of you for sentencing. I can represent to you that Jen is, and continues to be, a good person. I want to share another perspective of Jen and provide you with insight into the friend I know, respect, and love.

Jen is a dedicated and wonderful wife, mother and family member. Jen and Sharrieff have been married for 27 years. Jen supported Sharrieff as he attended law school, began a very busy legal career, and then transitioned to coaching football at a Power-Five program. Each of these career steps, have proven to be increasingly demanding, and Jen has willingly supported each move and the resulting challenges. Sharrieff and Jen have two incredible sons, Sharrieff Jr. ("Reefy") and ███ Reefy and ███ are two of the most polite, well-behaved, bright, respectful and disciplined kids I have ever known. They have both excelled in academics and sports and are known for their work ethics. Reefy just started his first year of medical school at Duke University. ███ is consistently on the honor roll at his high school. He took first place in the 4x100 at his regional track meet and plays high school football. Reefy and ███ are so impressive, in part, because they have excellent parents. Jen and Sharrieff are very present, involved, and supportive parents. They have modeled good values, faith, and shown their children, through their own hard work, how to achieve difficult goals. Jen and Sharrieff have created a strong family culture; I have repeatedly heard the people around them seek parenting advice and guidance. Jen loves her husband and boys. As a mother who has balanced a busy career, Jen also has always prioritized her family and lovingly attended to her husband and sons, and they all clearly adore her.

Jen is an involved daughter, aunt and sibling. Jen is the oldest of six children. Jen has a huge heart and a very fun-loving personality. She is the favored aunt and her nieces and nephews clamor to be around her and enjoy her attention. Jen loves hosting her family events and having her family in her home, often for extended periods. Jen makes every activity fun. I have observed, many times, that Jen sweetly makes the extra effort to ensure her family knows she loves them, and that each of them feel seen and special. If you know Jen, for five minutes or five years, you know how dedicated she is to her immediate and extended family.

Jen is a kind, loyal, fun, generous and supportive friend. If you are Jen's friend, she treats you as if you are also a member of her family; she puts forth the same effort, signature warmth and generosity that she extends to those closest to her. She is inclusive. She invites and seeks to include others in any event she hosts or attends. Jen is friendly and extremely likable. Jen is the consummate cheerleader; if she senses you are having a rough day, she is the friend that summons a group of people and videotapes an actual cheer for you that she will send to encourage you forward. Jen has a soft spot for other working women and makes extra effort to support women that are balancing personal demands, families and careers. She truly cares about her friends. Jen listens and offers advice and comfort, or she will share funny stories and laugh with you until you feel better. Jen is uncommonly generous. I cannot think of a time that I have been with Jen that I have not witnessed her generosity; she is constantly looking for ways to give to the people around her. She pays attention to what is meaningful to her friends and finds ways to provide them greater happiness. In December, I casually mentioned to Jen that I wanted to attend an event in January that I believed would be difficult for me to plan and schedule. Jen listened and worked to make it happen. She researched all the travel options, coordinated my tickets and hotel, and made sure I was there to enjoy it. When I moved this year—a universally miserable task—Jen was the first person who offered to come and help me pack, despite all the significant stresses and demands on her time. Jen is my favorite fellow football fan. If there is a University of Utah football game on, no matter where we are in the world, we know that we are watching the game and will text message each other and share the ups and downs of each play. Jen brings joy to the people around her.

Jen is universally kind; she treats every person—friend or stranger—with kindness and sincere respect. Jen appeared on a popular reality show. Her appearance on the show means she is often recognized, and people ask to take pictures with her. The requests sometimes come during inconvenient, inappropriate, and poorly-timed moments. Yet, Jen is always gracious and accommodating, and takes the time to warmly interact and ensure each individual feels known and significant.

Jen is a life force, a social crusader, an outspoken leader, and fierce advocate for equity, love and inclusion. Due in part to her participation on the television show, Jen has a broad platform on social media. Jen is deeply passionate about amplifying vulnerable voices and bringing awareness to important issues. Jen uses her social media platform to highlight issues regarding racism, religious persecution, equity for all people, and other important social causes and stories. She routinely uses her voice, and her platform, to address difficult, and often controversial issues. Jen is not afraid to take a firm stand when she feels others are suffering or enduring injustice. She will do this very publicly, and also privately amongst friends and in her circles of influence.

Jen leads with her heart, and views people and issues through a lens of love and compassion. On a more local level, Jen has been involved with Yalecrest Antiracism, a group centered on awareness and antiracism, through lectures, events, neighborhood marches and fundraising. Jen very passionately seeks to root out racism, educate others about incidents that objectively involve disparate treatment, and help people gain greater empathy for others. Jen has publicly addressed her own experiences with being treated differently due to her Polynesian ancestry. She bravely shares her stories to help people understand the hurt she has experienced, and the pain others feel due to actions and attitudes around race. This last year I organized an event to support a woman running for a national political office. I asked Jen to help and

2

participate. Jen organized a separate group of people to also help, which I needed and appreciated. She was the first to arrive and the last to leave. She brought her characteristic vibrant energy, enthusiasm and passion and inspired others with her drive and dedication.

Jen openly advocates for mental health, sharing her own struggle with █████████ She has been courageously honest about her decision to ████████████ to help her following the death of her beloved father. She has been open about seeking counseling and help for her grief and her own personal struggles. Jen wants to help others who are hurting and is willing to risk how people view her if she may benefit and support another person experiencing similar pain. Jen is never shy about speaking up to promote good causes that align with her values and experience.

