# EXHIBIT B—PHOTOS

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

## (FILED UNDER SEAL)