# EXHIBIT D

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

## How I got involved in the situation?

I accept complete responsibility for my bad conduct. The terrible business decisions I made and professional relationships I developed stemmed from some personal painful experiences that I was going through in my life.

In 2016, my life hit a serious crossroads.

As a lawyer, my husband worked horrible hours but at least he was able to bring his work home so he could be with the family.

1



And then things got even worse.

I lost my Grandmother in January 2018, whom I was very close with as she helped raise me. When I thought things couldn't get any worse, my entire world came crashing down when my father unexpectedly passed away on Sept. 8, 2018. My father was my entire

world, he was the one place I could still seek stability and feel safe. My grief was overwhelming ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ was making horrible professional decisions and establishing business relationships with people who were untrustworthy and had bad business reputations. I failed to thoroughly examine my own company processes and the people that I worked with. This was my fault.

After my Father's death, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I decided this was it – nothing else mattered. I was so angry at myself for spending so much time away from my Father that I never physically went back to the MPG office after his death. I felt like a total failure—as a daughter, a Fahu, a wife, a mother, and a business woman. I told Stuart he and Conan could handle everything, and I wanted out. I wanted to focus on my fashion and beauty and businesses. The coaching business was a mess, and I wanted out.

About 5 months after my Father passed, I was approached with an opportunity to do a reality tv show about "women in business from Utah", which later was given the brand recognition of RHOSLC. The main reason I wanted to do the show was because it would force me to be in Utah, I could get away from the bad associations in NYC, and have a platform to launch my fashion and beauty business. Also, it gave me a real chance to escape the coaching business. I wanted to repair my marriage, focus on my family and I had a lot of healing to do. I also felt it was important as the first Tongan and Muslim housewife in the franchise to set an example for other minority girls and women. I had wished growing up that there were more female minority women in business that looked like me, that I could identify with. I hoped that by joining the show, I could restart my life and become someone my father and family would be proud of. I started filming S1 RHOSLC 12/3/19 and never went back to NYC to the new MPG office location that Stuart had secured. In 2019 & 2020, while filming S1 & S2 RHOSLC, focusing on my fashion and beauty business, restructuring my fashion and beauty business to dealing with the COVID Pandemic and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ etc. Also, MPG had gotten out of control, which I felt totally overwhelmed and angry about.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ My poor judgement and bad business associations caused innocent people to lose their money and be victimized by investing in poorly structured businesses/products that I influenced or controlled. For that, I am genuinely sorry, and I will work for the rest of my life to make it right.