# EXHIBIT 6




**Extraction Report** - Apple iOS Full File system

## Participants


+12016936569
Reyes*

+19177690944
Victor L*


+19736997314
Phil Vigs*


+12129918836
M ke New*


+18013185204
Stuart*




keikishah@me.com

## Conversation - Instant Messages (18)

From: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 M ke New
To: +18013185204 Stuart

**FYI...Caroline is only working until 9pm tonight.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 12:31:55 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms db : 0x1492DA9 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

She said she told you guys already but I'm sending a reminder in case you need something from her.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 12:32:41 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x149241E (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Going forward, I'll be trained on compliance as well as Mike. We have a new girl starting tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 12:33:58 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x14937A3 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Please review this email. Mike is addressing it with our team if he hasn't already done so.

I know there's two sides to the story and the customers will often say things to favor their agenda; however, we still need to address these as they come across to us.

Thank you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 12:38:09 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x14948E7 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Attachments:

Title: IMG_8217.png
Size: 157694
File name: ~/Library/SMS/Attachments/72/02/9EB12EE9-12AD-47CE-B8E0-247CDDBAA860/IMG_8217.png
~/Library/SMS/Attachments/72/02/9EB12EE9-12AD-47CE-B8E0-247CDDBAA860/IMG_8217.png

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 12:38:14 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x14944E4 (Table: message, chat, attachment, handle, Size: 304975872 bytes)
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/Attachments/72/02/9EB12EE9-12AD-47CE-B8E0-247CDDBAA860/ MG_8217 png :  (Size: 157694 bytes)

3

From: +18013185204 Stuart
To: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New

**Got it..thanks for the heads up!**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| keikishah@me.com | | 10/6/2017 12:38:22 AM(UTC+0) | |
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |

Status: Read

10/6/2017 12:38:19 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x14942A7 (Table: message, handle, chat, Size: 304975872 bytes)

---

From: +19177690944 Victor L
To: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

**Understood all around. Thank you.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| keikishah@me.com | | 10/6/2017 12:41:39 AM(UTC+0) | |
| +12016936569 Reyes | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Read

10/6/2017 12:39:38 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1495B5F (Table: message, handle, chat, Size: 304975872 bytes)

4

From: +19736997314 Phil Vigs
To: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +12129918836 Mike New
To: +18013185204 Stuart

**Understood**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| keikishah@me.com | | 10/6/2017 12:41:39 AM(UTC+0) | |
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Read

10/6/2017 12:39:54 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1495939 (Table: message, handle, chat, Size: 304975872 bytes)

From: +19736997314 Phil Vigs
To: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +12129918836 Mike New
To: +18013185204 Stuart

**Won't happen again**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| keikishah@me.com | | 10/6/2017 12:41:39 AM(UTC+0) | |
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Read

10/6/2017 12:41:06 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1496B75 (Table: message, handle, chat, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

**Thanks guys.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 12:41:55 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1496785 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

**Do we need to refund this ▇▇▇▇ lady?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 12:42:09 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1496593 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Or is she done crying and ready to move forward?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 12:42:59 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms db :
0x149636B (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Reyes, are you losing your touch with the ladies???

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 12:44:19 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db :
0x1497D99 (Table: message, chat, handle, Size: 304975872 bytes)

From: +12016936569 Reyes
To: ke kishah@me.com (owner)
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

**She's good . :)**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| keikishah@me.com | | 10/6/2017 12:50:19 AM(UTC+0) | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Read

10/6/2017 12:49:30 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x1497497 (Table: message, handle, chat, Size: 304975872 bytes)

From: ke kishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

**Caroline just called me and said that both deals from today won't sign the contracts and want to cancel**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 1:37:18 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full.zip/private/var/mobile/Library/SMS/sms db : 0x149CCC1 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

▓▓▓▓ just called her 15 min ago

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 Mike New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 1:37:37 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x149C63F (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Can the sales rep on each of these deals contact the client to see what's going on please?

Mike, please call me asap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

Status: Sent

10/6/2017 1:39:25 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x149C421 (Table: message, chat, handle, Size: 304975872 bytes)

From: keikishah@me.com (owner)
To: +12016936569 Reyes
To: +19177690944 Victor L
To: +19736997314 Phil Vigs
To: +12129918836 Mike New
To: +18013185204 Stuart

Guys, we won't have this problem where deals don't get complied until hours later.

Reyes, please have your guy Nick here tomorrow at 8:30am to interview. If we like him, then can how soon can he start?

Roxanne will start at 11am to train.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12016936569 Reyes | | | |
| +19177690944 Victor L | | | |
| +19736997314 Phil Vigs | | | |
| +12129918836 M ke New | | | |
| +18013185204 Stuart | | | |

**Status:** Sent

10/6/2017 1:44:10 AM(UTC+0)

Source Info:
fdba065d3767ec5b89b022c9ded69704f36cbdbe_files_full zip/private/var/mobile/Library/SMS/sms.db : 0x149DD7D (Table: message, chat, handle, Size: 304975872 bytes)