

GOVERNMENT EXHIBIT
26
S4 19 Cr. 833 (SHS)