

GOVERNMENT EXHIBIT 28
S4 19 Cr. 833 (SHS)