From: **Jennifer Shah** jshah@thrivecorporate.com
Subject: Fwd: Thrive 1st Pass 3/23
Date: April 11, 2013 at 6:33 AM
To: Ryan Hult ryanhult23@yahoo.com
Cc: Tucker Stoffers tucker@thriveli.com

Ryan/Jason:

The first pass DPL report for week ending 3/23 that you sent me was missing a file (we sent you the first pass in two seperate files that week, rev share & purchased sent 4/1 & 4/2). I added the leads you were missing, which are highlighted in yellow, into the revised attached file. The revised report reflects the following:

- 22 leads (your report showed 11)
- $25,760 sales
- $1,170.91 DPL (your report showed $2,341.82)

Unless there are additional sales to report, the above is accurate for 1st pass sales DPL for cohort week ending 3/23/13.

I'd like to get on a call today to discuss how the DPL is being tracked and reported so we are both tracking it the same. We can do cohort DPL reporting, which is the way you are doing it if you take last week's sales and tie each sale back to the week the lead was allocated OR we track DPL with sales last week against leads allocated last week (by lead segment - First Pass, Income Class, 2nd Pass).

In the end, the overall DPL will average out the same regardless of the way it is tracked, but we need to both agree on which format of DPL reporting we will use. There are advantages/disadvantages to both - it depends what main KPI's we are trying to derive from the DPL reports that would determine the best format.

Let me know when you are available today and we can go over this.

Thanks,
Jen

--------- Forwarded message ---------
From: **Ryan Hult** <ryanhult23@yahoo.com>
Date: Wed, Apr 10, 2013 at 4:25 PM
Subject: Thrive 1st Pass
To: jen <jshah@thrivecorporate.com>

Jen,
Here are the Thrive first pass leads. More to come.
Thanks,
Jason





GOVERNMENT
EXHIBIT
602
S4 19 Cr. 833 (SHS)

| Week Sold | Last Name | First Name | Phone | Cell | Email | City | State | Country | Lead Code | Best Time | Dest Day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/23/13 | | | | | | | | CANADA | SMMS | 10:00 AM | Wed |
| 3/23/13 | | | | | | | | UNITED KINGDOM | GCFS | 8:00 AM | Thu |
| 3/23/13 | | | | | | | | CANADA | SMMS | | |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | 2:00 PM | Tue |
| 3/23/13 | | | | | | | | CANADA | SMMS | 4:00 PM | Thu |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | 8:00 AM | Tue |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | 12:00 AM | Wed |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | 2:00 PM | Thu |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | | |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | 10:00 AM | Fri |
| 3/23/13 | | | | | | | | UNITED STATES | SMMS | | |
| 3/23/13 | | | | | | | | UNITED STATES | GCFS | | |
| 3/23/13 | | | | | | | | NEW ZEALAND | GCFS | | |
| 3/23/13 | | | | | | | | UNITED STATES | CCU | 7:00 PM | Sun |
| 3/23/13 | | | | | | | | UNITED KINGDOM | PSAH | 2:00 PM | Thu |
| 3/23/13 | | | | | | | | UNITED KINGDOM | CCU | 12:00 AM | Mon |
| 3/23/13 | | | | | | | | AUSTRALIA | GCFS | | |
| 3/23/13 | | | | | | | | UNITED STATES | GCFS | 2:00 PM | Fri |
| 3/23/13 | | | | | | | | UNITED STATES | WAHU | 12:00 AM | Wed |
| 3/23/13 | | | | | | | | UNITED STATES | WAHU | 10:00 AM | Mon |
| 3/23/13 | | | | | | | | UNITED STATES | WAHU | 3:00 PM | Wed |
| 3/23/13 | | | | | | | | UNITED STATES | WAHU | 4:00 PM | Wed |

US_695253

**GUIDANCE000145**

| Mental Group | Sale Amount | Sales Floor | First Appt | Purchased/Rev | Thrive | Sales Floor % | Load | Charged | Financed | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Franklin Success | $ 6,500.00 | Franklin Consulting | 3/20/13 15:00 | Rev-share | 35% | 0% | 1 | | | |
| Franklin Success | $ 7,000.00 | Franklin Consulting | 3/21/13 8:30 | Rev-share | 35% | 0% | 1 | $ 8,465.00 | | 4-Apr |
| Franklin Success | $ 1,500.00 | Franklin Consulting | | Rev-share | 35% | 0% | | | | |
| Focus | $ 2,300.00 | Advantage Education | 3/19/13 14:00 | Rev-share | 35% | 0% | 1 | $ 500.00 | | |
| Focus | $ 7,900.00 | Advantage Education | 3/21/13 16:00 | Rev-share | 35% | 0% | 1 | | | cancelled 2 |
| Focus | $ 2,300.00 | Advantage Education | 3/20/13 6:30 | Rev-share | 35% | 0% | 1 | $ 8,670.00 | | 4-Apr |
| Focus | $ 3,900.00 | Advantage Education | 3/20/13 13:30 | Rev-share | 35% | 0% | | | | |
| Focus | $ 2,300.00 | Advantage Education | 3/21/13 15:30 | Rev-share | 35% | 0% | 1 | | | |
| Focus | $ 3,900.00 | Advantage Education | 3/22/13 13:00 | Rev-share | 35% | 0% | 1 | $ 8,830.00 | | 13-Apr |
| Focus | $ 10,600.00 | Advantage Education | 3/22/13 11:00 | Rev-share | 35% | 0% | 1 | $ 6,295.00 | | 2-Apr |
| Focus | | Advantage Education | | Rev-share | 35% | 0% | | | | |
| Franklin Success | 5,000.00 | Franklin Consulting | | Purchased | 3% | 35% | 1 | | | |
| | 1,500.00 | Franklin Consulting | | Purchased | 3% | 35% | 1 | | | |
| Franklin Success | 1,900.00 | Franklin Consulting | 3/21/13 16:00 | Purchased | 3% | 35% | 1 | | | |
| Franklin Success | 3,779.00 | Franklin Consulting | 3/21/13 14:50 | Purchased | 3% | 35% | | 1 | | |
| Franklin Success | 2,264.00 | Franklin Consulting | 3/25/13 12:30 | Purchased | 3% | 35% | 1 | | | |
| | 5,100.00 | Franklin Consulting | | Purchased | 3% | 35% | 1 | | | |
| Focus | 3,695.00 | E-Biz Academy, LLC | 3/22/13 15:00 | Purchased | 3% | 35% | 1 | | | |
| Success Institute | 8,876.77 | Success Institute | 3/20/13 12:30 | Purchased | 3% | 35% | 1 | | | |
| Success Institute | 8,800.00 | Success Institute | 3/21/13 21:00 | Purchased | 3% | 35% | | 1 | | |
| Success Institute | 3,900.00 | Success Institute | 3/22/13 8:00 | Purchased | 3% | 35% | 1 | | | |
| Success Institute | 7,490.00 | Success Institute | 3/22/13 13:00 | Purchased | 3% | 35% | 1 | | | |

US_695254

GUIDANCE000146