**From:** Jennifer Shah jshah@thrivecorporate.com
**Subject:** CBS Tax Sales DPL Tracker - Thrive Leads
**Date:** April 11, 2013 at 5:53 PM
**To:** Ryan Hult ryanhult23@yahoo.com, jason.sager@tsmlive.com
**Cc:** Tucker Stoffers tucker@thriveli.com, Shortino jakeshortino@yahoo.com, David Merhi davemerhi823@gmail.com
**Bcc:** Todd Nuttall todd@thrivecorporate.com, Stuart Smith stuart@thrivecorporate.com

Ryan/Jason:

Attached is the Sales/DPL Report for all leads we have sent you through today. The overall DPL's are totalled through last week's sales report, 4/6/13. We have segmented the attached report by lead type to look at overall performance as well as individual sales floors. This will give you an idea of the key performance metrics we are tracking each week. Please let me know when you are available to discuss.

Listed below is a summary by lead type (through 4/6/13):

### 1st Pass

- 52 Units ($237,745.77 coaching volume)
- $47,500 Tax Sales (8 units)
- $913.46 DPL
- 20% Return
- 15% Sell Through Rate

### 2nd Pass

- 16 Units ($86,850 coaching volume)
- $3,790 Tax Sales (3 units)
- $236.88 DPL
- 4% Return
- 19% Sell Through Rate

### Income Class

- 39 Units ($9,792.97 coaching volume)
- $8,039 Tax Sales (8 units)
- $206.13 DPL
- 82% Return
- 21% Sell Through Rate

Thanks,
Jen



GOVERNMENT EXHIBIT 604
S4 19 Cr. 833 (SHS)

| Tax Sales Week | Units (Leads) | Coaching Volume | Tax Sales | Tax Volume | DPL | % Returned | Sell Through Rate |
|---|---|---|---|---|---|---|---|
| 23-Mar | 15 | $ 51,682.00 | 0 | $ | $ | 0% | 0% |
| 30-Mar | 22 | $ 104,394.77 | 1 | $ 22,437.00 | $ 1,019.86 | 21% | 5% |
| 6-Apr | 15 | $ 81,669.00 | 7 | $ 25,063.00 | $ 1,670.87 | 31% | 47% |
| 13-Apr | 18 | $ 89,139.99 | | $ | $ - | 0% | 0% |
| | | | | | | | |
| Summary | 52 | $ 237,745.77 | 8 | $ 47,500.00 | $ 913.46 | 20% | 15% |

| Tax Sales Week | Units (Leads) | Coaching Volume | Tax Sales | Tax Volume | DPL | % Returned | Sell Through Rate |
|---|---|---|---|---|---|---|---|
| 23-Mar | 0 | $ - | 0 | $ - | $ - | 0% | 0% |
| 30-Mar | 8 | $ 42,160.00 | 2 | $ 1,395.00 | $ 174.38 | 3% | 25% |
| 6-Apr | 8 | $ 44,690.00 | 1 | $ 2,395.00 | $ 299.38 | 5% | 13% |
| 13-Apr | 6 | $ 24,180.00 | | | $ - | 0% | 0% |
| | | | | | | | |
| Summary | 16 | $ 86,850.00 | 3 | $ 3,790.00 | $ 236.88 | 4% | 19% |

US_695259

| Tax Sales Week | Units (Leads) | Coaching Volume | Tax Sales | Tax Volume | DPL | % Returned | Sell Through Rate | |
|---|---|---|---|---|---|---|---|---|
| 23-Mar | 0 | $ - | 0 | $ - | $ - | 0% | 0% | |
| 30-Mar | 25 | $ 7,323.99 | 5 | $ 1,194.00 | $ 47.76 | 16% | 20% | x |
| 6-Apr | 14 | $ 2,468.98 | 3 | $ 6,845.00 | $ 488.93 | 277% | 21% | |
| 13-Apr | 13 | $ 2,146.95 | | | $ - | 0% | 0% | x |
| | | | | | | | | |
| Summary | 39 | $ 9,792.97 | 8 | $ 8,039.00 | $ 206.13 | 82% | 21% | |

US_695260

GUIDANCE000305

Page 4 of 4