**From:** **Jason Sager** jason.sager@tsmlive.com
**Subject:** FW: Split 130518 - Jen Shah
**Date:** May 22, 2013 at 6:03 PM
**To:** **Jennifer Shah** jshah@thrivecorporate.com, **Tucker Stoffers** tucker@thrivecorporate.com
**Cc:** ryanhult23@yahoo.com, jakeshortino@yahoo.com, **Dave Merhi** davemerhi823@gmail.com

---

Jen, Tucker,
Please find the sales report attached for last week's Thrive sales. Let me know if you have any questions.
Thanks,
Jason

| | Date | Lead Broker | Lead Src. | Lead Type | Sales Rep / Alias | First Name | Last Name | | Date | Amnt.Cncl. | Amnt.Chrg. | Thrive % | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494 | 5/16/2013 | Jen Shah | Franklin | 2nd Pass Coaching Buyer | Steven Reyes | | | | 5/16/2013 | | $8,169.00 | 35% | $2,859.15 |
| 494 | 5/16/2013 | Jen Shah | Franklin | 2nd Pass Coaching Buyer | Steven Reyes | | | | 5/16/2013 | | | | |
| 477 | 5/13/2013 | Jen Shah | Thrive Rev2 | 1st pass coaching buyer | Jon Mechlow | | | | 5/13/2013 | | $8,650.00 | 35% | $3,027.50 |
| 477 | 5/13/2013 | Jen Shah | Thrive Rev2 | 1st pass coaching buyer | Jon Mechlow | | | | 5/13/2013 | | | | |
| 501 | 5/16/2013 | Jen Shah | WAHU | Coaching | Charlie Pulver | | | | 5/16/2013 | | $1,080.00 | 38% | $410.40 |
| 482 | 5/14/2013 | Jen Shah | WAHU Rev2 | Coaching Buyer | Wesley Baez | | | | 5/13/2013 | | $6,187.00 | 38% | $2,351.06 |
| | | Jen Shah Total | | | | | | | | $0.00 | $24,086.00 | | $8,648.11 |

GOVERNMENT EXHIBIT 609
S4 19 Cr. 833 (SHS)

GUIDANCE000001

**From:** **Tucker Stoffers** tucker@thrivecorporate.com
**Subject:** Re: FW: Split 130518 - Jen Shah
**Date:** May 22, 2013 at 7:29 PM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Jennifer Shah jshah@thrivecorporate.com, Ryan Hult ryanhult23@yahoo.com, Shortino jakeshortino@yahoo.com, Dave Merhi davemerhi823@gmail.com

---

Jason,

Thanks for getting this over, everything looks good!

Best,

Tucker

On Wed, May 22, 2013 at 6:03 PM, Jason Sager <jason.sager@tsmlive.com> wrote:

> Jen, Tucker,
>
> Please find the sales report attached for last week's Thrive sales. Let me know if you have any questions.
>
> Thanks,
>
> Jason

--
**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**
**thrive**

GUIDANCE000002

**From:** **Tucker Stoffers** tucker@thrivecorporate.com
**Subject:** Re: FW: Split 130518 - Jen Shah
**Date:** May 22, 2013 at 7:34 PM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Jennifer Shah jshah@thrivecorporate.com, Ryan Hult ryanhult23@yahoo.com, Shortino jakeshortino@yahoo.com, Dave Merhi davemerhi823@gmail.com

---

Jason,

Can you please get me a break down of what these customers purchased?

Best,

Tucker

--

**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**

**thrive**

**From:** **Ryan Hult** ryanhult23@yahoo.com
**Subject:** Re: Split 130518 - Jen Shah
**Date:** May 22, 2013 at 9:39 PM
**To:** Tucker Stoffers tucker@thrivecorporate.com
**Cc:** Jason Sager jason.sager@tsmlive.com, Jennifer Shah jshah@thrivecorporate.com, Shortino jakeshortino@yahoo.com, Dave Merhi davemerhi823@gmail.com

---

Jason,

I love you- you are a cute little man. Hey bud, can we ask tucker exactly what he needs maybe on the 1st report and we won't have to send 47 reports. Your a B student, I need you to be an A student. My teacher called me a piece of shit, I saw her the other day, driving a piece shit.

I don't want to see 6 email threads next week, lets get the 1st one right. So I don't look like I had all of my classes in the same room, " ok kids put away math books,'it's time for gym class.

Sent from my iPhone

GUIDANCE000004

**From:** **Jason Sager** jason.sager@tsmlive.com
**Subject:** RE: Split 130518 - Jen Shah
**Date:** May 23, 2013 at 10:46 AM
**To:** Ryan Hult ryanhult23@yahoo.com, Tucker Stoffers tucker@thrivecorporate.com
**Cc:** Jennifer Shah jshah@thrivecorporate.com, Shortino jakeshortino@yahoo.com, Dave Merhi davemerhi823@gmail.com

---

Tucker,
Please find the revised report attached with products purchased. Going forward I'll include those in the reports. Also let me know if there is anything else you'd like to see in them.

Thanks,
Jason

| | Date | Lead Broker | Lead Src. | Lead Type | Non Member/ Upsales | Sales Rep / Alias | First Name | Last Name | Service Purchased | Date | Amnt.Cncl. | Amnt.Chrg. | Thrive % | Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 494 | 5/10/2013 | Jen Shah | Franklin | 2nd Pass Coaching Buyer | Non Member | Steven Reyes | | | Website+Traffic+Logo | 5/14/2013 | | [illegible] | 35% | $2,859.[illegible] |
| 494 | 5/10/2013 | Jen Shah | Franklin | 2nd Pass Coaching Buyer | Non Member | Steven Reyes | | | Business Plan | 5/14/2013 | | | | |
| 477 | 5/13/2013 | Jen Shah | Thrive Rev2 | 1st pass coaching buyer | Non Member | Jon Mechlow | | | Corp + RA Services + Tax Prep + Tax Plan | 5/15/2013 | | [illegible] | 35% | $3,827.[illegible] |
| 477 | 5/13/2013 | Jen Shah | Thrive Rev2 | 1st pass coaching buyer | Non Member | Jon Mechlow | | | Business Plan Gold | 5/13/2013 | | | | |
| 511 | 5/10/2013 | Jen Shah | WAIHJ | Coaching | Non Member | Charlie Pulsar | | | Corporation Setup | 5/16/2013 | | $1,[illegible] | 35% | $410.[illegible] |
| 482 | 5/14/2013 | Jen Shah | WAIHJ Rev2 | Coaching Buyer | Upsale | Wesley Kerr | | | Market research pro + Logo + website + traffic | 5/13/2013 | | [illegible] | 35% | $2,[illegible] |
| | | Jen Shah Total | | | | | | | | | $0.00 | [illegible] | | [illegible] |

GUIDANCE000005

**From:** **Tucker Stoffers** tucker@thrivecorporate.com
**Subject:** Re: Split 130518 - Jen Shah
**Date:** May 23, 2013 at 11:02 AM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Ryan Hult ryanhult23@yahoo.com, Jennifer Shah jshah@thrivecorporate.com, Shortino jakeshortino@yahoo.com, Dave Merhi davemerhi823@gmail.com

---

Jason,

Thanks for making the change!

Everything looks good.

Best,

Tucker

On Thu, May 23, 2013 at 10:46 AM, Jason Sager <jason.sager@tsmlive.com> wrote:

> Tucker,

**See More**

> Tucker,
>
> Please find the revised report attached with products purchased. Going forward I'll include those in

--
**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**

**thrive**

GUIDANCE000006