GUIDANCE000083

From: **Jason Sager** jason.sager@tsmlive.com
Subject: Reports
Date: June 19, 2013 at 4:59 PM
To: Jennifer Shah jshah@thrivecorporate.com

Jen,

Really nice to talk to you today. I appreciate the call. Attached is the sheet from last week along with the payment amount discrepancies. I just need the wire info for Business Success and I can send out that wire. As for Thrive, I sent out the next wire, you should see it tomorrow first thing. The amount will be $3,074.07.

Thanks you,
Jason

| | Date | Lead Src. | Lead Type | First Name | Last Name | First Name | Service Purchased | Date | Amnt.Cncl. | Amnt.Chrg. | Split % | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 565 | 6/3/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp Setup | 6/3/2013 | | $356.00 | 56% | $ 150.00 |
| 637 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp + RA | 6/7/2013 | | $2,349.00 | 38% | $ 854.62 |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp + RA | 6/7/2013 | | $3,144.00 | 38% | $ 1,450.72 |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Business Credit | 6/7/2013 | | | 38% | $ - |
| 591 | 6/3/2013 | Thrive | 1st Pass Coaching Buyer | | | | Corp + RA | 6/3/2013 | | $350.00 | 35% | $ 332.50 |
| 566 | 6/3/2013 | Thrive rev1 | Coaching Buyer | | | | SEO Content Creation + Blog | 6/3/2013 | | $1,500.00 | 35% | $ 660.00 |
| 566 | 6/3/2013 | Thrive rev1 | Coaching Buyer | | | | | 6/3/2013 | | $395.00 | 35% | $ 138.25 |
| 504 | 6/3/2013 | Global | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $1,139.00 | 30% | $ 431.20 |
| 642 | 6/7/2013 | Global | 1st Pass Coaching Buyer | | | | | 6/7/2013 | | $1,000.00 | 35% | $ 350.00 |
| 557 | 5/29/2013 | Empyre Business Solutions | 1st Pass Coaching Buyer | | | | | 5/29/2013 | | $2,249.00 | 3% | $ 67.47 |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/30/2013 | | $1,775.00 | 3% | $ 53.25 |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/30/2013 | | $2,249.00 | 3% | $ 67.47 |
| 572 | 5/31/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/31/2013 | | $1,000.00 | 3% | $ 30.00 |
| 561 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | | | | | 6/4/2013 | | $5,190.00 | 3% | $ 176.70 |
| 561 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | | | | | 6/4/2013 | | | 3% | $ - |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $750.00 | 3% | $ 22.50 |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $630.00 | 3% | $ 19.00 |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $100.00 | 3% | $ 3.00 |
| 605 | 6/3/2013 | Latitude | 1st Pass Coaching Buyer | | | | Corp + RA | 6/3/2013 | | $2,570.00 | 38% | $ 1,814.40 |
| 605 | 6/3/2013 | Latitude | 1st Pass Coaching Buyer | | | | Business Plan + Corp | 6/3/2013 | | $6,495.00 | 38% | $ 2,468.10 |
| 605 | 6/3/2013 | Latitude | 1st Pass Coaching Buyer | | | | Tax Prep | 6/3/2013 | | | 38% | $ - |
| 618 | 6/3/2013 | Meridian | Coaching Buyer | | | | Corp + RA + TP + TP | 6/3/2013 | | $5,100.00 | 3% | $ 150.00 |
| 618 | 6/3/2013 | Meridian | Coaching Buyer | | | | Business Plan Gold | 6/3/2013 | | $3,350.00 | 3% | $ 102.50 |
| 597 | 6/3/2013 | Proof Consulting | Coaching Buyer | | | | Gold Traffic | 6/3/2013 | | $4,105.00 | 3% | $ 142.65 |
| | | | | | | | | | $0.00 | $29,596.00 | | $ 9,697.33 |

