

Money Sent

$500.00 sent



to Julio Serrano

Available to Julio within 30 minutes.

All Done

🔒 Sign Off

GOVERNMENT EXHIBIT
723E
S4 19 Cr. 833 (SHS)