

# Extraction Report - Apple iOS Full File system

## Participants


35795720660@s.whatsapp.net
CardiC *The Official*


18015973434@s.whatsapp.net
Jen (owner)

## Conversation - Instant Messages (31)

---

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Can you take marketing upsell appts today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:08:00 PM(UTC+0) | 12/22/2017 4:08:00 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:07:59 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20826C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

I'll send over the order forms...

My office can comply and process the sale

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:08:48 PM(UTC+0) | 12/22/2017 4:08:48 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:08:47 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x208E5B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)



GOVERNMENT
EXHIBIT
806
S4 19 Cr. 833 (SHS)

1

> From: 18015973434@s.whatsapp.net Jen (owner)
> To: 35795720660@s.whatsapp.net CardiC *The Official*
>
> It's short notice so if not, that's ok. I can grab a few guys on the west coast until you're ready
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:09:37 PM(UTC+0) | 12/22/2017 4:12:34 PM(UTC+0) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 12/22/2017 4:09:35 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x208D80 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

> 35795720660@s.whatsapp.net CardiC *The Official*
>
> One sec sweet
>
> **Status:** Read
> **Platform:** Mobile
>
> 12/22/2017 4:45:52 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20933C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

> From: 18015973434@s.whatsapp.net Jen (owner)
> To: 35795720660@s.whatsapp.net CardiC *The Official*
>
> Thank you baby.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:46:08 PM(UTC+0) | 12/22/2017 4:46:11 PM(UTC+0) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 12/22/2017 4:46:06 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x2095D2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

I'm having my compliance girl set the appts regardless and then I'll assign them to the reps

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:46:46 PM(UTC+0) | 12/22/2017 4:46:54 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:46:44 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209F62 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

I'm ready to fly to Hawaii today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:47:13 PM(UTC+0) | 12/22/2017 4:47:13 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:47:11 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209CB3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:49:12 PM(UTC+0) | 12/22/2017 5:17:53 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:49:09 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x2098D3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

I'm jumping in shower

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 4:50:36 PM(UTC+0) | 12/22/2017 5:17:53 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 4:50:32 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209948 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

**35795720660@s.whatsapp.net CardiC *The Official***

We can take them for sure

**Status:** Read
**Platform:** Mobile

12/22/2017 5:18:12 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209664 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

**35795720660@s.whatsapp.net CardiC *The Official***

Just need all the details

**Status:** Read
**Platform:** Mobile

12/22/2017 5:18:20 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209C2C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

**35795720660@s.whatsapp.net CardiC *The Official***

Hawaii would be beautiful

**Status:** Read
**Platform:** Mobile

12/22/2017 5:18:34 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x2097DB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Ok, I'll get details over. What days can I send appts over? Starting today Correct? Sat? Next week Wed - Friday?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 5:28:49 PM(UTC+0) | 12/22/2017 5:36:15 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 5:28:47 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209AAD (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

35795720660@s.whatsapp.net CardiC *The Official*

Yes

**Status:** Read
**Platform:** Mobile

12/22/2017 5:36:39 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20946E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 5:41:04 PM(UTC+0) | 12/22/2017 5:41:04 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 5:41:03 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x2096F3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

> **From:** 18015973434@s.whatsapp.net Jen (owner)
> **To:** 35795720660@s.whatsapp.net CardiC *The Official*
>
> Where do I email everything
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 5:41:18 PM(UTC+0) | 12/22/2017 5:41:24 PM(UTC+0) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 12/22/2017 5:41:16 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209BA2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

> 35795720660@s.whatsapp.net CardiC *The Official*
>
> 2conan
>
> **Status:** Read
> **Platform:** Mobile
>
> 12/22/2017 5:41:35 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x209860 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

---

> **From:** 18015973434@s.whatsapp.net Jen (owner)
> **To:** 35795720660@s.whatsapp.net CardiC *The Official*
>
> I'm going to share these docs with you. I think that's the easiest
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 7:07:06 PM(UTC+0) | 12/22/2017 7:54:59 PM(UTC+0) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 12/22/2017 7:07:02 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x2099D1 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

On google docs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 7:07:17 PM(UTC+0) | 12/22/2017 7:54:59 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 7:07:15 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C801 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Sales order forms
Product descriptions
I can run through everything with whoever will be calling these..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 7:15:10 PM(UTC+0) | 12/22/2017 7:54:59 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 7:15:04 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C726 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

35795720660@s.whatsapp.net CardiC *The Official*

Awesome

**Status:** Read
**Platform:** Mobile

12/22/2017 7:55:58 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C6AF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

35795720660@s.whatsapp.net CardiC *The Official*

I'll immediately get it in the hands of 2 agents on our tax floor who are great with the front end marketing products

**Status:** Read
**Platform:** Mobile

12/22/2017 7:57:17 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C5CC (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**35795720660@s.whatsapp.net CardiC *The Official***

Have you emailed me?

**Status:** Read
**Platform:** Mobile

12/22/2017 7:58:12 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C54A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

From: 18015973434@s.whatsapp.net Jen (owner)
To: 35795720660@s.whatsapp.net CardiC *The Official*

In NYC?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 8:00:19 PM(UTC+0) | 12/22/2017 8:28:18 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 8:00:17 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C4D4 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**35795720660@s.whatsapp.net CardiC *The Official***

Yes

**Status:** Read
**Platform:** Mobile

12/22/2017 8:28:22 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C463 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**35795720660@s.whatsapp.net CardiC *The Official***

The 2 reps I was planning are very familiar with every step

**Status:** Read
**Platform:** Mobile

12/22/2017 8:30:17 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C3BC (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**35795720660@s.whatsapp.net CardiC *The Official***

Are you ok with this idea?

**Status:** Read
**Platform:** Mobile

12/22/2017 9:20:32 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C334 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Yeah that should be ok. I don't want the guys on my floor knowing where it's going so please tell Cheedie not to say anything to Phil. I don't like people knowing where my leads are going. My reps know I'm moving the appts elsewhere.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 10:03:10 PM(UTC+0) | 12/22/2017 10:57:53 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 10:03:08 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C1D3 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**From:** 18015973434@s.whatsapp.net Jen (owner)
**To:** 35795720660@s.whatsapp.net CardiC *The Official*

Should we schedule for tomorrow? Do they work Saturday?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 35795720660@s.whatsapp.net CardiC *The Official* | 12/22/2017 10:04:34 PM(UTC+0) | 12/22/2017 10:57:53 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

12/22/2017 10:04:32 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C129 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x74B (Size: 5324 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

**35795720660@s.whatsapp.net CardiC *The Official***

100% understand

**Status:** Read
**Platform:** Mobile

12/22/2017 10:58:21 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20C0AB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)

> 35795720660@s.whatsapp.net CardiC *The Official*
> And always practice full discretion
> **Status:** Read
> **Platform:** Mobile
>
> 12/22/2017 10:58:40 PM(UTC+0)

Source Info:
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite : 0x20DBC9 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 7946240 bytes)
e03bce0b232d6239b5b6d8e8ece1c429025a9ffb_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/5923087C-A4C4-4CF2-8FE1-8A3D1170387C/ChatStorage.sqlite-wal : 0xB5B0 (Table: ZWACHATSESSION, Size: 152472 bytes)