UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ANTHONY CHEEDIE, ET AL.,

Defendants.

19-cr-833 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing of Jennifer Shah on January 6, 2023, in Courtroom 23A in the U.S. Courthouse, 500 Pearl Street, N.Y., N.Y., is hereby changed to 10 a.m. on that date. The sentencing of Joseph Chirico is changed to 3 p.m. on that date.

Dated: New York, New York
       December 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.