UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JENNIFER SHAH, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant Shah is directed to respond to the application of Inner City Press [Doc. No. 648] to unseal certain portions of Shah's sentencing memorandum and an exhibit to the government's sentencing memorandum in writing on or before 12:00 p.m. on January 5, 2023.

Dated: New York, New York
       January 4, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.