

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jennifer Shah*, S4 19 Cr. 833 (SHS)

Dear Judge Stein:

      The Government respectfully provides this supplemental submission in advance of the sentencing of defendant Jennifer Shah, currently scheduled for January 6, 2023, at 10:00 a.m.

      The defendant has relied upon certain "descriptions of her character by her family and friends" to attempt to justify her request for an extraordinary downward variance. (Def. Mem. 23; *see* Def. Mem. Ex. A.) In response to the defendant's portrayal of her "character" in her public filing, a particular individual ("Individual-1"), with whom the Government had no previous communications, sent a brief, unsolicited letter to the Government about Individual-1's experience with the defendant (attached hereto as Exhibit 7).[1]

      After the Government received the letter, law enforcement agents interviewed Individual-1 (notes of which are attached as Exhibit 8) and obtained corroborating materials regarding Individual-1's interactions with the defendant, including a temporary restraining order provided by the Justice Court of Henderson Township, Nevada (attached hereto as Exhibit 9), and a police report provided by the Henderson (Nevada) Police Department (attached hereto as Exhibit 10).

---

[1] Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, and to protect the privacy interests of Individual-1, the Government would propose filing redacted versions of the exhibits referenced herein on the public docket that would redact only personally identifiable information concerning Individual-1, Individual-1's spouse, and the defendant (as indicated with red boxes on the exhibits). However, because the Government understands that the defendant intends to seek broader redactions than those proposed by the Government, at this time the Government will submit the exhibits only to the Court and the defendant by email. The Government respectfully requests that the Court address the proper scope of redactions at the sentencing hearing.

Honorable Sidney H. Stein
United States District Judge
January 4, 2023
Page 2

    Individual-1's description of the manner in which the defendant treated her is consistent with the Government's understanding of how the defendant frequently interacted with others, including other participants in the Business Opportunity Scheme.

    The Government requests that the Court consider Individual-1's letter, and the events involving Individual-1, as necessary context for the Court's analysis under 18 U.S.C. § 3553(a)(1).

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                    By:     /s/
                            Kiersten A. Fletcher
                            Robert B. Sobelman
                            Sheb Swett
                            Assistant United States Attorneys
                            (212) 637-2238/2616/6522

cc:    Priya Chaudhry, Esq. (by ECF)
       Seth J. Zuckerman, Esq. (by ECF)
       Beth Farber, Esq. (by ECF)