UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                Plaintiff,

    v.

JENNIFER SHAH,

                Defendant.

19-cr-833 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

      On January 3, 2023, Inner City Press filed an application to unseal certain exhibits and unredact certain portions of the sentencing submissions in this litigation. (ECF No. 648.) Defendant responded on January 5, 2023 (ECF No. 644), and on January 6, 2023 the Court heard argument by defendant. Pursuant to the rulings of the Court during the conference, defendant is directed 1) to blur the faces of all third-party individuals in Exhibit B to defendant's sentencing memorandum, which has been filed under seal (ECF No. 644), except for the faces of defendant, her husband, and two sons; 2) to file that version on the public record; and (3) to unredact the redacted portions of her sentencing memorandum and accompanying exhibits to the extent determined by the Court on January 6, 2023, and to file those revised documents on the public record.

Dated: New York, New York
         January 11, 2023

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.