# EXHIBIT B—PHOTOS

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

# EXHIBIT B

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

| EXHIBIT B—PHOTOS | EXHIBIT INDEX |
|---|---|
| EXHIBIT B-1 | Photograph of Sione Lui (Jen's father) and Jen |
| EXHIBIT B-2 | Photograph of Jen and Kaleo Lui (Jen's brother) |
| EXHIBIT B-3 | Photograph of Jen and Kaleo Lui (Jen's brother) |
| EXHIBIT B-4 | Photograph of Jen and Sione Lui (Jen's father) |
| EXHIBIT B-5 | Photograph of Jen, Sione Lui (Jen's father), and Jessica Lui Nelson (Jen's sister) |
| EXHIBIT B-6 | Photograph of Jen and Sharrieff Shah, Sr. (Jen's husband) |
| EXHIBIT B-7 | Photograph of Sione Lui (Jen's father) and Jen |
| EXHIBIT B-8 | Photograph of Jacob Lui (Jen's brother), Jen, Jerrit Lui (Jen's brother), Jessica Lui Nelson (Jen's sister), Charlene Lui (Jen's mother), Kaleo Lui (Jen's brother), Sione Lui (Jen's father), and Jenohn Lui (Jen's sister) |
| EXHIBIT B-9 | Photograph of Jen, Sharrieff Shah, Sr. (Jen's husband), Sharrieff Shah, Jr. (Jen's son), and Omar Shah (Jen's son) |

| EXHIBIT B-10 | Photograph of Sione Lui (Jen's father), Jen, and Charlene Lui (Jen's mother) |
|---|---|
| EXHIBIT B-11 | Photograph of Jen, Sharrieff Shah, Jr. (Jen's son), Charlene Lui (Jen's mother), Jaxson Lui (Jen's nephew), Sione Lui (Jen's father) Jessica Lui Nelson (Jen's sister), Jenohn Lui (Jen's sister), Jacob Lui (Jen's brother), Jen Lui (Jen's sister-in-law), Mikayla Lui (Jen's niece), Kaleo Lui (Jen's brother), and Jerrit Lui (Jen's brother) |
| EXHIBIT B-12 | Photograph of Jen, Sauna Tonga, Fifita Tonga, Finau Tonga, Nani Tonga, Pita Tonga, Joharah Shah, Omar Shah (Jen's son), and Taki Tonga |
| EXHIBIT B-13 | Photograph of Sharrieff Shah, Jr. (Jen's son), Jen, Omar Shah (Jen's son), and Sharrieff Shah, Sr. (Jen's husband) |
| EXHIBIT B-14 | Photograph of Jessica Lui Nelson (Jen's sister), Jenohn Lui (Jen's sister), Sione Lui (Jen's father), and Jen |
| EXHIBIT B-15 | Photograph of Jen, Sharrieff Shah, Sr. (Jen's husband), Sharrieff Shah, Jr. (Jen's son), and Omar Shah (Jen's son) |
| EXHIBIT B-16 | Photograph of Omar Shah (Jen's son), Sharrieff Shah, Sr. (Jen's husband), and Sharrieff Shah, Jr. (Jen's son) |
| EXHIBIT B-17 | Photograph of Jen and Sione Lui (Jen's father) |
| EXHIBIT B-18 | Photograph of Jen and her family in traditional Tongan attire for Sione Lui's (Jen's father) funeral |

| | |
|---|---|
| EXHIBIT B-19 | Photograph of Jessica Lui Nelson (Jen's sister), Jen, and Jenohn Lui (Jen's sister) in traditional Tongan attire at Sione Lui's (Jen's father) funeral |
| EXHIBIT B-20 | Photograph of Charlene Lui (Jen's mother), Jessica Lui Nelson (Jen's sister), Jen, and Jenohn Lui (Jen's sister) in traditional Tongan attire at Sione Lui's (Jen's father) funeral |
| EXHIBIT B-21 | Photograph of Jen in traditional Tongan funeral attire as the Fahu of her family |
| EXHIBIT B-22 | Photograph of Jen and Sire (Jen's dog) |

# EXHIBIT B-1

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-2

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-3

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-4

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-5

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-6

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-7

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-8

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-9

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-10

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-11

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-12

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-13

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-14

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-15

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-16

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-17

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-18

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-19

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-20

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-21

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)



# EXHIBIT B-22

*United States v. Jennifer Shah, et al.*, Case No.: S4 19-CR-833 (SHS)

