UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Judgment Creditor,

v.

**Jennifer Shah**,

        Judgment Debtor,

and

**Shed Media US, Inc**,

        Garnishee.

No. 19 CR 833-11 (SHS)

PUBLIC FILING

## ANSWER OF THE GARNISHEE

I, **Daniel Crunkhorn** (name), the **SVP Finance** (title) of Garnishee **Shed Media US, Inc**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[ ] an individual doing business in the name of _____.
[ ] a partnership, __ LP, __ LLP or __ LLC
[x] a corporation, organized under the laws of the State of **Delaware**.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under 28 U.S.C. § 3004 and Rules 4-4.1 of the Federal Rules of Civil Procedure. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court, except for objections based on a defect in the service of the process, I agree to accept service for the Garnishee by:

[ ] facsimile at (___) ____-_____ and/or
[x] e-mail at **cameron.biscay@warnerbros.com and dan.helberg@shedmedia.com** and/or
[ ] first class mail at _____

On __February 15th__, 2023, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control the following property of the judgment debtor:

1. Garnishee has contracted with or employed the Judgment Debtor from __9/20/2019__ to __present__.

2. Judgment debtor's pay period is:

   [_] weekly, [_] bi-weekly, [_] semi-monthly, [_] monthly, other: __per episode produced__.

   The current pay period began __N/A__ and ends __N/A__.

3. Enter amounts for the current pay period to calculate garnishment:

   (a) Gross Earnings[1]  $ __34,500__

   (b) Less deductions required by law:

   Federal Income Tax  $ __9,675.19__

   F.I.C.A.  $ __2,139.00__

   State Income Tax  $ __1,673.25__

   ~~City/Local Income Tax~~ MEDICARE  $ __500.25__

   Total of tax withholdings  $ __13,987.69__

   (c) Disposable Earnings  $ __20,512.31__  (a) less total of (b)

   75% of Disposable Earnings  $ __15,384.23__  (exempt pay to judgment debtor)

   (d) **Non-exempt disposable earnings required to be withheld is the lesser of:**

   25% of disposable earnings  $ __5,128.08__  or

   Disposable earnings less $217.50 = $ __20,294.81__ .[2] (c) less (30 x $7.25)

   **DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.**

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5)-(6) and (9).

[2] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.**

4. Prior garnishments or other court-ordered withholdings presently in effect including, but not limited to child support and alimony, are described as (include case number, state, county):_____

None

5. Garnishee has in its possession or under its control the following property other than earnings in which the judgment debtor has an interest: ___ None or description of property, approximate value, and judgment debtor's interest: None

6. Other than earnings, Garnishee anticipates owing to the judgment debtor the following amounts in the future: ___ None or description of property, approximate value, and estimated due date:_____

None

7. Financial Accounts

**Account 1**
Type: N/A
No.:
Title owner(s):
Amount: $

**Account 2**
Type: N/A
No.:
Title owner(s):
Amount: $

**Account 3**
Type: N/A
No.:
Title owner(s):
Amount: $

**Account 4**
Type: N/A
No.:
Title owner(s):
Amount: $

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

[_] Garnishee makes the following claim/election of exemption on behalf of the judgment debtor:
N/A

[_] Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the judgment debtor to the United States' claim:_____
N/A

[X] On the date the Garnishee was served with the Writ of Continuing Garnishment, Garnishee was not indebted to the judgment debtor and/or did not have any earnings, income or other property in which the judgment debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, __Jennifer Shah__, at __1353 East Princeton Ave, Salt Lake City, Utah 84105__;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed this __24th__ day of __February__, 2023.

_____   __Daniel Crunkhorn__
(Signature)                                           (Print Name)

Title __SVP Finance, Shed Media US Inc__
Address __3800 Barham Boulevard Suite 410__
City, State, Zip __Los Angeles CA 90068__
Telephone and Fax Numbers __323-904-4680__
Email __accounts@shedmedia.com__

STATE OF __California__
COUNTY OF __Los Angeles__

Subscribed and sworn to before me this __24__ day of __February__ 2023.

_____                My Commission expires: __8/30/2026__
Notary Public Signature                                         (Seal)

JI YOUNG LEE
COMM. #2414176
NOTARY PUBLIC- CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Aug 30, 2026

```
ORIGIN ID:AHCA    (323) 904-4680        SHIP DATE: 24FEB23
SHED MEDIA                              ACTWGT: 1.00 LB
SHED MEDIA                              CAD: 110321100/INET4580
3800 BARHAM BLVD #410
                                        BILL SENDER
LOS ANGELES, CA 90068
UNITED STATES US

TO  CLERK OF THE COURT
    UNITED STATES DISTRICT COURTHOUSE
    500 PEARL STREET
    ARRAIGNMENT UNIT ROOM 520
    NEW YORK NY 10007
(323) 904-4680            REF:
INV:                      DEPT:
PO:
```



MON - 27 FEB 10:30A
PRIORITY OVERNIGHT

TRK# 7714 0562 6012
0201

10007
NY-US  EWR


XE PCTA


TRK# 7714 0562 6012
0201
XE PCTA

4915031  27Feb2023 CCDA



FedEx Ship Manager - Print Your Label(s)

2/24/23, 4:49 PM