UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Judgment Creditor,

v.

Jennifer Shah,

    Judgment Debtor,

and

NBCUniversal Media, LLC

    Garnishee.

No. 19 CR 833-11 (SHS)

PUBLIC FILING

## ANSWER OF THE GARNISHEE

I, Erik Bierbauer, the S.V.P., Litigation of Garnishee NBCUniversal Media, LLC
    (name)           (title)

state under penalty of perjury as follows:

GARNISHEE IS (choose one):

    [ ] an individual doing business in the name of _____.
    [ ] a partnership, __ LP, __ LLP or __ LLC
    [X] a corporation, organized under the laws of the State of Delaware.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under 28 U.S.C. § 3004 and Rules 4-4.1 of the Federal Rules of Civil Procedure. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court, except for objections based on a defect in the service of the process, I agree to accept service for the Garnishee by:

    [ ] facsimile at (___) ___-_____ and/or
    [X] e-mail at erik.bierbauer@nbcuni.com and/or
    [ ] first class mail at _____.

Answer of Garnishee – Page 1

On __February 21__, 2023, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control the following property of the judgment debtor:

1. Garnishee has contracted with or employed the Judgment Debtor from _____ to _____.

2. Judgment debtor's pay period is:

   [ ] weekly, [ ] bi-weekly, [ ] semi-monthly, [ ] monthly, other:_____.

   The current pay period began _____ and ends _____.

3. Enter amounts for the current pay period to calculate garnishment:

   (a) Gross Earnings[1]         $_____

   (b) Less deductions required by law:

       Federal Income Tax         $_____

       F.I.C.A.                   $_____

       State Income Tax           $_____

       City/Local Income Tax      $_____

       Total of tax withholdings  $_____

   (c) Disposable Earnings       $_____ (a) less total of (b)

       75% of Disposable Earnings $_____ (exempt pay to judgment debtor)

   (d) **Non-exempt disposable earnings required to be withheld is the lesser of:**

       25% of disposable earnings $_____ or

       Disposable earnings less $217.50 = $_____.[2] (c) less (30 x $7.25)

   **DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.**

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5)-(6) and (9).

[2] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

Answer of Garnishee – Page 2

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.**

4. Prior garnishments or other court-ordered withholdings presently in effect including, but not limited to child support and alimony, are described as (include case number, state, county):_____

_____

5. Garnishee has in its possession or under its control the following property other than earnings in which the judgment debtor has an interest: ___ None or description of property, approximate value, and judgment debtor's interest: _____

6. Other than earnings, Garnishee anticipates owing to the judgment debtor the following amounts in the future: ___ None or description of property, approximate value, and estimated due date:_____

_____

7. Financial Accounts

**Account 1**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

**Account 2**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

**Account 3**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

**Account 4**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

[_] Garnishee makes the following claim/election of exemption on behalf of the judgment debtor: _____

[_] Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the judgment debtor to the United States' claim:_____

_____

[X] On the date the Garnishee was served with the Writ of Continuing Garnishment, Garnishee was not indebted to the judgment debtor and/or did not have any earnings, income or other property in which the judgment debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, Jennifer Shah, at 1353 E. Princeton Ave. Salt Lake City, UT 94015;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February, 2023.

_____   Erik Bierbauer
(Signature)                       (Print Name)

Title Senior Vice President, Litigation
Address 30 Rockefeller Plaza, 620-557
City, State, Zip New York, NY 10112
Telephone and Fax Numbers 212-664-4167
Email erik.bierbauer@nbcuni.com

STATE OF New York
COUNTY OF New York

Subscribed and sworn to before me this 28 day of February 2023.

_____        My Commission expires: 2/4/2025
Notary Public Signature               (Seal)
                                      JORGE MENDEZ, JR.
                                      Notary Public, State of New York
                                      No. 01ME6275880
                                      Qualified in Kings County
                                      Commission Expires February 4, 2025