UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JENNIFER SHAH,<br><br>                          Defendant. | Case No. S4 1:19-cr-0833 (SHS)<br><br>**CERTIFICATE OF SERVICE** |

     Priya Chaudhry of ChaudhryLaw PLLC ("Firm") hereby certifies that the Verified Motion to Withdraw as Counsel for Defendant and Memorandum of Law in Support of its motion for an order permitting the Firm to withdraw as counsel for Defendant Jennifer Shah ("Defendant"), currently incarcerated at FPC Bryan, and Notice of Motion, all dated March 24, 2023, Docket No. 691, were served on Defendant on March 25, 2023, through U.S. Mail.

Dated: New York, New York
       March 28, 2023

                                       ChaudhryLaw PLLC

                                       By:    */s/ Priya Chaudhry*
                                                    Priya Chaudhry, Esq.

                                                    147 W. 25th Street, 12th Floor
                                                    New York, New York 10001
                                                    Tel: (212) 785-5550
                                                    Email: priya@chaudhrylaw.com

                                                    *Attorney for Defendant Jennifer Shah*