UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Judgment Creditor,<br><br>v.<br><br>JENNIFER SHAH,<br><br>        Judgment Debtor,<br><br>and<br><br>SHED MEDIA, INC., WARNER BROS. ENTERTAINMENT, INC., NBC UNIVERSAL MEDIA, LLC, and BARON APP, INC. (d/b/a CAMEO),<br><br>        Garnishees. | 19 CR 833-11 (SHS)<br><br>**FINAL ORDER<br>OF GARNISHMENT** |

    WHEREAS, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3613, and the Federal Debt Collection Procedure Act, 28 U.S.C. § 3205, the United States sought, obtained, and served writs of garnishment on the garnishees for substantial nonexempt property belonging to or due the judgment debtor, JENNIFER SHAH, to collect the restitution owed to the victims of her crime;

    WHEREAS, garnishee SHED MEDIA, INC. answered that it has periodic earnings belonging to or due Shah in its possession, custody, or control (Dkt. 684);

    WHEREAS, garnishee BARON APP, INC. d/b/a CAMEO answered that it has a talent wallet into which consumers can pay money to celebrities for fulfillment of orders through its online marketplace, but the current balance in Shah's talent wallet is zero (Dkt. 681);

WHEREAS, garnishee NBC UNIVERSAL MEDIA, LLC answered that it does not have any earnings, income, or other property belonging to or due to Shah in its possession, custody, or control (Dkt. 688);

WHEREAS, garnishee WARNER BROS. ENTERTAINMENT, INC. answered that it does not have any earnings, income, or other property belonging to or due to Shah in its possession, custody, or control (Dkt. 689);

WHEREAS, the United States served Shah with the garnishment process (Dkt. 686), and she has neither requested a hearing nor objected to any garnishee's answer;

WHEREAS, pursuant to the Crime Victim Rights Act, 18 U.S.C. § 3771(a)(6), the victims of Shah's crime have the right to full and timely restitution as provided in law, and the law provides that the United States may use all available and reasonable means to collect restitution, 18 U.S.C. § 3664(m)(1)(A), and that Shah is required to apply substantial resources received from any source to her outstanding restitution during her term of incarceration, 18 U.S.C. § 3664(n);

WHEREAS, as of March 24, 2023, restitution in the amount of $6,695,466, owed jointly and severally with codefendants, remains unpaid;

IT IS HEREBY ORDERED that the garnishee, SHED MEDIA, INC., shall pay to the Clerk of Court the nonexempt property it has in its possession, custody, or control belonging or due and owing to JENNIFER SHAH, namely 25% of her disposable earnings from the sentencing date (January 10, 2023) through her surrender date (February 17, 2023). SHED MEDIA, INC. shall release to Shah 75% of earnings withheld between January 10 through February 17, 2023. During Shah's term of imprisonment (February 18, 2023 until the scheduled release date of August 30, 2028), SHED MEDIA, INC. shall pay 100% of each periodic payment due or owing to Shah to the Clerk of Court. Upon release from custody, when earnings or income may be required necessary and reasonable living expenses, SHED MEDIA, INC. shall pay 15% of gross monthly

income or 25% of disposable earnings, whichever is greater, as Shah's nonexempt property under 18 U.S.C. § 3613(a).

Payments should be made to "Clerk of Court" with "No. 19 CR 833-11" written on the face of each payment and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York
April 4, 2023

_____
Sidney H. Stein
UNITED STATES DISTRICT JUDGE