UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JENNIFER SHAH,

Defendant.

19-cr-833 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On March 24, 2023, ChaudhryLaw PLLC filed a motion to withdraw as counsel for defendant pursuant to Local Criminal Rule 1.2. (ECF No. 691.) That motion was served on the defendant via mail on March 25, 2023. (ECF No. 692.) ChaudhryLaw seeks to withdraw as counsel for defendant because the defendant has allegedly failed to pay the fees and expenses owed to the firm. *Id.* at 2. The motion includes no statement as to the amount of fees and expenses owed. Because there is no basis for keeping that sum confidential, ChaudhryLaw is directed to file the specific amount owed by defendant to ChaudhryLaw PLLC for fees and expenses by the close of business on April 6, 2023.

Dated: New York, New York
April 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.