

147 West 25th Street, 12th Floor
New York, New York 10001
CHAUDHRYLAW.COM

April 6, 2023

**BY ECF**

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re: *United States v. Jennifer Shah*, et al., S4:19 Cr. 833 (SHS)**

Dear Judge Stein:

      We represented Jennifer Shah. On March 24, 2023, my firm filed a motion to withdraw as counsel based on Ms. Shah's unpaid fees and expenses. (ECF No. 691). Yesterday, Your Honor ordered my firm to provide the unpaid amounts owed by Ms. Shah by today, April 6, 2023. (ECF No. 698). Accordingly, we submit this letter.

      Ms. Shah owes $50,000.00 in unpaid fees and $74,422.95 in unpaid expenses. Thus, the total Ms. Shah owes my firm is $124,422.95.

                                          Respectfully Submitted,

                                                  Priya Chaudhry

Priya Chaudhry           PRIYA@CHAUDHRYLAW.COM           212.785.5551