UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

JENNIFER SHAH,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF PUBLICATION**

19 Cr. 833 (SHS)

        I, Robert B. Sobelman, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury that:

        I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York; and

        Attached to this declaration are (1) a true and correct copy of a notice of the forfeiture action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 24, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

        Both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:     New York, New York
             May 11, 2023

                                                              */s/ Robert B. Sobelman*
                                                             ROBERT B. SOBELMAN

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 19 CR. 833 (SHS); NOTICE OF FORFEITURE

Notice is hereby given that on December 15, 2022, in the case of <u>U.S. v. JENNIFER SHAH</u>, Court Case Number 19 CR. 833 (SHS), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

One Yves Saint Laurent Niki medium gold leather shoulder bag, with gold chain strap and hardware, style no. 498894, made in Italy (21-ICE-002738)

One Versace Palazzo Empire green leather tote bag, with signature Medusa motif on flap and removable leather strap, serial no. 212923433784, made in Italy (21-ICE-002740)

One Gucci Arli python handle bag, with gold hardware and silver studs, style no. 550130, Cruise 2019 collection, made in Italy (21-ICE-002741)

One Louis Vuitton Patent Monogram Infrarouge Twist red patent leather shoulder bag, with silver chain shoulder strap, serial no. SR5116 (21-ICE-002742)

One Louis Vuitton Kimono cherry calfskin and monogram canvas tote, with gold hardware, style no. DU4175, made in France (21-ICE-002743)

One Louis Vuitton Monogram Victoire canvas and leather handbag, with gold chain strap and hardware, style no. CA3176, made in Spain (21-ICE-002744)

One Versace Palazzo Empire black leather tote bag, with signature Medusa motif on flap, removable leather strap, gold hardware, serial no. 382 587 175 335, made in Italy (21-ICE-002745)

One Luis Vuitton Checkered calfskin Twist MM, with double gold chain shoulder straps, gold hardware, style no. FO 3177, 2017, made in Italy (21-ICE-002746)

One Louis Vuitton Monogram Reverse Column canvas and leather clutch, with gold and silver hardware, 2017, made in France (21-ICE-002747)

One Louis Vuitton On My Side MM canvas and leather tote, with detachable leather shoulder strap and gold hardware, style no. M53824 (21-ICE-002748)

One Louis Vuitton Malletage GO 14 PM quilted red leather bag, with detachable silver chain strap, silver hardware, made in Italy (21-ICE-002749)

One Louis Vuitton Limited Edition Grommet Twist MM black leather bag, with silver chain strap, silver and gold hardware, style no. FL2146, made in Italy

(21-ICE-002750)

One Louis Vuitton Studded Louise black calfskin clutch, with silver and gold hardware, made in Italy (21-ICE-002751)

One Christian Louboutin Cabata East-West Leather Leopard-Print tote, with gold hardware, made in Italy (21-ICE-002752)

One Valentino Candy stud nappa striped medium top handle bag, with gold studs and hardware, serial no. BL-PB55LPRO (21-ICE-002753)

One Louis Vuitton reversible monogram cashmere poncho vest with rabbit fur collar and lambskin trim, label lacking (21-ICE-002754)

One Moncler Fulmar Giubbotto gray down jacket with blue frost fox fur trim, serial no. 32986372KPOJB, made in Armenia (21-ICE-002755)

One Prada black dyed sheep fur and brown leather jacket, serial no. APE1 2014 1041 58782 1H44, size 40, made in Italy (21-ICE-002756)

One Lanvin fox, mink, and leather belted stole, style no. RW SI02F, size 36, made in France (21-ICE-002757)

One Meredith Marks Patricia ring, 14K yellow gold, set with one (1) pear shaped golden moonstone weighing approximately 16.00 carats, thirty-four (34) round brilliant diamonds weighing approximately 0.50 carats total weight, .twenty-nine (29) round brilliant yellow  diamonds weighing approximately 0.40 carats total weight, size 6.5, stamped "Meredith Marks", "14K", "713" and "D076" (21-ICE-002758)

