UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :   **FINAL ORDER OF FORFEITURE**
                                       :
            -v.-                       :   19 Cr. 833 (SHS)
                                       :
JENNIFER SHAH,                         :
                                       :
            Defendant.                 :
                                       :
------------------------------------- X

WHEREAS, on or about December 15, 2022, this Court entered a Second Consent Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (D.E. 643), which ordered the forfeiture to the United States of all right, title and interest of JENNIFER SHAH (the "Defendant") in the following property:

i.   One Yves Saint Laurent Niki medium gold leather shoulder bag, with gold chain strap and hardware, style no. 498894, made in Italy;

ii.  One Versace Palazzo Empire green leather tote bag, with signature Medusa motif on flap and removable leather strap, serial no. 212923433784, made in Italy;

iii. One Gucci Arli python handle bag, with gold hardware and silver studs, style no. 550130, Cruise 2019 collection, made in Italy;

iv.  One Louis Vuitton Patent Monogram Infrarouge Twist red patent leather shoulder bag, with Silver chain shoulder strap, serial no. SR5116;

v.   One Louis Vuitton Kimono cherry calfskin and monogram canvas tote, with gold hardware, style no. DU4175, made in France;

vi.  One Louis Vuitton Monogram Victoire canvas and leather handbag, with gold chain strap and hardware, style no. CA3176, made in Spain;

vii. One Versace Palazzo Empire black leather tote bag, with signature Medusa motif on flap, removable leather strap, gold hardware, serial no. 382 587 175 335, made in Italy;

viii. One Luis Vuitton Checkered calfskin Twist MM, with double gold chain shoulder straps, gold hardware, style no. FO 3177, 2017, made in Italy;

ix. One Louis Vuitton Monogram Reverse Column canvas and leather clutch, with gold and silver hardware, 2017, made in France;

x. One Louis Vuitton On My Side MM canvas and leather tote, with detachable leather shoulder strap and gold hardware, style no. M53824;

xi. One Louis Vuitton Malletage GO 14 PM quilted red leather bag, with detachable silver chain strap, silver hardware, made in Italy;

xii. One Louis Vuitton Limited Edition Grommet Twist MM black leather bag, with silver chain strap, silver and gold hardware, style no. FL2146, made in Italy;

xiii. One Louis Vuitton Studded Louise black calfskin clutch, with silver and gold hardware, made in Italy;

xiv. One Christian Louboutin Cabata East-West Leather Leopard-Print tote, with gold hardware, made in Italy;

xv. One Valentino Candy stud nappa striped medium top handle bag, with gold studs and hardware, serial no. BL-PB55LPRO;

xvi. One Louis Vuitton reversible monogram cashmere poncho vest with rabbit fur collar and lambskin trim, label lacking;

xvii. One Moncler Fulmar Giubbotto gray down jacket with blue frost fox fur trim, serial no. 32986372KPOJB, made in Italy;

xviii. One Prada black dyed sheep fur and brown leather jacket, serial np. APE1 2014 1041 58782 1H44, size 40, made in Italy;

xix. One Lanvin fox, mink, and leather belted stole, style no. RW SI02F, size 36, made in France;

xx. One Meredith Marks Patricia ring, 14K yellow gold, set with one (1) pear shaped golden moonstone weighing approximately 16.00 carats, thirty-four (34) round brilliant diamonds weighing approximately 0.50 carats total weight, twenty-nine (29) round brilliant yellow diamonds weighing approximately 0.40 carats total weight, size 6.5, stamped "Meredith Marks", "14K", "713" and "D076";

xxi. One Meredith Marks Marks ring, 14K yellow gold, set with one (1) cushion cut olive quartz weighing approximately 24.00 carats, and forty-eight (48) round brilliant diamonds weighing approximately 0.65 carats total weight, size 7, stamped "Meredith Marks, "14k", "2498" and "D082";

xxii.   One David Yurman bracelet, 18K yellow gold and sterling silver, set with diamond pave weighing approximately 0.87 carats, stamped "© D.Y.", "925" and "750";

xxiii.  One David Yurman bracelet, 18K yellow gold and sterling silver, stamped "© D.Y.", "925" and "750";

