UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Judgment Creditor,<br><br>    v.<br><br>JENNIFER SHAH,<br><br>                Judgment Debtor,<br><br>    and<br><br>SHED MEDIA, INC. and CAST & CREW,<br><br>                Garnishees. | 19 CR 833-11 (SHS)<br><br>**AMENDED FINAL ORDER<br>OF GARNISHMENT** |

      WHEREAS, upon receipt of the Final Order of Garnishment (Dkt. 696), garnishee SHED MEDIA, INC. requested that counsel for the United States obtain an amended order adding its payroll processing agent, CAST & CREW, as an additional stakeholder garnishee to ensure compliance with the order;

      WHEREAS, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3613, and the Federal Debt Collection Procedure Act, 28 U.S.C. § 3205, the United States sought, obtained, and served a writ of garnishment on SHED MEDIA, INC. for substantial nonexempt property belonging to or due the judgment debtor, JENNIFER SHAH, to collect the restitution owed to the victims of her crime, and SHED MEDIA, INC. answered that it has periodic earnings belonging to or due Shah in its possession, custody, or control (Dkt. 684);

      WHEREAS, the United States served Shah with the garnishment process (Dkt. 686), and she did not request a hearing or object to the garnishee's answer;

      WHEREAS, pursuant to the Crime Victim Rights Act, 18 U.S.C. § 3771(a)(6), the victims of Shah's crime have the right to full and timely restitution as provided in law, and the law provides

**Amended Final Order of Garnishment - Page 1**

that the United States may use all available and reasonable means to collect restitution, 18 U.S.C. § 3664(m)(1)(A), and that Shah is required to apply substantial resources received from any source to her outstanding restitution during her term of incarceration, 18 U.S.C. § 3664(n);

WHEREAS, as of May 25, 2023, restitution in the amount of $6,746,378, owed jointly and severally with codefendants, remains unpaid;

IT IS HEREBY ORDERED that the writ of garnishment previously served on garnishee, SHED MEDIA, INC., extends to its payroll processing agent, CAST & CREW, and they shall pay to the Clerk of Court the nonexempt property it has in their possession, custody, or control belonging or due and owing to JENNIFER SHAH, namely 25% of her disposable earnings from the sentencing date (January 10, 2023) through her surrender date (February 17, 2023). SHED MEDIA, INC. and/or CAST & CREW shall release to Shah 75% of earnings withheld between January 10 through February 17, 2023. During Shah's term of imprisonment (February 18, 2023 until the scheduled release date of August 30, 2028), SHED MEDIA, INC. and/or CAST & CREW shall pay 100% of each periodic payment due or owing to Shah to the Clerk of Court. Upon release from custody, when earnings or income may be required for necessary and reasonable living expenses, SHED MEDIA, INC. and/or CAST & CREW shall pay 15% of gross monthly income or 25% of disposable earnings, whichever is greater, as Shah's nonexempt property under 18 U.S.C. § 3613(a).

Payments should be made to "Clerk of Court" with "No. 19 CR 833-11" written on the face of each payment and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York
May 26, 2023

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein
UNITED STATES DISTRICT JUDGE

**Amended Final Order of Garnishment - Page 2**