UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JENNIFER SHAH

19 CR 833-11 (SHS)

**ORDER TO UNSEAL AND DOCKET EX PARTE FILINGS**

TO THE CLERK OF COURT:

WHEREAS, the United States of America ("the Government") initiated an *ex parte* garnishment proceeding in which the Clerk of Court has maintained the following filings under seal: (1) Application for Writs of Garnishment dated February 13, 2023; (2) Writs of Garnishment signed on February 14, 2023; and (3) Clerk's Notice of Exemptions and Hearing Request Form issued on February 15, 2023;

WHEREAS, these documents have been served on the garnishees and the defendant-judgment debtor, and the Government has notified the Court that the *ex parte* restriction may be lifted from the garnishment process for those filings to be docketed with public access. *See* Certificate of Service (Dkt. 686);

IT IS HEREBY ORDERED that the Clerk of Court shall unseal the Application for Writs of Garnishment dated February 13, 2023; Writs of Garnishment signed on February 14, 2023; and the Clerk's Notice of Exemptions and Hearing Request Form issued on February 15, 2023; and make public docket entry of those items.

Signed this 21st day of August, 2023.
New York, New York

SO ORDERED:

_____
Sidney H. Stein
UNITED STATES DISTRICT JUDGE