**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

March 5, 2024

AUSA Kiersten Fletcher
United States Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007

        Re:    U.S.A. v. Anthony Cheedie, et al., 19-Cr-833 (SHS)

Dear Ms. Fletcher:

        The Court today received the attached "Judicial Notice and Victim Impact Inclusion Statement" [Doc. No. 783] from Holly Michelle Williams, who is listed as a victim in the above matter. It appears that debt collectors have been attempting to collect the amount she was defrauded out of, with interest. I would appreciate it if you would refer this to your Asset Forfeiture unit or whoever the appropriate person is for whatever advice and assistance they may be able to give Ms. Williams.

        Very truly yours,

        Sidney H. Stein, U.S.D.J.

cc:    Holly Michelle Williams
        1737 W. Grand Avenue
        Beloit, WI 53511