

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2024

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cheedie*, 19 Cr. 833 (SHS)

Dear Judge Stein:

    I write to advise the Court that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                           By:   /s/
                                Kiersten A. Fletcher
                                Assistant United States Attorney
                                (212) 637-2238

cc (by ECF):   Counsel

**The Clerk of Court is directed to remove Kiersten A. Fletcher as counsel in this matter.**

Dated: New York, New York
       June 4, 2024

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.