Ryan Poscablo
212 506 3921
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

September 30, 2024

<u>By ECF</u>

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      Re:   *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

      I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request a six-month adjournment for the sentencing of Mr. Brewster currently scheduled for November 7, 2024 as well as a corresponding adjournment for filing deadlines including the deadline for the filing of the final Pre-Sentence Report by the Probation Office. I also respectfully request that this document be placed under seal.

      We have alerted the government and Mr. Brewster's probation officer to this request. The government, by AUSA Swett, consents to our request for an adjournment of six months.

      Thank you very much for your consideration.

                    Respectfully submitted,

                    *Ryan P. Poscablo*

                    Ryan P. Poscablo

cc:    AUSA Sebastian Swett (Via ECF)
       Probation Officer Megan Henriquez (Via Email)

                    SO ORDERED

                    _____

                    Hon. Sidney H. Stein