UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY CHEEDIE, CHAD ALLEN,
SHANE HANNA, CAMERON BREWSTER,
KEVIN HANDREN, JOSPEH CIACCIO,
JOSEPH MINETTO, JOSEPH DEPAOLA,
DERREK LARKIN, MATTIE CIRILO,
JENNIFER SHAH, STUART SMITH, and
JOSEPH CHIRICO,

                    Defendants.

19-cr-833 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of a document captioned "Motion for an Injunction and Order for Forfeit of Assets Against Defendants on Behalf of Victim" filed by Holly Michelle Williams, who is listed as a victim in the above-captioned matter, on April 24, 2024. (ECF No. 788.)

    A prior communication from Ms. Williams on March 5, 2024, stated that debt collectors had been attempting to collect amounts out of which Ms. Williams was defrauded as part of defendants' scheme even after defendants pled guilty in this action. (ECF No. 783.) The same day, the Court forwarded Ms. Williams' letter to Assistant United States Attorney Kiersten Fletcher and noted that the Court "would appreciate it if you would refer this to your Asset Forfeiture unit or whoever the appropriate person is for whatever advice and assistance they may be able to give Ms. Williams." (ECF No. 784.) The new letter from Ms. Williams indicates that debt collectors were still contacting Ms. Williams regarding the amounts out of which she was defrauded as of April 24, 2024. (ECF No. 788 ¶¶ 4–6.)

    Ms. Williams asks that the Court "enter an order of injunction against these defendants for their acts and omissions related to fraud against Holly M. Williams in the Amount of $3,500 via the asset forfeiture unit of New York, who will forfeit any assets equitable to satisfy the amount requested for punitive damages and actual Damages against Victim Holly M. Williams, and forward a check to her to right these wrongs against her." (*Id.* ¶ 9.) Ms. Williams further requests "that the court order the United States Attorney's Office to order all creditors related to Holly M. Williams' debts related to this case and these defendants' frauds and collections agencies to cease and

desist from further harassment and debt collection via order of this court" and "that AUSA Attorney Kiersten Fletcher act as a mediator on behalf of crime victim Holly Michelle Williams." (*Id.* ¶¶ 10–11.)

This Court sympathizes with Ms. Williams' frustration, but her request is not properly made in this matter and her motion is denied. Ms. Williams is encouraged to contact the Bureau of Consumer Protection of the Wisconsin Department of Agriculture, Trade and Consumer Protection, which may be able to advise or assist her. She is also encouraged to contact the S.D.N.Y. Victim and Witness Coordinator in the United States Attorney's Office at 866-874-8900 for assistance and to review the additional information available at https://www.justice.gov/usao-sdny/programs/victim-witness-services.

Dated: New York, New York
July 16, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.