Jen is service oriented and looks for opportunities to assist others. As COVID-19 reached the United States and mask mandates began, Jen mobilized her fashion design company, JXA Fashion, to mass-produce masks and then distribute them to care centers in Utah. She also offered them to friends and family when masks were difficult to locate and buy. Jen is also involved with the Tongan community and continues her father's legacy of service and cultural pride through her work with the National Tongan American Society. Although, Jen is visibly active in the community, I think her quiet acts of service often offer the greatest impact. Jen quietly makes a difference in people's lives, giving to those in need, funding family members, and loving people who are lonely. Jen's big heart and compassion are her hallmark qualities.

Again, I recognize you have been placed in a difficult position. I hope that as you consider the sentence you will render, you will extend the same compassion to my friend, Jennifer Shah, that she extends to others. I hope you will see her as a whole person, and the sum of all her good qualities and parts. On balance, I hope that you will see Jen as the kind, loving and caring person she continues to be that I have known for 23 years. I know that Jen is remorseful. She has a wonderful and caring family, and many friends who will support her through any circumstance, including any sentence you conclude she should serve. I respectfully request, however, that you consider a sentence of probation.

Sincerely,


Amy Poulson

3

# EXHIBIT A-29

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

United States District Judge Sidney Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Dear Judge Stein:


My name is Naim Shah Sr. I am Jen Shah's father-in-law.  I am writing this letter to appeal to the mercy of the Court.  At ███████, I have been in public service for over 60 years.  The thing I have learned is to appreciate our system of justice because it offers a second chance.

Sharrieff, my second son, accepted a football scholarship to the University of Utah. My son met Jen at the university. I have known Jen for over 30 years.  I know and love Jen and her family.  Before he passed away, her father and I were truly good friends. She was raised by excellent parents who instilled within her good God-fearing values.

As a mother, she has done a remarkable job with both of her sons. Her oldest son has been accepted to Duke Medical School. Jen's second son ████ has been offered an athletic scholarship to attend Morgan State in Maryland. Jen has taken exceptional care of me every time I go to Utah. I recognize that as we age we place extreme demands on our children. Jen has never made me feel like I am a burden when I visit. She has always rolled out the red carpet for me. Jennifer's only problem is that she is human. Because Jen is human, she is open to all the weaknesses, doubts and bad decisions we all make as human beings.  I am fully aware that Jen pleaded guilty to conspiracy to commit wire fraud. This charge does not change how I feel about Jen. I love her with all of my heart. She made serious mistakes, but she is still a good person who capable of learning from this life-changing event.


Your honor, because Jennifer is capable of redemption, I believe the time spent after being arrested, and waiting for her sentencing hearing has done more to rehabilitate her then any additional time will do.  Therefore, I asked the court to show mercy and leniency by giving Jen probation.  She has no prior convictions or arrests. Please permit her to perform community service where she can help others avoid the choices she has made.  Thank you your honor.


Sincerely
Naim Shah Sr.

# EXHIBIT A-30

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

September 20, 2022

Honorable Judge Sidney H. Stein

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

**RE: Jennifer Shah**

Dear Judge Stein:

I pray this letter finds you in good health and with a content heart.

Sir, I am Jennifer Shah's mother-in-law. I am 72 years old, and I am licensed nurse.  I have known Jen for over 30 years. I met Jen while she was attending the University of Utah where she was introduced to and fell in love with my son, Sharrieff Shah. She raised two beautiful, respectful clean cut sons. Over the years, my son Sharrieff had jobs that would require him to spend hundreds of hours a month at work. Because Jen and Sharrieff worked so many hours, they slowly grew apart.  Jen is a large part of my grandsons' academic, athletic and scholastic success.

As a daughter-in-law, she has been so kind and tender to me. I have yet to hear any foul or nasty attitudes she has ever expressed toward me. She has always been extra attentive and thoughtful. Jen has not only been good to me but to all of my children and their children. She has opened her home to my daughter's children for the last 20 years. Jen's kindness knows no limit. I watched her raise her sons, her younger brothers, and extended cousins, nieces and nephews.  Her heart and home overflows with love.   However, the death of her father shook her to the core. His death caused such sadness and emptiness in her heart.  My sweet Jen began to change.

I saw her trying to escape from the pain by spending more time in New York and throwing herself in to work. She and my son grew even more distant. As a nurse, I know the signs of ███████████. I saw all of the signs on my sweet daughter's face when I came to visit her in Utah. She grew short-tempered and easily agitated. Her judgment was often clouded by her ███████████ and ███████████.  When my daughter was arrested, my son sent a text to our entire family to let us know. I read Sharrieff's text over and over again. I cried repeatedly. Many, many months have passed since Jen's arrested and I have been to Utah to visit her. Jen and I have cried together and she has told me how bad she feels about the crime she committed. She has every intention of satisfying her court-order fines and/or restitution.

1

I am completely aware that Jen plead guilty to conspiracy to commit wire fraud. Judge Stein please allow our beautiful Jennifer Shah to set the record straight rectifying this travesty.

Thank you for providing me an opportunity to help you see who this young lady is and how I have complete faith in the fact that she can make things right and find her way back to the straight and narrow path. Please show the greatest leniency when sentencing our Jen by giving her probation.

With sincere devotion for the law,

Clurie Watkins

Mother-in-Law