Wire Paid 6/14/2013: $ 6123.26
Difference: 3,074.07

GOVERNMENT
EXHIBIT
612
S4 19 Cr. 833 (SHS)

| | Date | Lead Src. | Lead Type | First Name | Last Name | First Name | Service Purchased | Date | Amnt.Cncl. | Amnt.Chrg. | Split % | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 585 | 6/3/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp Setup | 6/3/2013 | | $500.00 | 38% | $ 190.00 |
| 637 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp + RA | 6/7/2013 | | $2,249.00 | 38% | $ 854.62 |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Corp + RA | 6/7/2013 | | $3,944.00 | 38% | $ 1,498.72 |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | | | | Business Credit | 6/7/2013 | | | 38% | $ - |
| 581 | 6/3/2013 | Thrive | 1st Pass Coaching Buyer | | | | Corp + RA | 6/3/2013 | | $950.00 | 35% | $ 332.50 |
| 586 | 6/3/2013 | Thrive rev2 | Coaching Buyer | | | | SEO Content Creation + Blog | 6/3/2013 | | $1,600.00 | 35% | $ 560.00 |
| 586 | 6/3/2013 | Thrive rev2 | Coaching Buyer | | | | | 6/3/2013 | | $395.00 | 35% | $ 138.25 |
| 584 | 6/3/2013 | Global | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $1,135.00 | 38% | $ 431.30 |
| 643 | 6/7/2013 | Global | 1st Pass Coaching Buyer | | | | | 6/7/2013 | | $1,000.00 | 35% | $ 350.00 |
| 557 | 5/29/2013 | Empyre Business Solutions | 1st Pass Coaching Buyer | | | | | 5/29/2013 | | $2,249.00 | 3% | $ 67.47 |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/30/2013 | | $1,775.00 | 3% | $ 53.25 |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/30/2013 | | $2,249.00 | 3% | $ 67.47 |
| 573 | 5/31/2013 | Empyre Business Solutions | Coaching Buyer | | | | | 5/31/2013 | | $1,000.00 | 3% | $ 30.00 |
| 591 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | | | | | 6/4/2013 | | $5,890.00 | 3% | $ 176.70 |
| 591 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | | | | | 6/4/2013 | | | 3% | $ - |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $750.00 | 3% | $ 22.50 |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $650.00 | 3% | $ 19.50 |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | | | | | 6/3/2013 | | $100.00 | 3% | $ 3.00 |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | | | | Corp + RA | 6/6/2013 | | $2,670.00 | 38% | $ 1,014.60 |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | | | | Business Plan + Corp | 6/6/2013 | | $6,495.00 | 38% | $ 2,468.10 |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | | | | Tax Prep | 6/6/2013 | | | 38% | $ - |
| 610 | 6/5/2013 | Meridian | Coaching Buyer | | | | Corp + RA + TP + TP | 6/5/2013 | | $5,000.00 | 3% | $ 150.00 |
| 610 | 6/5/2013 | Meridian | Coaching Buyer | | | | Business Plan Gold | 6/5/2013 | | $3,650.00 | 3% | $ 109.50 |
| 597 | 6/4/2013 | Proof Consulting | Coaching Buyer | | | | Gold Traffic | 6/4/2013 | | $4,995.00 | 3% | $ 149.85 |
| | | | | | | | | | $0.00 | $29,106.00 | | $8,687.33 |

| | | |
|---|---|---|
| Wire Paid | 06/14/201: | 5,613.26 |
| Difference | | 3,074.07 |

**From: Jennifer Shah** jshah@thrivecorporate.com
**Subject:** Fwd: Reports
**Date:** June 19, 2013 at 6:23 PM
**To:** Tucker Stoffers tucker@thriveli.com

From: **Jennifer Shah** jshah@thrivecorporate.com
Subject: Re: Reports
Date: June 19, 2013 at 7:23 PM
To: Jason Sager jason.sager@tsmlive.com
Cc: Ryan Hult ryanhult23@yahoo.com, Tucker Stoffers tucker@thriveli.com, David Merhi davemerhi823@gmail.com

Jason,

Do you have the attached report in excel? The report you sent is just the revised week ending 6/8 sales report with the updated numbers, correct? Are you paying us for Franklin's split because the payment amount discrepancy of $3,074.07 which is higher than the amount owed to Thrive. Please clarify so I know who the additional amount is suposed to be paid to.