One Meredith Marks Reid ring, 14K yellow gold, set with one (1) cushion cut olive quartz weighing approximately 24.00 carats, and forty-eight (48) round brilliant diamonds weighing approximately 0.65 carats total weight, size 7, stamped "Meredith Marks, "14K", "2498" and "D082"(21-ICE-002759)

One David Yurman bracelet, 18K yellow gold and sterling silver, set with diamond pave weighing approximately 0.87 carats, stamped "D.Y.", "925" and "750" (21-ICE-002760)

One David Yurman bracelet, 18K yellow gold and sterling silver, stamped "D.Y.", "925" and "750"(21-ICE-002761)

One David Yurman Belmont curb link bracelet, 18K yellow gold and sterling silver, stamped "D.Y.", "925","750" and maker hallmark (21-ICE-002762)

One David Yurman Waverly cuff, 18K yellow gold and sterling silver, set with diamond pave weighing approximately 0.44 carats, stamped "D.Y.", "925", "750", "Stainless Steel" and maker hallmark (21-ICE-002763)

One David Yurman Albion bracelet, 18K yellow gold and sterling silver, set with an

11mm faceted champagne citrine and diamond pave weighing approximately 0.26 carats, stamped "D.Y.", "D Yurman", "925", and "750" (21-ICE-002764)

One David Yurman Waverly cuff, sterling silver, set with diamond pave weighing approximately 1.45 carats, stamped "D.Y.", "925", "Stainless Steel" and maker hallmark (21-ICE-002765)

One Gucci Spiked necklace, gold tone, featuring faux pearls, set with crystal pave, stamped "Gucci", "made in Italy" (21-ICE-002766)

One Louis Vuitton Parure Petal necklace and bracelet set, gold tone, bracelet style no. MP1845, bracelet serial no. LE 0127, necklace style no. MP1849, necklace serial no. LE 0127, stamped "Louis Vuitton" and "Italy" (21-ICE-002767)

One Louis Vuitton Idylle Blossom Twist bracelet, set with one (1) diamond weighing approximately 0.10 carats, stamped "Louis Vuitton", "455574", "16", "Au750" and unidentified hallmark (21-ICE-002773)

One Louis Vuitton ID curb chain link bracelet and necklace set, gold and silver tone, bracelet style no. M61092, bracelet serial no. LE 1115, necklace style no. M61090, necklace serial no. LE 0146. Stamped "Louis Vuitton" and "Made in Italy (21-ICE-002774)

One counterfeit "Louis Vuitton" monogram canvas and leather tote (21-ICE-002775)

One counterfeit "Louis Vuitton Felice Pouch" monogram canvas small handbag, with removable gold strap and hardware (21-ICE-002776)

One counterfeit "Chanel" red quilted shoulder bag, with silver chain strap and hardware, labeled made in China (21-ICE-002777)

One counterfeit "Chanel" red quilted wallet, with gold hardware, labeled made in China (21-ICE-002778)

One counterfeit "Chanel" faux pearl embellished black canvas shoulder bag, with gold chain strap and hardware (21-ICE-002779)

One counterfeit "Chanel" gold quilted shoulder bag, with silver chain strap and hardware, labeled made in China (21-ICE-002780)

One counterfeit "Fendi" white quilted handbag, with removable strap and gold hardware (21-ICE-002781)

One counterfeit "Bottega Veneta: olive green clutch, with extensively damaged card case in interior (21-ICE-002782)

One counterfeit "Balenciaga" silver leather handbag, with removable shoulder strap and gold hardware (21-ICE-002783)

One counterfeit "Chanel" faux snakeskin shoulder bag, with gold chain, strap and hardware (21-ICE-002784)

One counterfeit "Chanel" lambskin and leather handbag, with gold hardware (21-ICE-002785)

One counterfeit "Chanel" pair of black quilted side-pack bags, with gold chain, pearl straps and gold hardware (21-ICE-002786)