xxiv.   One David Yurman Belmont curb link bracelet, 18K yellow gold and sterling silver, stamped "D.Y.", "925","750" and maker hallmark;

xxv.    One David Yurman Waverly cuff, sterling silver, set with diamond pave weighing approximately 0.44 carats, stamped "© D.Y.", "925", "750", "Stainless Steel" and maker hallmark;

xxvi.   One David Yurman Albion bracelet, 18K yellow gold and sterling silver, set with an 11mm faceted champagne citrine and diamond pave weighing approximately 0.26 carats, stamped "©D.Y.", "D Yurman", "925", and "750";

xxvii. One David Yurman Waverly cuff, sterling silver, set with diamond pave weighing approximately 1.45 carats, stamped "© D.Y.", "925", "Stainless Steel" and maker hallmark;

xxviii. One Gucci Spiked necklace, gold tone, featuring faux pearls, set with crystal pave, stamped "® Gucci", "made in Italy";

xxix.   One Louis Vuitton Parure Petal necklace and bracelet set, gold tone, bracelet style no. MP1845, bracelet serial no. LE 0127, necklace style no. MP1849, necklace serial no. LE 0127, stamped "® Louis Vuitton" and "Italy";

xxx.    One Louis Vuitton Idylle Blossom Twist bracelet, set with one (1) diamond weighing approximately 0.10 carats, stamped "Louis Vuitton", "455574", "16", "Au750" and unidentified hallmark;

xxxi.   One Louis Vuitton ID curb chain link bracelet and necklace set, gold and silver tone, bracelet style no. M61092, bracelet serial no. LE 1115, necklace style no. M61090, necklace serial no. LE 0146. Stamped "© Louis Vuitton" and "Made in Italy";

xxxii.  One counterfeit "Louis Vuitton" monogram canvas and leather tote;

xxxiii. One counterfeit "Louis Vuitton Felice Pouch" monogram canvas small handbag, with removable gold strap and hardware;

xxxiv.  One counterfeit "Chanel" red quilted shoulder bag, with silver chain strap and hardware, labeled made in China;

xxxv. One counterfeit "Chanel" red quilted wallet, with gold hardware, labeled made in China

xxxvi. One counterfeit "Chanel" faux pearl embellished black canvas shoulder bag, with gold chain strap and hardware;

xxxvii. One counterfeit "Chanel" gold quilted shoulder bag, with silver chain strap and hardware, labeled made in China;

xxxviii. One counterfeit "Fendi" white quilted handbag, with removable strap and gold hardware;

xxxix. One counterfeit "Bottega Veneta: olive green clutch, with extensively damaged card case in interior;

xl. One counterfeit "Balenciaga" silver leather handbag, with removable shoulder strap and gold hardware;

xli. One counterfeit "Chanel" faux snakeskin shoulder bag, with gold chain, strap and hardware;

xlii. One counterfeit "Chanel" lambskin and leather handbag, with gold hardware;

xliii. One counterfeit "Chanel" pair of black quilted side-pack bags, with gold chain, pearl straps and gold hardware;

xliv. One counterfeit "Chanel" black leather tote with chain bag, silver chain straps and hardware, style no. AS1383, Cruise 2020 collection;

xlv. One counterfeit "Hermes" black leather top handle bag, with gold hardware;

xlvi. One counterfeit Chanel black quilted shoulder bag, with silver chain strap and hardware, labeled made in China;

xlvii. One counterfeit "Chanel" black quilted shoulder bag, with gold chain strap and hardware;

xlviii. One counterfeit "Chanel" black quilted shoulder bag, with silver chain strap and hardware, labeled made in China;

xlix. One counterfeit "Louis Vuitton x Christian Louboutin" calf hair shopping bag, with gold hardware;

l. One counterfeit "Louis Vuitton" monogram canvas wallet;

li. One counterfeit "Louis Vuitton" monogram canvas and leather wallet, with gold hardware;

lii. One counterfeit "Louis Vuitton" monogram canvas and leather fanny pack, gold hardware;

liii. One counterfeit "Chanel" brown quilted shoulder bag, with gold chain strap and hardware, made in China;