I will have Tucker resend you the wire information for Business Success.

Thanks,
Jen

**From: Jason Sager** jason.sager@tsmlive.com
**Subject:** Re: Reports
**Date:** June 19, 2013 at 9:11 PM
**To:** Jennifer Shah jshah@thrivecorporate.com
**Cc:** Ryan Hult ryanhult23@yahoo.com, Tucker Stoffers tucker@thriveli.com, David Merhi davemerhi823@gmail.com

Jen,
I'll send in excel. This is the revision of the 6/8 report And yes, paying Franklin as well since we have been doing that. All the others we'll send directly. Anything else you need, please feel free.
Thanks.

Sent from my iPhone

From: **Jen Shah** jshah@thrivecorporate.com
Subject: Re: Reports
Date: June 20, 2013 at 7:46 AM
To: Jason Sager jason.sager@tsmlive.com
Cc: Ryan Hult ryanhult23@yahoo.com, Tucker Stoffers tucker@thriveli.com, David Merhi davemerhi823@gmail.com

Jason,

I looked at the historical DPL reports for CBS. You guys have a 3-4 week pipeline on lead files, so please explain how there are no sales for week ending 6/15.

You are also getting leads direct from the sales floors we allocated/sold leads to. Those leads such as MMC, WAHU, RQA, etc. should have an override paid to Thrive.

Dave & Ryan both stated the lead tracking issues and sales reports were fixed, so you should be able to track these in your CRM right? If you still need me to send these files over for auditing purposes, let me know.

I need all wires for week ending 6/8 paid today as they are past due as well as week ending 6/15 sales reports.

Thanks,
Jen

Sent from my iPhone

From: **Jason Sager** jason.sager@tsmlive.com  &#9741;
Subject: Re: Reports
Date: June 20, 2013 at 10:06 AM
To: Jen Shah jshah@thrivecorporate.com
Cc: Ryan Hult ryanhult23@yahoo.com, Tucker Stoffers tucker@thriveli.com, David Merhi davemerhi823@gmail.com

Jen,

I want to clarify this for you, first off, my apologies for the confusion, there are sales, just not from new lead, but the old lead files there are sales. I am going through them right now, however when we spoke, I was still under the impression that you were going to get me a file to cross reference. Without that, I can do everything but it's through multiple files but certainly doable.

For the leads from the sales floors, those take a while to go back and get the codes, as I said I'm on that now. In terms of the CRM, we have it running but it will be a few weeks before we have it doing the reporting, in the mean time we can easily go back by hand. It takes a little more time, but we are happy to do it for you.

The wires will be sent today, I'm waiting on the info for Business Success and I'll get it out. The balance from your wire was already sent. I am also attaching the sheet for you as an xlsx file.

I hope this clears things up a little bit more. Let me know if there is anything else I can do for you.