One counterfeit "Chanel" black leather tote with chain bag, silver chain straps and hardware, style no. AS1383, Cruise 2020 collection (21-ICE-002787)

One counterfeit "Hermes" black leather top handle bag, with gold hardware (21-ICE-002788)

One counterfeit Chanel black quilted shoulder bag, with silver chain strap and hardware, labeled made in China (21-ICE-002789)

One counterfeit "Chanel" black quilted shoulder bag, with gold chain strap and hardware (21-ICE-002790)

One counterfeit "Chanel" black quilted shoulder bag, with silver chain strap and hardware, labeled made in China (21-ICE-002791)

One counterfeit "Louis Vuitton x Christian Louboutin" calf hair shopping bag, with gold hardware (21-ICE-002792)

One counterfeit "Louis Vuitton" monogram canvas wallet (21-ICE-002793)

One counterfeit "Louis Vuitton" monogram canvas and leather wallet, with gold hardware (21-ICE-002794)

One counterfeit "Louis Vuitton" monogram canvas and leather fanny pack, gold hardware (21-ICE-002795)

One counterfeit "Chanel" brown quilted shoulder bag, with gold chain strap and hardware, made in China (21-ICE-002796)

One counterfeit "Chanel" tan quilted handbag, with silver chain strap and hardware (21-ICE-002797)

One counterfeit "Gucci" pink quilted belt bag, with gold hardware (21-ICE-002798)

One counterfeit "Chanel" PVC handbag with sand inside, with gold and pearl chain strap, and gold hardware (21-ICE-002799)

One counterfeit "Louis Vuitton" Monogram Reverse Petite Boite canvas and leather bag (21-ICE-002800)

One counterfeit "Louis Vuitton" monogram canvas and leather set of three (3) pouches, with canvas strap, gold hardware (21-ICE-002801)

One counterfeit "Chanel" dark tan shoulder bag, with removable shoulder strap, gold hardware, made in China (21-ICE-002802)

One counterfeit "Valentino" Rockstud Spike white leather shoulder bag (21-ICE-002803)

One counterfeit "Jimmy Choo" red leather top handle bag, with gold hardware, labeled made in China (21-ICE-002804)

One counterfeit "Louis Vuitton" monogram canvas and leather tote, with removable strap and zipper pouch, gold hardware (21-ICE-002805)

One counterfeit "Chanel" large yellow quilted shoulder bag, with silver chain strap and hardware, marked "Pharrel" on strap and with trademark double C (21-ICE-002806)

One counterfeit "Louis Vuitton" Taurillon black calfskin steamer handle bag, marked with an illegitimate serial number (21-ICE-002807)

One counterfeit "Louis Vuitton" monogram canvas and leather bag with gold hardware (21-ICE-002808)

One counterfeit "Louis Vuitton" PVC monogram backpack (21-ICE-002809)

One counterfeit "Bulgari" round signet ring, two-tone silver and black, set with pave crystals, size 6, with Bvlgari logo (21-ICE-002810)

One counterfeit "Bulgari" round signet ring, silver tone, set with pave crystals, size 5, stamped "925" and "Bvlgari" (21-ICE-002811)

One counterfeit "Chanel" crystal logo necklace, gold tone, stamped with illegible Chanel oval mark (21-ICE-002812)

Two (2) counterfeit "Cartier" hinged bangles, 18K white gold plated, each stamped "Cartier", "750 17", "IP 6688", "*001" and "a" (21-ICE-002813)

One counterfeit "Cartier" crystal pave hinged cuff, silver tone, stamped "Cartier" (21-ICE-002814)

One counterfeit "Tiffany & Co. gold tone hinged cuff, stamped "Tiffany & Co." (21-ICE-002816)

Two (2) counterfeit "Louis Vuitton" hinged cuffs, gold and silver tone, one (1) is set with faux mother of pearl and crystals, and the other with crystal pave, each stamped "Louis Vuitton", the second one is additionally stamped "S. Steel" and "054 494"(21-ICE-002817)