liv. One counterfeit "Chanel" tan quilted handbag, with silver chain strap and hardware;

lv. One counterfeit "Gucci" pink quilted belt bag, with gold hardware;

lvi. One counterfeit "Chanel" PVC handbag with sand inside, with gold and pearl chain strap, and gold hardware;

lvii. One counterfeit "Louis Vuitton" Monogram Reverse Petite Boite canvas and leather bag;

lviii. One counterfeit "Louis Vuitton" monogram canvas and leather set of three (3) pouches, with canvas strap, gold hardware;

lix. One counterfeit "Chanel" dark tan shoulder bag, with removable shoulder strap, gold hardware, made in China;

lx. One counterfeit "Valentino" Rockstud Spike white leather shoulder bag;

lxi. One counterfeit "Jimmy Choo" red leather top handle bag, with gold hardware, labeled made in China;

lxii. One counterfeit "Louis Vuitton" monogram canvas and leather tote, with removable strap and zipper pouch, gold hardware;

lxiii. One counterfeit "Chanel" large yellow quilted shoulder bag, with silver chain strap and hardware, marked "Pharrel" on strap and with trademark double C;

lxiv. One counterfeit "Louis Vuitton" Taurillon black calfskin steamer handle bag, marked with an illegitimate serial number;

lxv. One counterfeit "Louis Vuitton" monogram canvas and leather bag with gold hardware;

lxvi. One counterfeit "Louis Vuitton" PVC monogram backpack;

lxvii. One counterfeit "Bulgari" round signet ring, two-tone silver and black, set with pavé crystals, size 6, with Bvlgari logo;

lxviii.     One counterfeit "Bulgari" round signet ring, silver tone, set with pavé crystals, size 5, stamped "925" and "Bvlgari";

lxix.     One counterfeit "Chanel" crystal logo necklace, gold tone, stamped with illegible Chanel oval mark;

lxx.     Two (2) counterfeit "Cartier" hinged bangles, 18K white gold plated, each stamped "Cartier ®", "750 17", "IP 6688", "*001" and "a";

lxxi.     One counterfeit "Cartier" crystal pavé hinged cuff, silver tone, stamped "Cartier";

lxxii.     One counterfeit "Tiffany & Co. gold tone hinged cuff, stamped "Tiffany & Co.";

lxxiii.     Two (2) counterfeit "Louis Vuitton" hinged cuffs, gold and silver tone, one (1) is set with faux mother of pearl and crystals, and the other with crystal pavé, each stamped "Louis Vuitton", the second one is additionally stamped "S. Steel" and "054 494";

lxxiv.     Two (2) counterfeit "Chanel" hinged bangle bracelets, gold tone, one (1) set with faux mother of pearl and crystal pavé, each stamped "Chanel", one (1) additionally stamped "S. Steel" and "049 567";

lxxv.     One counterfeit "Chanel" gold tone cuff bracelet, stamped "Chanel";

lxxvi.     One counterfeit "Chanel" black resin and crystal cuff, silver tone, stamped "Chanel", "18" and hallmark;

lxxvii.     One counterfeit "Chanel" black resin cuff, gold tone, stamped "© Chanel ®", "19", "A", "Made in France" and hallmark;

lxxviii.     One counterfeit "Chanel" black leather charm bracelet, silver tone, stamped "Chanel" and "Made in Italy" on hang tag;

lxxix.     One counterfeit "Louis Vuitton" hinged bangle, gold tone, set with crystal pavé, stamped "Louis Vuitton";

lxxx.     One counterfeit "Louis Vuitton" hinged bangle, gold tone, stamped "Louis Vuitton";

lxxxi.     One counterfeit "Chanel" hinged bangle, gold tone, set with crystal pavé, stamped "Chanel";

lxxxii.     One counterfeit "Dior" gold tone hinged bangle;

lxxxiii.  One counterfeit "Louis Vuitton" hinged monogram bangle, gold tone, stamped "S. Steel", "056 616" and "Louis Vuitton";

lxxxiv.  One pair of counterfeit "Gucci" lion head double G drop clip back earrings, gold tone, stamped "® Gucci", "made in Italy" and unidentified hallmark;