Thank you,
Jason



| | Date | Lead Src. | Lead Type | Lead Broker | F | Sales Rep / Alias | First Name | Last Name | First Name | Service Purchased | Date | Amnt.Col cl | Amnt.Chrg. | Split% | Amount Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 686 | 6/3/2013 | Franklin | 1st Pass Coaching Buyer | Jen Shah | Non Member | Steve Reyes | | | | Corp Setup | 6/3/2013 | | $500.00 | 38% | $ 190.00 | 35% to Franklin |
| 637 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | Jen Shah | Non Member | Steve Reyes | | | | Corp + RA | 6/7/2013 | | $2,249.00 | 38% | $ 854.62 | 35% to Franklin |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | Jen Shah | Non Member | Dylan Harris | | | | Corp + RA | 6/7/2013 | | $3,944.00 | 38% | $ 1,498.72 | 35% to Franklin |
| 639 | 6/7/2013 | Franklin | 1st Pass Coaching Buyer | Jen Shah | Non Member | Dylan Harris | | | | Business Credit | 6/7/2013 | | | 38% | $ - | 35% to Franklin |
| 581 | 6/3/2013 | Thrive | 1st Pass Coaching Buyer | Jen Shah | Non Member | Tyson Philipose | | | | Corp + RA | 6/3/2013 | | $960.00 | 16% | $ 332.60 | |
| 586 | 6/3/2013 | Thrive rev2 | Coaching Buyer | Jen Shah | Upsale | Bill Zambraski | | | | SEO Content Creation + Blog | 6/3/2013 | | $1,600.00 | 35% | $ 560.00 | |
| 586 | 6/3/2013 | Thrive rev2 | Coaching Buyer | Jen Shah | Upsale | Bill Zambraski | | | | | 6/3/2013 | | $395.00 | 35% | $ 138.25 | |
| 584 | 6/3/2013 | Global | 1st Pass Coaching Buyer | Global | Non Member | Steven Stewart | | | | | 6/3/2013 | | $1,135.00 | 38% | $ 431.30 | |
| 643 | 6/7/2013 | Global | 1st Pass Coaching Buyer | Global | Non Member | Steve Stewart | | | | | 6/7/2013 | | $1,000.00 | 38% | $ 380.00 | |
| 557 | 5/29/2013 | Empyre Business Solutions | 1st Pass Coaching Buyer | Empyre | Non Member | Anthony Magias | | | | | 5/29/2013 | | $2,249.00 | 3% | $ 67.47 | |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | Empyre | Non Member | Anthony Magias | | | | | 5/30/2013 | | $1,775.00 | 3% | $ 53.25 | |
| 553 | 5/30/2013 | Empyre Business Solutions | Coaching Buyer | Empyre | Non Member | Anthony Magias | | | | | 5/30/2013 | | $2,249.00 | 3% | $ 67.47 | |
| 573 | 5/31/2013 | Empyre Business Solutions | Coaching Buyer | Empyre | Non Member | Anthony Magias | | | | | 5/31/2013 | | $1,000.00 | 3% | $ 30.00 | |
| 591 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | Jen Shah | Upsale | Steve Zanbraski | | | | | 6/4/2013 | | $5,890.00 | 3% | $ 176.70 | |
| 591 | 6/4/2013 | Business Success Team | 2nd Pass Coaching Buyer | Jen Shah | Upsale | Steve Zanbraski | | | | | 6/4/2013 | | | 3% | $ - | |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | Devia Leonard | Upsale | Stephen Aiadeneye | | | | | 6/3/2013 | | $750.00 | 3% | $ 22.50 | |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | Devia Leonard | Upsale | Stephen Aiadeneye | | | | | 6/3/2013 | | $650.00 | 3% | $ 19.50 | |
| 583 | 6/3/2013 | Elite Consulting | 1st Pass Coaching Buyer | Devia Leonard | Upsale | Stephen Aiadeneye | | | | | 6/3/2013 | | $100.00 | 3% | $ 3.00 | |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | Mike Meridian | Non Member | Anthony Saracino | | | | Corp + RA | 6/6/2013 | | $2,670.00 | 38% | $ 1,014.60 | |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | Mike Meridian | Non Member | Anthony Saracino | | | | Business Plan + Corp | 6/6/2013 | | $6,495.00 | 38% | $ 2,468.10 | |
| 635 | 6/6/2013 | Latitude | 1st Pass Coaching Buyer | Mike Meridian | Non Member | Anthony Saracino | | | | Tax Prep | 6/6/2013 | | | 38% | $ - | |
| 610 | 6/5/2013 | Meridian | Coaching Buyer | Mike Meridian | Non Member | Jon Mechlowe | | | | Corp + RA + TP + TP | 6/5/2013 | | $5,000.00 | 3% | $ 150.00 | |
| 610 | 6/5/2013 | Meridian | Coaching Buyer | Mike Meridian | Non Member | Jon Mechlowe | | | | Business Plan Gold | 6/5/2013 | | $3,650.00 | 3% | $ 109.50 | |
| 507 | 6/4/2013 | Proof Consulting | Coaching Buyer | Jeff Stogner | Non Member | Salvatore Bartoletta | | | | Gold Traffic | 6/4/2013 | | $4,995.00 | 3% | $ 149.85 | |
| | | | | Jen Shah Total | | | | | | | | $0.00 | $20,106.00 | | $8,587.33 | |

Wire Paid 06/14/2013 5,613.26
Difference 3,074.07

GUIDANCE000090

**From:** **Ryan Hult** ryanhult23@yahoo.com
**Subject:** Re: Reports
**Date:** June 20, 2013 at 10:08 AM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Jen Shah jshah@thrivecorporate.com, Tucker Stoffers tucker@thriveli.com, David Merhi davemerhi823@gmail.com

The files were never sent by thrive, only by the floor. All we would need is to see what leads were actually purchased by thrive, because the floor does not clarify that.

Sent from my iPhone

**From: Tucker Stoffers** tucker@thrivecorporate.com 📎
**Subject:** Re: Reports
**Date:** June 20, 2013 at 5:02 PM
**To:** Ryan Hult Ryanhult23@yahoo.com
**Cc:** Jason Sager jason.sager@tsmlive.com, Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com

Ryan/Sager,

Just to clarify, do you need some type of cross reference file from us? If so, can you let me know **specifically** what you need?

We need to get a sales report from you as soon as possible as we have partner reports due first thing tomorrow.

Please get back to me as soon as possible.

Best,

Tucker

--
**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**

# thrive

From: **Jason Sager** jason.sager@tsmlive.com
Subject: RE: Reports
Date: June 21, 2013 at 9:41 AM
To: Tucker Stoffers tucker@thrivecorporate.com, Jen Shah jshah@thrivecorporate.com
Cc: David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Tucker, Jen,

Please find the report attached. Sorry for the delay. It takes us a little while to go through all the sales and look for the lead codes. There are a few listed at the bottom, I need to know if Thrive gets 3% on. I also added a few, not sure if Thrive gets the 3% based on the lead code.

As to what I need, when we were talking last week, I was asking for the sheets so I could make the database and check against our sales. For this week, it would help if we have something that just shows all the leads and what Thrive's percentage is. If you can get that for me, it would be super helpful. That would save time going back and checking each sale for the code. Call me with any questions.

Thanks,
Jason



| | Date | Lead Src. | Lead Type | Lead Broker | F | Sales Rep / Alias | First Name | Last Name | Date | Amnt.Cncl. | Amnt.Chrg. | Split % | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 677 | 6/14/2013 | WAHU | Coaching Buyer | Jen Shah | Upsale | Wesley Baez | | | 6/14/2013 | | $5,190.00 | 38% | $ 1,972.20 |
| 677 | 6/14/2013 | WAHU | Coaching Buyer | Jen Shah | Upsale | Wesley Baez | | | 6/14/2013 | | | | $ - |
| 653 | 6/10/2013 | IBS | Coaching Buyer | John Bish | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $1,000.00 | 3% | $ 30.00 |
| 653 | 6/10/2013 | IBS | Coaching Buyer | IBS | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $4,500.00 | 3% | $ 135.00 |
| 653 | 6/10/2013 | IBS | Coaching Buyer | IBS | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $890.00 | 3% | $ 26.70 |
| 673 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | OIA | $2,690.00 | 3% | $ 80.70 |
| 673 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | OIA | | 3% | $ - |
| 675 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Tyson Philipose | | | 6/14/2013 | HI | $5,272.00 | 3% | $ 158.16 |
| 675 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Tyson Philipose | | | 6/14/2013 | HI | | 3% | $ - |
| 678 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | IIFH | $6,392.00 | 3% | $ 191.76 |
| 678 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | IIFH | | 3% | $ - |
| 651 | 6/11/2013 | Meridian | Coaching Buyer | Meridian | Non Member | Dom/Evan | | | 6/12/2013 | MMC Inbound | $2,475.00 | 3% | $ 74.25 |
| 666 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Mickey Rogers | | | 6/12/2013 | Mobile Money | $13,457.00 | 3% | $ 403.71 |
| 663 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Anthony Saracino | | | 6/12/2013 | Mobile Money | $8,000.00 | 3% | $ 240.00 |
| 663 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Anthony Saracino | | | 6/12/2013 | Mobile Money | $4,400.00 | 3% | $ 132.00 |
| | | | | Jen Shah Total | | | | | | $0.00 | $5,190.00 | | |

CSM Lead
HIK Inbound
CSM Lead
OIA
HI
IIFH

**Total Due**     $ 3,444.48

GUIDANCE000094

Thanks,

Jen

Sent from my iPhone

On Jun 19, 2013, at 9:11 PM, Jason Sager <jason.sager@tsmlive.com> wrote:

Jen,

I'll send in excel. This is the revision of the 6/8 report And yes, paying Franklin as well since we have been doing that. All the others we'll send directly. Anything else you need, please feel free.

Thanks.

Sent from my iPhone

On Jun 19, 2013, at 9:23 PM, Jennifer Shah <jshah@thrivecorporate.com> wrote:

Jason,

Do you have the attached report in excel? The report you sent is just the revised week ending 6/8 sales report with the updated numbers, correct? Are you paying us for Franklin's split because the payment amount discrepancy of $3,074.07 which is higher than the amount owed to Thrive. Please clarify so I know who the additional amount is suposed to be paid to.

I will have Tucker resend you the wire information for Business Success.

Thanks,

Jen

On Wed, Jun 19, 2013 at 4:59 PM, Jason Sager <jason.sager@tsmlive.com> wrote:

Jen,

Really nice to talk to you today. I appreciate the call. Attached is the sheet from last week along with the payment amount discrepancies. I just need the wire info for Business Success and I can send out that wire. As for Thrive, I sent out the next wire, you should see it tomorrow first thing. The amount will be $3,074.07.

Thanks you,
Jason

<Split 130608 Thrive.xlsx>

--
**Tucker Stoffers**
**801-310-4146**

tucker@thrivecorporate.com



Best,

Tucker

On Thu, Jun 20, 2013 at 10:08 AM, Ryan Hult <Ryanhult23@yahoo.com> wrote:

The files were never sent by thrive, only by the floor. All we would need is to see what leads were actually purchased by thrive, because the floor does not clarify that.

Sent from my iPhone

On Jun 20, 2013, at 12:06 PM, Jason Sager <jason.sager@tsmlive.com> wrote:

Jen,

I want to clarify this for you, first off, my apologies for the confusion, there are sales, just not from new lead, but the old lead files there are sales. I am going through them right now, however when we spoke, I was still under the impression that you were going to get me a file to cross reference. Without that, I can do everything but it's through multiple files but certainly doable.

For the leads from the sales floors, those take a while to go back and get the codes, as I said I'm on that now. In terms of the CRM, we have it running but it will be a few weeks before we have it doing the reporting, in the mean time we can easily go back by hand. It takes a little more time, but we are happy to do it for you.

The wires will be sent today, I'm waiting on the info for Business Success and I'll get it out. The balance from your wire was already sent. I am also attaching the sheet for you as an xlsx file.

I hope this clears things up a little bit more. Let me know if there is anything else I can do for you.

Thank you,

Jason

On Thu, Jun 20, 2013 at 9:46 AM, Jen Shah <jshah@thrivecorporate.com> wrote:

Jason,

I looked at the historical DPL reports for CBS. You guys have a 3-4 week pipeline on lead files, so please explain how there are no sales for week ending 6/15.

You are also getting leads direct from the sales floors we allocated/sold leads to. Those leads such as MMC, WAHU, RQA, etc. should have an override paid to Thrive.

Dave & Ryan both stated the lead tracking issues and sales reports were fixed, so you should be able to track these in your CRM right? If you still need me to send these files over for auditing purposes, let me know.

I need all wires for week ending 6/8 paid today as they are past due as well as week ending 6/15 sales reports.

GUIDANCE000096

From: **Tucker Stoffers** tucker@thrivecorporate.com
Subject: Re: Reports
Date: June 21, 2013 at 1:27 PM
To: Jason Sager jason.sager@tsmlive.com
Cc: Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Jason,

Per our conversations, attached is a copy with my notes on the lead types.

Get me the list of customers with no lead codes and I will check to see if they came from us.

Let me know if you need anything else.

Best,

Tucker

On Fri, Jun 21, 2013 at 9:41 AM, Jason Sager <jason.sager@tsmlive.com> wrote:

Tucker, Jen,

Please find the report attached.  Sorry for the delay.  It takes us a little while to go through all the sales and look for the lead codes.  There are a few listed at the bottom, I need to know if Thrive gets 3% on.  I also added a few, not sure if Thrive gets the 3% based on the lead code.

As to what I need, when we were talking last week, I was asking for the sheets so I could make the database and check against our sales.  For this week, it would help if we have something that just shows all the leads and what Thrive's percentage is.  If you can get that for me, it would be super helpful.  That would save time going back and checking each sale for the code.   Call me with any questions.

Thanks,

Jason

**From:** tstoffs@gmail.com [mailto:tstoffs@gmail.com] **On Behalf Of** Tucker Stoffers
**Sent:** Thursday, June 20, 2013 7:02 PM
**To:** Ryan Hult
**Cc:** Jason Sager; Jen Shah; David Merhi
**Subject:** Re: Reports

Ryan/Sager,

Just to clarify, do you need some type of cross reference file from us? If so, can you let me know **specifically** what you need?

We need to get a sales report from you as soon as possible as we have partner reports due first thing tomorrow.

Please get back to me as soon as possible.

Best,

**From: Tucker Stoffers** tucker@thrivecorporate.com 📎
**Subject:** Re: Reports
**Date:** June 24, 2013 at 7:30 PM
**To:** Jason Sager  jason.sager@tsmlive.com
**Cc:** Jen Shah  jshah@thrivecorporate.com, David Merhi  davemerhi823@gmail.com, Ryan Hult  Ryanhult23@yahoo.com

Jason,

Have you had a chance to put together an updated sales report?

Best,

Tucker

On Fri, Jun 21, 2013 at 1:27 PM, Tucker Stoffers <tucker@thrivecorporate.com> wrote:

> Jason,
> Per our conversations, attached is a copy with my notes on the lead types.
> Get me the list of customers with no lead codes and I will check to see if they came from us.
> ~~Let me know if you need anything else~~

**See More**

> Jason,
> Per our conversations, attached is a copy with my notes on the lead types.
> Get me the list of customers with no lead codes and I will check to see if they came from us.
> ~~Let me know if you need anything else~~

--
**Tucker Stoffers**
**801-310-4146**
tucker@thrivecorporate.com



**From:** **Jason Sager** jason.sager@tsmlive.com
**Subject:** Re: Reports
**Date:** June 24, 2013 at 8:32 PM
**To:** Tucker Stoffers tucker@thrivecorporate.com
**Cc:** Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Tucker,
I sent you one this morning. Had it with all the codes. I'm assuming you didn't see it? I'll resend first thing in the morning. On it only two people we didn't have the lead codes for. All the others should be good.
Thanks,
Jason

**GUIDANCE000099**

**From:** **Tucker Stoffers** tucker@thrivecorporate.com 📎
**Subject:** Re: Reports
**Date:** June 25, 2013 at 7:46 AM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Thanks Jason, I will keep an eye out this morning.

Best,

Tucker

--
**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**



From: **Tucker Stoffers** tucker@thrivecorporate.com 📎
Subject: Re: Reports
Date: June 25, 2013 at 7:48 AM
To: Jason Sager jason.sager@tsmlive.com
Cc: Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Jason,

I just went through my Spam and found it.

I will let you know if we have any questions.

Best,

Tucker

--
**Tucker Stoffers**
**801-310-4146**
tucker@thrivecorporate.com

# thrive

**From: Tucker Stoffers** tucker@thrivecorporate.com
**Subject:** Re: Reports
**Date:** June 27, 2013 at 9:32 AM
**To:** Jason Sager jason.sager@tsmlive.com
**Cc:** Jen Shah jshah@thrivecorporate.com, David Merhi davemerhi823@gmail.com, Ryan Hult Ryanhult23@yahoo.com

Jason,

It looks like there were three leads marked as Paid when they should have been marked as rev-share. There was also one lead marked as rev-share that should have been marked as paid. Can you make sure Summit gets paid for their portion of the sale? The changes have been highlighted in yellow on the updated report attached. Please let me know if you have any questions.

Can you confirm when the payment goes out for Thrive and for Summit?

Also, how are things looking for this week's report?

Best,

Tucker

--
**Tucker Stoffers**
**801-310-4146**
**tucker@thrivecorporate.com**

**thrive**



| | Date | Lead Src. | Lead Type | Lead Broker | F | Sales Rep / Alias | First Name | Last Name | Date | Amnt.Cncl. | Amnt.Chrg. | Split % | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 677 | 6/14/2013 | WAHU | Coaching Buyer | Jen Shah | Upsale | Wesley Baez | | | 6/14/2013 | | $5,190.00 | 38% | $ 1,972.20 |
| 677 | 6/14/2013 | WAHU | Coaching Buyer | Jen Shah | Upsale | Wesley Baez | | | 6/14/2013 | | | | $ - |
| 653 | 6/10/2013 | IBS | Coaching Buyer | John Bish | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $1,000.00 | 3% | $ 30.00 |
| 653 | 6/10/2013 | IBS | Coaching Buyer | IBS | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $4,500.00 | 3% | $ 135.00 |
| 653 | 6/10/2013 | IBS | Coaching Buyer | IBS | Upsale | Steve Zambraski | | | 6/10/2013 | WAHU | $890.00 | 3% | $ 26.70 |
| 673 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | OIA | $2,690.00 | 3% | $ 80.70 |
| 673 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | OIA | | 3% | $ - |
| 675 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Tyson Philipose | | | 6/14/2013 | HI | $5,272.00 | 3% | $ 158.16 |
| 675 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Tyson Philipose | | | 6/14/2013 | HI | | 3% | $ - |
| 678 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | IIFH | $6,392.00 | 3% | $ 191.76 |
| 678 | 6/14/2013 | IBS | Coaching Buyer | IBS | Non Member | Mickey Rogers | | | 6/14/2013 | IIFH | | 3% | $ - |
| 651 | 6/11/2013 | Meridian | Coaching Buyer | Meridian | Non Member | Dom/Evan | | | 6/12/2013 | MMC Inbound | $2,475.00 | 3% | $ 74.25 |
| 666 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Mickey Rogers | | | 6/12/2013 | Mobile Money | $13,457.00 | 3% | $ 403.71 |
| 663 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Anthony Saracino | | | 6/12/2013 | Mobile Money | $8,000.00 | 3% | $ 240.00 |
| 663 | 6/12/2013 | Platinum Training | Coaching Buyer | Warren | Non Member | Anthony Saracino | | | 6/12/2013 | Mobile Money | $4,400.00 | 3% | $ 132.00 |
| | | | | Jen Shah Total | | | | | | $0.00 | $5,190.00 | | |

| | |
|---|---|
| HIK Inbound | No Override |
| CSM Lead | Yes 3% |
| OIA | Yes 3% |
| HI | No Override |
| IIFH | No Override |

**Total Due**      $ 3,444.48

**GUIDANCE000103**