Two (2) counterfeit "Chanel" hinged bangle bracelets, gold tone, one (1) set with faux mother of pearl and crystal pave, each stamped "Chanel", one (1) additionally stamped "S. Steel" and "049 567"(21-ICE-002819)

One counterfeit "Chanel" gold tone cuff bracelet, stamped "Chanel" (21-ICE-002821)

One counterfeit "Chanel" black resin and crystal cuff, silver tone, stamped "Chanel", "18" and hallmark (21-ICE-002823)

One counterfeit "Chanel" black resin cuff, gold tone, stamped "Chanel", "19", "A", "Made in France" and hallmark (21-ICE-002824)

One counterfeit "Chanel" black leather charm bracelet, silver tone, stamped "Chanel" and "Made in Italy" on hang tag (21-ICE-002825)

One counterfeit "Louis Vuitton" hinged bangle, gold tone, set with crystal pave, stamped "Louis Vuitton" (21-ICE-002826)

One counterfeit "Louis Vuitton" hinged bangle, gold tone, stamped "Louis Vuitton" (21-ICE-002827)

One counterfeit "Chanel" hinged bangle, gold tone, set with crystal pave, stamped "Chanel" (21-ICE-002828)

One counterfeit "Dior" gold tone hinged bangle (21-ICE-002829)

One counterfeit "Louis Vuitton" hinged monogram bangle, gold tone, stamped "S. Steel", "056 616" and "Louis Vuitton" (21-ICE-002830)

One pair of counterfeit "Gucci" lion head double G drop clip back earrings, gold tone, stamped "Gucci", "made in Italy" and unidentified hallmark (21-ICE-002831)

One pair of counterfeit "Bulgari" circle drop earrings, gold tone, set with crystal pave, stamped "Bvlgari" (21-ICE-002832)

One pair of counterfeit "Chanel" faux pearl gold tone earrings, stamped with illegible Chanel oval mark (21-ICE-002833)

One pair of counterfeit "Gucci" double G drop earrings, gold tone, stamped "Gucci" and "S Steel" (21-ICE-002834)

One pair counterfeit "Chanel" faux pearl drop earrings, silver tone, stamped with illegible Chanel oval mark (21-ICE-002835)

Two (2) pairs of counterfeit "Chanel" drop hoop earrings, gold and silver tone, set with imitation pearls and black plastic, Chanel logo in center of each drop (21-ICE-002836)

One counterfeit "Louis Vuitton" choker necklace, gold tone, stamped "Louis Vuitton Paris", "France", "M00197" and "GP0166" (21-ICE-002837)

One counterfeit "Chanel" faux pearl and crystal rondelle toggle necklace with round pendant, gold tone, stamped "Chanel" (21-ICE-002838)

Three (3) counterfeit "Cartier" hinged bangles, 18K gold plated, two (2) set with imitation diamonds, two (2) stamped "Cartier", "750 17", "IP 6688", "*001" and "a", the other is stamped "S. Steel", "055 505" and "Cartier" (21-ICE-002839)

One counterfeit "Hermes" hinged bangle, gold and black tone, stamped "Hermes" and logo, weight: 22.00 grams (21-ICE-002840)

One counterfeit "Hermes" hinged bangle, gold and black tone, stamped "Hermes" and logo, weight: 21.00 grams (21-ICE-002841)

One counterfeit "Hermes" hinged bangle, gold and black tone, stamped "Hermes" and logo with "H" clasp, weight: 22.00 grams (21-ICE-002842)

One counterfeit "Chanel" hinged bangle, gold tone, set with crystals, stamped "Chanel", weight: 12.50 grams (21-ICE-002843)

One counterfeit "Chanel" hinged bangle, gold tone, set with crystals, stamped "Chanel", weight: 14.30 grams (21-ICE-002844)

One counterfeit "Chanel" hinged bangle, gold tone, stamped "Chanel", weight: 14.20 grams (21-ICE-002845)

One counterfeit "Chanel" hinged bangle, black and gold tone, stamped "Chanel, weight: 14.10 grams (21-ICE-002846)

One counterfeit "Cartier" gold tone hinged bangle, nail design, stamped "Cartier" (21-ICE-002847)

Five (5) counterfeit "Louis Vuitton" gold tone hinged bangles, two (2) are set with crystal pave, each stamped "Louis Vuitton",  one (1) with canvas monogram stamped "S. Steel", "033 294"(21-ICE-002848)

Two (2) counterfeit "Cartier" 18K gold plated hinged bangles, one (1) is set with imitation diamonds, each stamped "Cartier", "750 17", "IP 6688", "*001" and "a" (21-ICE-002849)

One counterfeit "Chanel" black resin cuff, gold tone, set with faux pearls, stamped "Chanel", "20", "A", "Made in France" and hallmark (21-ICE-002850)

One counterfeit "Chanel" gold tone woven bracelet, with two (2) imitation Tahitian pearls and button, stamped "Chanel" (21-ICE-002851)

      One counterfeit "Chanel" perfume bottle necklace, gold tone, set with crystals, stamped "Chanel" (21-ICE-002852)

      One pair of counterfeit "Chanel" double C drop earrings, silver tone, set with imitation pearls, stamped with illegible Chanel oval mark (21-ICE-002853)

      One pair of counterfeit "Dior" bee and j'adior earrings, silver tone, set with crystals, stamped "Dior" (21-ICE-002854)

      One single counterfeit "Chanel" faux pearl and black plastic earring, gold tone, stamped with illegible Chanel oval mark (21-ICE-002855)

      The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 24, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Robert Sobelman, One St. Andrew's Plaza, New York, NY  10007.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

      The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Robert Sobelman, One St. Andrew's Plaza, New York, NY  10007.  This website provides answers to frequently asked questions (FAQs) about filing a petition for

remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 24, 2023 and March 25, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JENNIFER SHAH

**Court Case No:** 19 CR. 833 (SHS)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/24/2023 | 23.9 | Verified |
| 2 | 02/25/2023 | 24.0 | Verified |
| 3 | 02/26/2023 | 23.9 | Verified |
| 4 | 02/27/2023 | 23.9 | Verified |
| 5 | 02/28/2023 | 23.9 | Verified |
| 6 | 03/01/2023 | 24.0 | Verified |
| 7 | 03/02/2023 | 23.9 | Verified |
| 8 | 03/03/2023 | 24.0 | Verified |
| 9 | 03/04/2023 | 23.9 | Verified |
| 10 | 03/05/2023 | 23.9 | Verified |
| 11 | 03/06/2023 | 23.9 | Verified |
| 12 | 03/07/2023 | 23.9 | Verified |
| 13 | 03/08/2023 | 23.9 | Verified |
| 14 | 03/09/2023 | 23.9 | Verified |
| 15 | 03/10/2023 | 23.9 | Verified |
| 16 | 03/11/2023 | 24.0 | Verified |
| 17 | 03/12/2023 | 23.9 | Verified |
| 18 | 03/13/2023 | 23.9 | Verified |
| 19 | 03/14/2023 | 23.9 | Verified |
| 20 | 03/15/2023 | 23.9 | Verified |
| 21 | 03/16/2023 | 24.0 | Verified |
| 22 | 03/17/2023 | 24.0 | Verified |
| 23 | 03/18/2023 | 23.9 | Verified |
| 24 | 03/19/2023 | 23.9 | Verified |
| 25 | 03/20/2023 | 23.9 | Verified |
| 26 | 03/21/2023 | 23.9 | Verified |
| 27 | 03/22/2023 | 23.9 | Verified |
| 28 | 03/23/2023 | 23.9 | Verified |
| 29 | 03/24/2023 | 23.9 | Verified |
| 30 | 03/25/2023 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.