lxxxv.  One pair of counterfeit "Bulgari" circle drop earrings, gold tone, set with crystal pavé, stamped "Bvlgari";

lxxxvi.  One pair of counterfeit "Chanel" faux pearl gold tone earrings, stamped with illegible Chanel oval mark;

lxxxvii.  One pair of counterfeit "Gucci" double G drop earrings, gold tone, stamped "Gucci" and "S Steel";

lxxxviii.  One pair counterfeit "Chanel" faux pearl drop earrings, silver tone, stamped with illegible Chanel oval mark;

lxxxix.  Two (2) pairs of counterfeit "Chanel" drop hoop earrings, gold and silver tone, set with imitation pearls and black plastic, Chanel logo in center of each drop;

xc.  One counterfeit "Louis Vuitton" choker necklace, gold tone, stamped "Louis Vuitton Paris", "France", "M00197" and "GP0166";

xci.  One counterfeit "Chanel" faux pearl and crystal rondelle toggle necklace with round pendant, gold tone, stamped "Chanel";

xcii.  Three (3) counterfeit "Cartier" hinged bangles, 18K gold plated, two (2) set with imitation diamonds, two (2) stamped "Cartier ®", "750 17", "IP 6688", "*001" and "a", the other is stamped "S. Steel", "055 505" and "Cartier";

xciii.  One counterfeit "Hermès" hinged bangle, gold and black tone, stamped "Hermès" and logo, weight: 22.00 grams;

xciv.  One counterfeit "Hermès" hinged bangle, gold and black tone, stamped "Hermès" and logo, weight: 21.00 grams;

xcv.  One counterfeit "Hermès" hinged bangle, gold and black tone, stamped "Hermès" and logo with "H" clasp, weight: 22.00 grams;

xcvi.  One counterfeit "Chanel" hinged bangle, gold tone, set with crystals, stamped "Chanel", weight: 12.50 grams;

xcvii.  One counterfeit "Chanel" hinged bangle, gold tone, set with crystals, stamped "Chanel", weight: 14.30 grams;

xcviii. One counterfeit "Chanel" hinged bangle, gold tone, stamped "Chanel", weight: 14.20 grams;

xcix. One counterfeit "Chanel" hinged bangle, black and gold tone, stamped "Chanel, weight: 14.10 grams;

c. One counterfeit "Cartier" gold tone hinged bangle, nail design, stamped "Cartier";

ci. Five (5) counterfeit "Louis Vuitton" gold tone hinged bangles, two (2) are set with crystal pavé, each stamped "Louis Vuitton", one (1) with canvas monogram stamped "S. Steel", "033 294";

cii. Two (2) counterfeit "Cartier" 18K gold plated hinged bangles, one (1) is set with imitation diamonds, each stamped "Cartier ®", "750 17", "IP 6688", "*001" and "a";

ciii. One counterfeit "Chanel" black resin cuff, gold tone, set with faux pearls, stamped "© Chanel ®", "20", "A", "Made in France" and hallmark;

civ. One counterfeit "Chanel" gold tone woven bracelet, with two (2) imitation Tahitian pearls and button, stamped "Chanel";

cv. One counterfeit "Chanel" perfume bottle necklace, gold tone, set with crystals, stamped "Chanel";

cvi. One pair of counterfeit "Chanel" double C drop earrings, silver tone, set with imitation pearls, stamped with illegible Chanel oval mark;

cvii. One pair of counterfeit "Dior" bee and j'adior earrings, silver tone, set with crystals, stamped "Dior"; and

cviii. One single counterfeit "Chanel" faux pearl and black plastic earring, gold tone, stamped with illegible Chanel oval mark;

(the "Specific Property");

WHEREAS, the Second Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Second Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code,

Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 24, 2023, for thirty (30) consecutive days, through March 25, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 11, 2023 (D.E. 706);

WHEREAS, on or about December 22, 2022, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

> Sharrieff Shah
> 1353 East Princeton Avenue
> Salt Lake City, Utah 84105

(the "Noticed Party");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party is the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
May 11, 2023

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE